IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. _____ |
| LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") for its cause of

action against Defendants LG Electronics Ltd., LG Electronics U.S.A., LG MobileComm

U.S.A., Motorola, Inc., Palm, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation,

Concord Camera Corporation, Kyocera Wireless Corp., Vivitar Corporation, Petters Group

Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company,

Polaroid Corp., Aiptek International Inc., Aiptek Inc., High Tech Computer Corp., H.T.C.

(B.V.I.) Corp., HTC USA Inc., Deutsche Telekom AG, T-Mobile International Ag & Co. KG,

and T-Mobile U.S.A., Inc. (collectively referred to as "the Defendants"), states and alleges as follows:

1.    St. Clair is a Michigan corporation having its principal place of business at 16845 Kercheval Avenue, Suite Number Two, Grosse Pointe, Michigan 48230-1551.

2.    Defendant LG Electronics, Inc. is a Korean corporation having its principal place of business at LG Twin Towers, 20 Yeouldo-Dong Yeongdeungpo-Gu, Seoul 150-721, South Korea M4. Defendant LG Electronics U.S.A., Inc. is a Delaware corporation having its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New Jersey 07632. Defendant LG Electronics MobileComm U.S.A., Inc. is a California corporation having its principal place of business at 10225 Willow Creek Road, San Diego, California 92131.   These Defendants are collectively referred to as the "LG Entities."

3.    Defendant Motorola, Inc. is a Delaware corporation having its principal place of business at 1303 East Algonquin Road, Schaumburg, Illinois 60196.

4.    Defendant Palm, Inc. is a Delaware corporation having its principal place of business at 950 West Maude Avenue, Sunnyvale, California 94085.

5.    Defendant Sanyo Electric Co., Ltd., is a Japanese corporation having its principal place of business at 5-5 Keihan Hondori, 2-Chome Moriguchi, 570-8677, Osaka, Japan. Defendant Sanyo North America Corporation is a Delaware corporation having its principal place of business at 2055 Sanyo Avenue, San Diego, California 92154.

6.    Defendant Concord Camera Corporation is a New Jersey corporation having its principal place of business at 4000 Hollywood Boulevard, Suite 650 North, Hollywood, Florida 33021.

2

7.    Defendant Kyocera Wireless Corp. is a Delaware corporation having its principal place of business at 10300 Campus Point Drive, San Diego, CA 92121.  Its immediate parent company, Kyocera International, Inc., is the North American holding company for the Japan based Kyocera Corporation.  Kyocera Corporation is Kyocera Wireless Corp.'s ultimate parent company.

8.    Defendant Vivitar Corporation is a California corporation having its principal place of business at 520 Graves Avenue, Oxnard, California 93030.

9.    Defendant Polaroid Corp. is a Delaware corporation having its principal place of business at 1265 Main Street W2-2C, Waltham, Massachusetts 02451.  Defendant Polaroid Holding Company is a Delaware corporation having its principal place of business at 1265 Main Street W2-2C, Waltham, Massachusetts 02451.  Defendant Petters Group Worldwide, L.L.C. is a Delaware limited liability company having its principal place of business at 4400 Baker Road, Suite 900, Minnetonka, Minnesota 55343.  Defendant Polaroid Consumer Electronics L.L.C. (formerly Petters Consumer Brands, L.L.C.) is a Delaware limited liability company having its principal place of business at 4400 Baker Road, Suite 900, Minnetonka, Minnesota 55343.  These Defendants are collectively referred to as the "Polaroid Entities."

10.    Defendant Aiptek International Inc. is a Taiwanese company, having its principal place of business at No. 19 Industry Road 4, Science Park, Hsinchu 300, Taiwan, Republic of China.  Defendant Aiptek Inc. is a California corporation having its principal place of business at 51 Discovery, Suite 100, Irvine, California 92618.

11.    Defendant High Tech Computer Corp. is a Taiwanese company having its principal place of business at No. 2, Hsin Hua Road, Taoyuan, 300, Taiwan, Republic of China. Defendant H.T.C. (B.V.I) Corp. is a British Virgin Island corporation having its principal place

of business at Caribbean Corporate Services Limited, Road Town, Virgin  Islands UK.
Defendant HTC USA Inc. is a Texas corporation having its principal place of business at 14450
Northeast 29th Place, Bellevue, Washington 98007.

12.    Defendant Deutsche Telekom AG is a German corporation having its principal
place of business at Friedrich-Ebert-Allee 140, Bonn 53113, Germany.  Defendant T-Mobile
International Ag & Co. KG. is a German corporation having its principal place of business at
Landgrabenweg 151, Bonn 53227, Germany. Defendant T-Mobile U.S.A. Inc. is a Delaware
corporation having its principal place of business at 12920 SE 38th Street, Bellevue, WA 98006.

13.    This is an action for patent infringement arising under the Acts of Congress
relating to patents, including Title 35 United States Code § 271 and §§ 281-285.  This Court has
subject matter jurisdiction under the provisions of Title 28 United States Code § 1338(a), and
venue with respect to the Defendants is properly within this district under the provisions of Title
28 United States Code § 1391(b) and (c) and § 1400(b).  Personal jurisdiction over Defendants
comports with the United States Constitution and 10 Del. C. § 3104 of the Delaware Code
because Defendants have committed and continue to commit and have contributed and continue
to contribute to acts of patent infringement in this district as alleged in this Complaint, and with
respect to LG Electronics U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo North America
Corporation, Kyocera Wireless Corp., Polaroid Corp., Polaroid Holding Company, Polaroid
Consumer Electronics, L.L.C., Petters Group Worldwide, L.L.C., and T-Mobile U.S.A., Inc.
because they are citizens of this state.

14.    On August 11, 1992, United States Letters Patent No. 5,138,459 ("'459 patent")
entitled "Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital
Format Output" was duly and legally issued to Personal Computer Cameras, Inc., as assignee of

the inventors, Marc K. Roberts, Matthew A. Chikosky, and Jerry A. Speasl. A copy of the '459 patent is attached hereto as Exhibit A.

15.     On or about November 21, 1995, St. Clair acquired ownership of all Personal Computer Cameras, Inc.'s digital camera patents and technology, including the '459 patent, by assignment.

16.     On July 25, 2000, United States Letters Patent No. 6,094,219 ("'219 patent") entitled "Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital Format Output" was duly and legally issued to St. Clair as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky, and Jerry A. Speasl. A copy of the '219 patent is attached hereto as Exhibit B.

17.     On May 15, 2001, United States Letters Patent No. 6,233,010 ("'010 patent") entitled "Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital Format Output" was duly and legally issued to St. Clair as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky, and Jerry A. Speasl. A copy of the '010 patent is attached hereto as Exhibit C.

18.     On November 27, 2001, United States Letters Patent No. 6,323,899 ("'899 patent") entitled "Process For Use In Electronic Camera" was duly and legally issued to St. Clair as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky and Jerry A. Speasl. A copy of the '899 patent is attached hereto as Exhibit D.

19.     St. Clair has been and is still the owner of the '459, '219, '010 and '899 patents, (collectively the "patents-in-suit").

20.     Claims of the patents-in-suit have been construed by this Court in *St. Clair Intellectual Property Consultants, Inc. v. Sony Corporation, Sony Electronics Inc. and Sony*

5

*Corporation of America* ("*St. Clair v. Sony Corp.*"), Civil Action No. 01-557 (JJF), by the Court's Memorandum Opinion and Order of September 3, 2002.

21.    By unanimous jury verdict on February 25, 2003, the jury in *St. Clair v. Sony Corp.* found 15 asserted claims of the patents-in-suit infringed by digital cameras sold in the United States by Sony Corporation and awarded damages in the amount of $25,000,000.00.

22.    Sony Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

23.    Claims of the patents-in-suit have also been construed by this Court in *St. Clair Intellectual Property Consultants, Inc. v. Canon Inc., Canon U.S.A., Inc., Casio Computer Co., Ltd., Casio, Inc., Seiko Epson Corporation, Epson America, Inc., Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., FujiFilm America, Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Optics, Inc., Minolta Co., Ltd., Minolta Corporation, Nikon Corporation, Nikon Inc., Olympus Optical Co., Ltd., and Olympus America Inc.* ("*St. Clair v. Canon Inc.*") in Civil Action No. 03-241 (JJF), by the Court's Memorandum Opinion and Order of August 31, 2004.

24.    Nikon Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

25.    Minolta Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

26.    Olympus Optical Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

27.    Seiko Epson Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

28.    Casio Computer Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

29.    Kyocera Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

30.    Pentax Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

31.    Samsung Electronics Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

32.    By unanimous jury verdict on October 8, 2004, the jury in *St. Clair v. Canon Inc.* in this Court found 16 asserted claims of the patents-in-suit not invalid and infringed by digital cameras sold in the United States by Canon Inc. and Canon USA, Inc. and awarded damages to St. Clair in the amount of $34,716,482.49.

33.    The litigation between St. Clair, Canon Inc. and Canon USA, Inc. has been resolved under confidential terms.

34.    By majority jury verdict on October 25, 2004, the jury in *St. Clair v. Canon Inc.* in this Court found 16 asserted claims of the patents-in-suit not invalid and infringed by digital cameras sold in the United States by Fuji Photo Film, Co., Ltd., Fuji Photo Film U.S.A., Inc., and Fujifilm America, Inc., and awarded damages to St. Clair in the amount of $3,003,465.00.

35.    On November 9, 2004, St. Clair filed *St. Clair Intellectual Property Consultants, Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, L.P., Matsushita Electric Industrial Co., Ltd., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., JVC Company of America, Nokia*

7

*Corporation, Nokia, Inc., Hewlett-Packard Company, Eastman Kodak Company,* Civil Action No. 04-1436 (JJF), alleging infringement of the patents-in-suit by each named defendant.

36.     On August 10, 2005 and on April 3, 2006, in response to reexamination proceedings initiated by Sony, the USPTO served notices that the reexamination proceedings were terminated and it would issue re-examination certificates confirming patentability of all claims of the patents-in-suit.

37.     Defendants have made, offered to sell, imported, used and/or sold in this judicial district and elsewhere in the United States, digital cameras that directly, contributorily, or by inducement infringe one or more of the claims of the patents-in-suit.

38.     Defendants have, by their advertising, product instruction, import and/or sale of digital cameras in the United States, induced infringement of one or more claims of the patents-in-suit.

39.     The infringement by Defendants of the patents-in-suit has injured St. Clair and will cause St. Clair added irreparable injury and damage in the future unless Defendants are enjoined from infringing said patents.

40.     The following Defendants have had, for some time, actual knowledge of the patents-in-suit and have willfully, deliberately, and intentionally infringed the claims of said patents: the LG Entities, Motorola, Inc., Palm, Inc., Concord Camera Corporation, Kyocera Wireless Corp., Vivitar Corporation and the Polaroid Entities.

41.     A jury trial is demanded on all triable issues, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff St. Clair prays for judgment as follows:

a.      That Defendants have infringed the '459, '219, '010, and '899 patents;

b.    That the Defendants and their respective agents, servants, officers, directors, employees and all persons acting in concert with them, directly or indirectly, be temporarily and permanently enjoined from infringing, inducing others to infringe, or contributing to the infringement of the '459, '219, '010 and '899 patents;

c.    That the Defendants be ordered to account for and pay to Plaintiff St. Clair the damages to which St. Clair is entitled as a consequence of the infringement of the '459, '219, '010 and '899 patents;

d.    That a post-judgment equitable accounting of damages be ordered for the period of infringement of the '459, '219, '010 and '899 patents following the period of damages established by St. Clair at trial;

e.    That such damages be trebled for the willful, deliberate and intentional infringement by Defendants as alleged herein in accordance with Title 35 United States Code § 284;

f.    That Plaintiff St. Clair be awarded its costs and attorneys fees herein in accordance with Title 35 United States Code § 285; and

g.    That Plaintiff St. Clair be awarded such other and further relief as the Court may deem just and equitable.

Of Counsel:
Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Becky R. Thorson, Esquire
Carrie M. Lambert, Esquire
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: June 26, 2006

Frederick L. Cottrell, III (No. 2555)
cottrell@rlf.com
Chad M. Shandler (No. 3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for St. Clair Intellectual Property
Consultants, Inc.

9

# EXHIBIT A

US005138459A

# United States Patent [19]

## Roberts et al.

[11] **Patent Number:** **5,138,459**

[45] **Date of Patent:** **Aug. 11, 1992**

[54] **ELECTRONIC STILL VIDEO CAMERA WITH DIRECT PERSONAL COMPUTER(PC) COMPATIBLE DIGITAL FORMAT OUTPUT**

[75] Inventors: **Marc K. Roberts, Burke; Matthew A. Chikosky, Springfield; Jerry A. Speasl, Vienna, all of Va.**

[73] Assignee: **Personal Computer Cameras, Inc.,** McLean, Va.

[21] Appl. No.: **615,848**

[22] Filed: **Nov. 20, 1990**

[51] Int. Cl.³ ............................................ H04N 5/30
[52] U.S. Cl. ............................. 358/209; 358/140; 358/93; 358/903
[58] Field of Search ............... 358/903, 909, 209, 217; 364/521, 900, 200; 340/723, 724; 382/56

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,074,324 | 2/1978 | Barrett | 358/296 |
| 4,131,919 | 12/1978 | Lloyd et al. | 360/9 |
| 4,302,776 | 11/1981 | Taylor | 358/160 |
| 4,456,931 | 6/1984 | Toyoda et al. | 358/335 |
| 4,571,638 | 2/1986 | Schneider et al. | 359/293 |
| 4,614,977 | 4/1986 | Kawahara et al. | 358/260 |
| 4,758,883 | 7/1988 | Kawahara et al. | 358/44 |
| 4,803,554 | 2/1989 | Pape | 358/209 |
| 4,829,383 | 5/1989 | Harase et al. | 358/229 |
| 4,837,628 | 6/1989 | Sasaki | 358/209 |
| 4,847,677 | 7/1989 | Music et al. | 358/13 |
| 4,903,132 | 2/1990 | Yamawaki | 358/209 |
| 4,905,092 | 2/1990 | Koshiishi | 358/296 |
| 4,963,986 | 10/1990 | Fukutama et al. | 358/228 |
| 4,972,266 | 11/1990 | Tani | 358/213.19 |

Primary Examiner—David K. Moore
Assistant Examiner—Tuan V. Ho
Attorney, Agent, or Firm—Paul W. Fish

[57] **ABSTRACT**

An electronic still camera comprising a lens, shutter, and exposure control system, a focus and range control circuit, a solid state imaging device incorporating a Charge Couple Device (CCD) through which an image is focused, a digital control unit through which timing and control of an image for electronic processing is accomplished, an Analog-to-Digital (A/D) converter circuit to convert the analog picture signals into their digital equivalents, a pixel buffer for collecting a complete row of an image's digital equivalent, a frame buffer for collecting all rows of an image's digital equivalent, and a selectively adjustable digital image compression and decompression algorithm that compresses the size of a digital image and selectively formats the compressed digital image to a compatible format for either the IBM Personal Computer and related architectures or the Apple Macintosh PC architecture as selected by the operator so that the digital image can be directly read into most word processing, desktop publishing, and data base software packages including means for executing the appropriate selected decompression algorithm; and a memory input/output interface that provides both temporary storage of the digital image and controls the transmission and interface with a standard Personal Computer memory storage device such as a digital diskette. The digital diskette is removable inserted into the housing of the camera prior top use in recording digital image data.

**18 Claims, 11 Drawing Sheets**



**PIXEL BUFFER** 10  **FRAME BUFFER** 11  **COMPRESSION PROCESSOR** 12  13

1  7  8

IMAGE  **CCD OPTICS** 2  **PIXEL MULTIPLEXER**  **A/D CONVERTERS**

9

**DISK I/O INTERFACE**

6

**CONTROL PANEL**  **DIGITAL CONTROL UNIT**  4  **POWER SUPPLY**  **DISK DRIVE ASSEMBLY**

14  17

**OPERATOR VARIABLE CONTROL SWITCHES**

**U.S. Patent**     Aug. 11, 1992     Sheet 1 of 11     **5,138,459**



FIG. 1

FIG. 2



FIG. 2A



FIG. 3



FIG. 5 A

FIG. 4

FIG. 5B



FIG. 6

FIG. 6A                    FIG.6B

| 512-BYTE HEADER |
| --- |
| picSIZE |
| picFRAME |
| OPCODE |
| PICTURE DATA |
| . |
| OPCODE |
| PICTURE DATA END OF PICTURE |



**FIG. 6C**

**FIG. 7**



INPUT IMAGE FRAME

RGB TO CHROMINANCE/LUMINANCE CONVERSION

PERFORM DISCRETE COSINE TRANSFORM (DCT)

FORMAT OUTPUT COEFFICIENTS

PERFORM HUFFMAN CODING

PERFORM OUTPUT FORMATTING

OUTPUT COMPRESSED IMAGE TO MEMORY

FIG. 8

FROM 10 PIXEL BUFFER

FRAME BUFFER STACK 11A

MOST RECENT IMAGE FRAME (LAST)

FIRST IMAGE FRAME

RAM MEMORY

IMAGE FRAMES

TO 12 COMPRESSION PROCESSOR

FIG. 13

Commercial Still Video Camera    Video Diskette (Analog format)    Video Format Translator    Diskette (Digital format)    PC

FIG. 10



FIG. 9

FIG. 11

U.S. Patent          Aug. 11, 1992          Sheet 9 of 11          5,138,459



FIG. 12



FIG. 14A



FIG. 14B

5,138,459

1

## ELECTRONIC STILL VIDEO CAMERA WITH DIRECT PERSONAL COMPUTER(PC) COMPATIBLE DIGITAL FORMAT OUTPUT

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention generally relates to an electronic still video camera and in particular to an improved electronic still camera which converts a still picture of an object or scene into an operator selectable compressed digital signal format for storage utilizing a compression/decompression algorithm, such as the Joint Photographic Experts Group (JPEG) algorithm standard for example, formatted into Personal Computer (PC) compatible format retaining the images' color information, and stored on a PC compatible memory diskette. For example, the diskette can be a three and a half (3½) inch digital diskette. The digital diskette is removeable from the electronic camera for direct insertion into a PC which contains the previously loaded corresponding decompression algorithm whereby the digital image is in a format compatible for immediate use with word processing, desk top publishing, data base, and multimedia applications.

2. Description of the Prior Art

FIG. 1 is a schematic block diagram showing structure of a conventional prior art electronic still camera system, in which a CCD image sensor element $1a$ converts a still image of an object into an analog color video signal when the shutter control circuitry $2a$ is activated. The output color video signal of the image sensor element is then routed to the signal processing subsystem $3a$ where the signal is converted to National Television System Committee (NTSC) or other composite video formats (such as the European video standard Phase Alternating Line-PAL) and logged in analog format onto a mass memory storage device such as an analog video floppy disk, Electrically Erasable Programmable Read Only Memory (EEPROM), analog audio cassette, bubble memory, or other storage device $5a$. Power is supplied by a rechargeable/removeable battery system $4a$.

An electronic camera that converts an image into electronic image signals and transferred to a memory storage device is disclosed in the following: U.S. Pat. No. 4,131,919; U.S. Pat. No. 4,456,931; U.S. Pat. No. 4,758,883; U.S. Pat. No. 4,803,554; and U.S. Pat. No. 4,837,628.

Conventional prior art electronic still cameras, for example of the types disclosed in the aforementioned references, produce an electronic signal corresponding to a desired image in analog format such as the National Television System Committee (NTSC) or similar on magnetic or electronic storage media for either permanent or temporary storage to facilitate viewing on a television or video monitor. With the current state of the art, it is expensive and time consuming to convert the analog image equivalent to a digital format for direct utilization with PC software applications. Currently, to convert an image captured on an electronic still camera to a PC compatible format one must convert the signal back to either a composite NTSC or RGB video signal and use a conversion device such as a "frame grabber" (a digital circuit board installed into PCs that convert video images into PC compatible formats) of the type sold commercially by Aapps Corporation, Orange Micro, RasterOps, and others or con-

2

vert the image to a hard-copy print (a photograph) and utilize an electronic "scanner", a piece of equipment that connects to a PC, which converts an image into a digital format. The later technique is employed extensively within the desktop publishing industry.

### SUMMARY OF THE INVENTION

It is the object of this invention to provide an improved electronic still camera with operator selectable picture compression in one of a plurality of operator selectable digital data formats recordable on a standard removeable magnetic diskette common to personal computers.

It is a further object of this invention to provide an improved electronic still camera that provides digital image files for immediate and direct incorporation into popular word processing, desktop publishing, and other software programs on PCs.

It is another object of this invention to provide an improved electronic still camera that, under user selection, can record and store still images selectively compressed in a directly insertable digital memory storage device into a PC in either color or black and white formats thus facilitating storage of a large number of images with the signal flag indicating the degree of compression selected by the operator as well as the color/black and white mode selection being stored as digital values on the digital memory storage device with each image frame.

An additional object of this invention to provide an electronic still camera device that can rapidly capture a series of images automatically as well as singularly. Also, this camera provides multiple outputs in both video format for monitor and display of images and digital formats to facilitate data transmission, additional processing, or storage to a variety of storage media.

It is still another object of this invention is to provide a more efficient electronic still camera that can take a still picture with operator selectable high, medium, or low resolution in either color or black and white by electronic shutter and exposure control by utilizing a variety of electro-optical sensors including Charge Coupled Devices (CCD), Infrared (IR), and Ultra Violet (UV) which can be directly or remotely controlled by analog, digital, or radio frequency (RF) control signals.

A further object of this invention is to provide a programmable video picture translator device for efficiently converting electronic still images in analog composite video format into digital data format readable by a PC. This translator device also provides additional video inputs and outputs for capturing video images, monitoring video images on monitors and displays, and can transmit either compressed or unprocessed digital image data through a variety of output I/O channels in various formats such as serial, parallel, etc. Also, this invention can incorporate sound/voice with images thru additional interface circuitry and audio digitizers.

Finally, it is the object of this invention to provide an electronic still camera that is efficient in design and permits extended periods of portable operation and which provides the user with operational status through the use of continuous internal self-test software routines and operator displays.

5,138,459

3

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a conventional prior art electronic still camera.

FIG. 2 is a schematic block diagram of the overall structure of an electronic still camera embodying the present invention.

FIG. 2A is an illustration showing one embodiment of an audio data file, data format flag, compression level, and color/black and white mode selection values stored on a digital memory diskette storage device.

FIG. 3 is a flowchart showing the power-up and continuous self-test sequence in accordance with one aspect of the present invention.

FIG. 4 is an example of a ¼" CCD array utilizable in accordance with one aspect of the present invention.

FIG. 5A is a schematic block diagram showing the image signal to digital signal conversion logic in accordance with one aspect of the present invention.

FIG. 5B is a logic and timing diagram for the image signal to digital signal conversion logic in accordance with one aspect of the present invention.

FIG. 6 is an example of the control panel logic in accordance with one aspect of the present invention.

FIG. 6A is an example of one embodiment of switch logic of the control panel switches and controls utilizable in accordance with one aspect of the present invention.

FIG. 6B is an example of the PICT image file format based upon the published standard provided by Apple Computer, Inc.

FIG. 6C is an alternate embodiment of the current invention embodying remote operation.

FIG. 7 is a simplified block diagram of the digital control unit in accordance with one aspect of the present invention.

FIG. 8 is a flowchart showing the steps of the image compression algorithm in accordance with one aspect of the present invention.

FIG. 9 is a block diagram of a video format translator device in accordance with one aspect of the present invention.

FIG. 10 is a block diagram illustrating the operation of a translator device in accordance with one aspect of the present invention.

FIG. 11 is an alternative embodiment of the video format translator in accordance with another aspect of the present invention showing additional video inputs and data outputs.

FIG. 12 is an alternate embodiment of the invention showing an optional diskette format utility flowchart.

FIG. 13 is an alternate embodiment of a frame buffer utilizable in accordance with another aspect of the present invention showing a frame buffer stack permitting multiple shot mode.

FIG. 14A is a block diagram of an embodiment of the format select logic in accordance with one aspect of the present invention.

FIG. 14B is a flow diagram illustrating the steps of the format selection logic operations.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 2 is a schematic block diagram of the preferred embodiment of an electronic still camera in accordance with the principals of the invention. Referring to FIG. 2, an image optical pick-up element 1, which for example could be a Charge Coupled Device (CCD) (or an

4

Infrared (IR) or Ultraviolet (UV) sensor), converts a still image of an object into an electric signal when a picture "shoot" command is initiated by the operator via control panel 2. When taking a picture, focusing and shutter speed are controlled by a lens system and shutter speed selection mechanism under control of the digital control unit 9. The camera, like other still video cameras, employs an electronic shutter system that controls a charge storage time in a CCD array onto which an image of an object is focused through the lens system.

When the "shoot" control 6 is half depressed (see FIG. 6), a power supply voltage is supplied from the rechargeable batteries 4 to the electronic circuits and digital control unit 9, control panel 2, and the disk drive assembly 5. The exposure control circuitry then generates appropriate horizontal and vertical transfer pulses as well as field shift pulses under control of the reference clock timing and control signals provided by the digital control unit 9 type for driving the CCD device and pre-processing circuitry. This design may be of any type well known in the art for example those cited in U.S. Pat. Nos. 4,131,919 and 4,456,931 and any similar designs well known in the prior art.

An alternate embodiment of the present invention that provides remote operation of the camera is shown in FIG. 6C. When remote "Shoot" control 30 is activated by any means for example manually, or by radiant, or electronic energy, a control signal is generated and routed through the external jack 31, located on the external camera body. The external control 30 is electrically connected to the external jack 31 by a twisted-pair conductive cable assembly that is familiar to those skilled in the art. Upon receipt of the externally generated "shoot" command, the relay switch 32 is activated and provides internal switch closure. This closure of switch 32 then initiates the process previously described and provides the half V+ voltage previously described. The full V+ is provided via the fixed delay 33, the value chosen to allow the diskette drive assembly 5 (FIG. 2) and associated control circuitry to initialize prior to receiving image data.

When the "shoot" control is fully depressed in either embodiment, the shutter controller 15 (FIG. 6) generates a shutter pulse that generates control signals for the A/D converters 8 allowing the image/picture data signal in the sample and hold circuitry of the pixel multiplexer 7 to be converted into a digital signal. Control and address instructions of the type well known in the art are generated from the digital control unit 9 to facilitate the storage of the digital image data within the pixel buffer 10 and frame buffer 11. Upon completion of image conversion, the contents of the frame buffer are transferred to the compression processor 12 which for example may be of the many versions currently offered commercially such as C-Cube's (San Jose, Calif.) four chip Application Specific Integrated Circuit (ASIC) set. In the compression processor 12, the Joint Photographic Experts Group (JPEG), a part of the International Standards Organization (ISO) which is a subset of the International Telegraph and Telephone Committee (CCITT), image compression algorithm fully described in Report # JTC1/SC2/WG8 dated 1985 is performed under control of the digital control unit 9 to compress the size of the image. A variable selectable compression ratio of up to 50:1 is performed on the digital image frame. Other compression ratios are operator selectable via the control panel 2 switches 14A and 14B (FIG. 6). The compressed digital frame is then formatted into

5,138,459

| 5 | 6 |

either an IBM PC/Clone (such as GIFF) or Apple Macintosh (such as PICT II) image file format depending on the setting selected by the operator for a user switch 17 (FIG. 6) position on the control panel 2. After formatting, the file is written into a temporary memory buffer within the disk input/output (I/O) interface circuit 13 which, under the command of the digital control unit 9, controls the high density (1.4 Mbyte storage capacity) disk drive unit 5. Following file transfer to the diskette e.g., the frame counter display 22 on the control panel 2 is updated by appropriate control signals and the camera is ready to undergo the same procedure for the next image. Power to the electronic circuits and disk drive system is terminated following release of the "shoot" control switch 6.

In accordance with the preferred embodiment of this invention, it is permissible for the user to select various resolution quality image recording levels with the higher levels being at the expense of memory diskette storage capacity. The position of switches 14A and 14B for example could represent a unique digital mark or word that denotes the respective switch position and is sensed during initial power application and periodically during operation. FIG. 6A illustrates typical logic AND gate circuits 60a and 60b utilizable in conjunction with switches 14A and 14B or switch 17 to generate appropriate signals to designate respective switch positions and generate appropriate control signals from. The switch positioned in the High position for high resolution allows only four to five images to be stored, while Med. switch position for medium resolution allows approximately twenty five images to be stored, and Low for low resolution allows up to fifty images to be stored on a single diskette. Also, by selecting black and white mode instead of color via switch 14B, the operator may select additional storage capacity since storage is increased by a factor greater than three (one element per pixel versus three for color). Various image resolution combinations are permissible because the operator can select a different resolution and mode setting for each image prior to image signal capture. This is accomplished by marking or "tagging" each image frame data information signal with the resolution and mode of each image as it is written onto the memory diskette in any suitable manner, for example as shown in FIG. 2A. With reference to FIG 2A, diskette 50 has tracks 51a, 52b, . . . 52n. With reference to track 52b there is shown a representative portion of segment 53 depicting a typical image file information format having digital bit 54 depicting color mode, and digital bits 55 representing compression resolution level markings or tags. With reference to image frame tag 54 it can be seen that if switch 14B is in the color position tag 54 is recorded as a logical "one" or true-conversely if bit 54 is recorded as a logical "zero" it corresponds to the black and white position of switch 14B. Similarly as shown switch 14A would record in memory position 55 a binary "zero" for low resolution, a binary "one" for medium resolution and a binary "two" for high resolution selections by the operator. By incorporating this "tagging" approach, it is possible for the decompression algorithm, loaded into any PC prior to use or written onto the memory storage diskette along with the image data, to automatically determine the appropriate level of compression associated with image file and execute decompression efficiently.

Still another alternate embodiment in accordance with this invention incorporates an acoustic digitizer

circuit which digitizes sound. There are several digitizers commercially available such as the Apple Computer Inc. Musical Instrument Data Interface (MIDI) adaptor. The output of this digitizer may be selectively connected to the CPU 20 (FIG. 7) via an additional I/O interface similar to the auxiliary I/O interface 80. The sound or audio associated with each image can be recorded, digitized, and stored on the diskette device on available tracks in an identical manner previously described (FIG. 2A). An image file in accordance with this embodiment would be appropriately marked or tagged with the corresponding digitized audio file 56 (FIG. 2A). Upon playback on a sound configured PC, both the image and the corresponding audio would then be viewed and heard simultaneously.

It should be noted that a major advantage a camera in accordance with the present invention has over conventional still video cameras is that a camera according to this invention is capable of storing multiple digital images in semiconductor memory temporarily at a rapid rate while, simultaneously, the image compression processor 12, file formatter software algorithm, and disk I/O interface 13 that stores formatted files continue to function in concert together at a slower rate. This efficient design coupled with VLSI low power, high speed semiconductor devices (10 and 11 FIG. 5A and 24 FIG. 7) allows this operational capability.

Like most other still video and conventional film cameras, when the "shoot" control 6 (FIG. 6) is fully depressed, a control signal is generated from the digital control unit 9 that generates a trigger signal on the control panel 2 to cause a flash unit 16 (FIG. 6) to irradiate a flash of light onto the subject image.

During initial camera operation, the user first inserts a diskette such as a standard three and a half inch or similar storage medium. Various memory diskette sizes and formats are suitable for the invention. However, for the preferred embodiment either a double-density (800 Kbytes of storage) or a high-density (1.4 Mbytes of storage) diskette in a three and a half inch format which are readily available from various commercial sources such as Sony, Maxell, and Verbatim. The user must then select the desired PC format (IBM PC/Clone or Apple Macintosh, etc.) via switch 17 (FIG. 6) on the control panel 2. As shown in FIG. 3, after turning on the power switch or inserting a diskette 50, the digital control unit 9 performs a self test of all internal circuitry, battery, disk drive unit, and control panel. Should any failures be detected, an appropriate error indicator is illuminated on the control panel. During the power-on sequence (see FIG. 3 and FIG. 12), the inserted diskette 50 is automatically checked for formatting consistencies in accordance with the format selected by the format switch 17 on the control panel 2 (IBM/Apple/etc.) and for available storage space by checking the boot block on the diskette, a technique that will be familiar to those skilled in the art. Should any inconsistencies be detected, an error indicator is illuminated on the control panel (ie, disk full, unformatted, etc.). The operator frame counter display 22 (FIG. 6) is then updated to show the maximum number of pictures available based upon indicated operator selections (color/black and white), diskette type (double versus high density), and capacity (partially full versus empty diskette). During operation, the operator can selectively erase a frame and record over it if desired by selecting the erase mode of operation from the control panel and toggling the forward/reverse control.

5,138,459

7

The optics for the preferred embodiment of the invention is a commercially available one-half inch (½") color CCD device having a pixel grid array of 780×488 as pictorially depicted in FIG. 4. This results in 380,640 pixel elements which results in a commercially acceptable quality resolution image as will be understood by those skilled in the art. In a color imaging device (CCD array) photoelectric elements, such as photodiodes, are arranged in a two dimensional array with optical filters for R (red), G (green), and B (blue). Various arrangements of optical filters are well known and the arrangement of optical filters is not limited to a particular one with this invention. During operation each pixel stores a charge corresponding to the amount of incident light. The RGB components of each pixel's charge is sequentially read out via a horizontal/vertical addressing scheme that will be familiar to those skilled in the art.

As shown in FIG. 5A; each charge, when addressed, is amplified and processed in a sample and hold (S/H) circuit 18. The analog voltage in each S/H circuit is digitized by an associated analog to digital (A/D) converter 8. The digital values are routed and collected in the pixel buffer 10. Following completion of discrete pixel element conversion and subsequent formatting in the pixel buffer which is under Control Processor Unit (CPU) 20 software control, the output of the full pixel buffer is routed to the frame buffer 11 by digital control unit 9. This process continues until a complete frame is collected within the frame buffer. The general digital logic and timing and control signals for this circuitry is shown in FIG. 5B. The timing is provided by a master clock that is an integral part of the CPU microprocessor. For example, the MOTOROLA 68040 microprocessor has a clock speed of approximately 40 Megahertz (MHZ) which results in a clock period of 25 nanoseconds (nsec.). This clock pulse is used by the function and address decoder 19 (FIG. 6) to generate the address and control signals shown in FIG. 5B as would be understood by those skilled in the art. The circuit of the present invention may be designed by one skilled in the art to function with a variety of microprocessor architectures and is not limited to any one in particular. One can see from the timing chart that the S/H circuit is allowed (via the SE command) to charge to a voltage level indicative of the analog voltage impinging upon the pixel element (via the PS command). After a fixed time period, the A/D converters are enabled (via the CE command) to begin conversion of the analog voltage value on the S/H. Upon completion of conversion, a conversion completion signal (CC) is generated by the A/D and routed back to the S/H circuit (via the SC command which is generated by the function and address controller 19) to discharge the stored analog voltage in anticipation of the next pixel element conversion process. Next, the output of the A/D converter 8 is clocked into the pixel buffer 10 (via the PB command). When the pixel buffer 10 is full, the output is clocked out to the frame buffer 11 (via the FB command) and the pixel multiplexer address circuitry selects the next pixel for conversion. Reset signals (RST) are sent to all circuit elements to allow these devices to reset prior to receiving the next analog value.

Another novel concept of the present invention as illustrated in FIG. 5A and 5B utilizes a technique of paralleling the S/H and A/D devices for each pixel element thus accelerating the image signal analog-to-digital conversion process. This is accomplished by eliminating the serial S/H and A/D path typical of

8

prior art still video camera designs. In addition, high-speed, low-power devices available from Sony, Burr-Brown, Datel, Analog Devices, and others facilitate the increased conversion throughput of the S/H and A/D circuits with pixel conversion times of less than 150 nanoseconds (nsec.). For example, Sony's video A/D converter Device part number CXA1016P/K performs up to 50 million samples per second or 20 nsec. per conversion. This device, or similar, may be used in the preferred embodiment of the present invention. As explained previously, prior art still video camera designs multiplex each signal component into a common/singular A/D path to reduce the number of components and power consumption. However, in accordance with another aspect of the present invention components such as C-MOS and ECL devices coupled with miniaturized packaging techniques such as surface mount devices (SMD) and ASIC technology make it feasible to incorporate these devices in a parallel design in order to realize a substantial increase in conversion speed with no appreciable increase in power consumption. Therefore, this design approach provides significant conversion throughput increases over previous designs.

The extremely high conversion speed in accordance with another concept of the present invention makes multiple high-speed camera operation possible in an alternate embodiment. For example, total conversion time required for the aforementioned CCD array utilizing the circuit of the present invention (FIG. 5A) requires approximately 380,640×150 nsec. or 38 milliseconds (msec.). Additional time (approximately 5 msec.) is required for timing and control signal latency. Thus, total conversion time for a complete image frame prior to compression processing and logging to the memory storage diskette 50 is less than fifty msec. This allows for approximately 20 images to be captured in a one second period. By adding additional RAM 11A (FIG. 13) or other forms of commercially available random access memory to the frame buffer 11, image frames could be "pushed" onto a semiconductor memory stack for temporary storage allowing the compression processor and data interface circuitry to perform their respective functions at a slower rate. As shown in FIG. 13, each unprocessed image frame would be recorded or "pulled" from the stack on a "First-In, First-Out" (FIFO) manner until all images in the stack queue were processed and written to the storage diskette via the disk I/O circuitry 13.

As shown in FIG. 6, control panel settings are monitored by the CPU 20, a microprocessor, thus allowing the appropriate timing, control, and signal processing to be effected properly. The microprocessor 20 may be of the type 68040 manufactured by MOTOROLA, Intel's 80386 series, or equivalent microprocessors which specifications are commercially available and are incorporated herein by reference. The microprocessor utilization of this invention, which is in the digital control unit 9, transmits commands and status to specific controls, functions, and displays in the control panel as well as receiving both control status/control data and operator commands through polling the operator switch settings 14A, 14B, and 17 via the bidirectional function and address decoder 19. This approach allows the user to know immediately how much storage capacity remains in the image storage diskette 50 as well as the camera's overall operational and functional status through the use of status displays 21, 22, and 23 and ongoing software self-tests running in the background as depicted in

5,138,459

9                                                          10

FIG. 3. An example of this would be a low battery situation. First, the digital control unit 9 would detect a failure in the self-test mode. Next, the self-test light emitting diode 21 (FIG. 6) would be illuminated and an appropriate error display would be illuminated in the status display 22 thus providing the user with an exact indication of the error. Another example illustrating the operation of this embedded microprocessor type of control approach is the format switch 17 (FIG. 6). The position of the format switch 17 is sensed upon power application. Following diskette insertion, the boot block on the diskette is compared with the format switch 17 setting (IBM/clone or Apple) and if the format does not match or if the disk 50 is unformatted, the disk format status light emitting diode 23 would be illuminated and an appropriate error display would be illuminated in the status display 22 thus prompting the user to take appropriate corrective measures.

An alternate embodiment of the present invention involves adding an auxiliary I/O interface circuit or port to the digital control unit 9. As shown if FIG. 7, the auxiliary I/O port 80 connects in a manner similar to the Disk I/O interface 13. This additional I/O channel provides for external control and monitor of all timing and control signals internal to the camera. In addition, it allows for the image data to be routed past or around the compression processor out to any additional internal or external device such as an optical disk storage device, digital analyzer, or other data processors that might be desired.

FIG. 7 shows the digital control unit 9. The microprocessor 20 architecture here is typical to one familiar with the art. The frame buffer 11 (FIG. 5A) receives and stores the outputs of the pixel buffer 10 until a complete frame of image data is received. Then, the CPU 20, under software control, issues a control signal to the optics logic in the shutter and control circuitry 15 (FIG. 6) thus resetting those functions for future image recording. The full frame buffer 11, upon command from the CPU 20, transfers it's data into the compression processor 12 (FIG. 2) which performs thousands of levels of parallel pipeline processing on the image data. The compressed image frame is then written out to the mass memory RAM (Random Access Memory) 24 where it is temporarily stored until transferred to the disk drive assembly 5 via the disk I/O interface circuitry 13.

Referring to FIG. 8, a flowchart shows the steps involved in the image compression process performed by the image compression processor 12 (FIG. 2) in accordance with the preferred embodiment of the present invention. The output of the frame buffer 11 is transferred into the input of the image compression processor 12 under the control of the digital control unit 9. As previously described, the setting of switch 14A (FIG. 6) is read by the CPU 20 (FIG. 7) to determine the image resolution quality desired. Depending on the operator selected setting of switch 14A, the unique digital word generated by the AND gate 60a–b (FIG. 6A) which is activated by the selected position of switch 14A is routed to image compression processor 12 via CPU 20 (FIG. 7) which selects for example a predetermined digital memory location containing the appropriate corresponding compression ratio parameters under program control. The compression processor uses this command value for example to establish the size of the covariance matrix and a threshold for acceptance for the variances produced by the Discrete Cosine Trans-

formation (DCT) transform coefficients. Next, the digital image signals are converted from the RGB format previously discussed in connection with FIGS. 2, 5, and 6 into luminance and chrominance signals. The luminance and chrominance signals subsequently undergo a DCT. The cosine transformed signals are then quantized and are then processed for Huffman coding. The Huffman coded image signals are then formatted into a form that facilitates format processing into various PC compatible formats (GIFF, PICT2, etc.). For a more complete understanding of the image compression process reference may be made to I.E.E.E. Catalog No. EH0231-1, Library of Congress No. 85-60384 published by the I.E.E.E. Society dated 1985 and incorporated herein by reference.

Of the two traditional classes of image compression techniques, spatial coding and transform coding, transform coding techniques lend themselves well for this application due to computational simplicity. Transform coding techniques that provide good visual fidelity include: Karhunen-Loeve transform (KLT), Fourier, cosine, sine, and Hadamard. The KLT algorithm offers the best visual fidelity but suffers from serious computational complications due to extremely large matrix size. Several alternate algorithms that offer reasonable visual fidelity that are computationally feasible for this invention include the Fast Fourier Transform (FFT), Discrete Cosine Transform (DCT), and Discrete Sine Transform (DST). The DCT was adopted by the JPEG as the preferred algorithm due to computational simplicity and performance.

It should be noted that the Joint Photographic Experts Group (JPEG) (composed of experts from many companies including IBM, AT&T, Digital Equipment Corp, and INTEL) compression/decompression standard was developed in 1985 in response to the lack of interoperability between image and processing equipment due to numerous proprietary standards held by each manufacturer. The JPEG standard provides image compression effectively up to 75 times or greater depending on the visual fidelity desired. The JPEG standard is widely used in industry as an alternative to proprietary algorithms such as Intel's own proprietary standard called DVI which was initially developed by RCA before being sold to INTEL, the integrated Circuit manufacturer. INTEL offers it's own firmware compression processor incorporating their DVI standard delivering compression ratios in excessive of 100:1. However, a new international standard called MPEG is due to be announced in the 1991 time frame from the JPEG and should offer compression ratios of 275:1 and greater. In the preferred embodiment of the present invention, the JPEG standard is the preferred algorithm chosen with the incorporation of the of the MPEG standard or other similar standard in the future when available commercially. An alternate embodiment of the present invention would be the incorporation of various proprietary compression algorithm standards such as DVI.

The compression/decompression algorithm firmware implementation of the JPEG algorithm is available commercially from various sources including C-Cube, Electronics for Imaging, Storm Technology, Burr-Brown, Spectral Innovations Inc., INTEL, and others. The implementation of this algorithm for the present invention may incorporate the integrated circuit set commercially available from C-Cube. Their four chip ASIC JPEG algorithm implementation is performed in

5,138,459

11

three basic steps: first, the image is divided into 8-by-8 pixel squares and applies a discrete cosine transform (DCT) to each square resulting in 64 frequency values; second, these frequencies are put through a quantization algorithm to eliminate unimportant frequencies; third, the remaining values are run through a Huffman coding scheme to encode the most frequently occurring values using the fewest bits. A compatible software implementation of the JPEG algorithm is available commercially from Aladdin Systems, Radius Inc., Kodak, and others.

Those skilled in the art will be familiar with the process and the commercially available software and firmware chipsets that are currently available on the market. The present invention incorporates both available firmware chipsets in the camera and software for use in the PC for decompression. The decompression algorithm can be written onto the camera's diskette 50 prior to any image data recording. This allows the PC user to take the diskette 50 to a PC and directly incorporate the image data because the image file selected by the user is automatically decompressed transparent to the user. The algorithm can be written onto an unused track 52 or sector combination on the diskette as shown on FIG. 2A. Alternatively, the decompression algorithm can be loaded onto a PC before inserting a diskette 50 containing compressed image data. In the latter embodiment the resolution and mode values 54 and 55 (FIG. 2A.) for each representative image would be read from diskette 50 in order to appropriately control the selection and activation of the appropriate corresponding decompression algorithm.

As shown in FIG. 7, the output of the image compression processor 12 is routed to the RAM memory 24 where the compressed image is formatted for either the PICT II or GIFF format depending on the setting of format switch 17 (FIG. 6). It should be noted that a large number of image formats for PCs exist. PICT and GIFF are the most common for the Apple and IBM PC's and are therefore the preferred formats for the present invention although other formats can be easily incorporated into the design by changing the software format routines. These software image formats are commercially available from many sources most notably Apple computers for PICT and IBM for GIFF. An example of the PICT format is pictorially shown in FIG. 6B as will be familiar to those skilled in the computer arts. Once formatting is complete, the formatted image data is transferred to the disk I/O interface 13 for transfer to the magnetic recording diskette 50.

FIG. 9 and FIG. 10 illustrate the preferred embodiment of the video format translator device in accordance with another aspect of this invention that converts other still video camera formats for example on two inch video diskette to this invention's selectable PC compatible digital format. The general concept of operation is shown in FIG. 10. In FIG. 9 correspond parts and subassemblies in translator 40 are shown with like numbers corresponding to FIGS. 2 and 6 having a 40 hyphenation prefix designation and such parts and subassemblies perform similar functions to those described above with reference to FIGS. 2 and 6. Referring again to FIG. 9, the translator 40 incorporates the same components utilized in the digital circuit card assembly which houses both the digital control unit 9 and optics processing circuits (pixel multiplexer 7, A/D 8, etc. 10-13). The major difference is that the CCD array 1 is replaced with an input disk drive 25, for example a two inch (2") video disk drive assembly, and an NTSC video

12

format decoder 26 which converts the composite video signal to an RGB format for processing as described previously.

FIG. 11. displays an alternate embodiment of the video format translator device 40 of the present invention that shows optional inputs 27 and outputs 28 and 29. The exact same circuitry is utilized that was used for the translator device 40 as shown in FIG. 9 except that input 27 for either an NTSC/PAL format or RGB format video signal is provided. This allows video signals from other sources such as a cable TV, CAMCORDER, or other video signal source to be digitized and archived in a PC compatible format. Also, provisions for video output jacks 28 are made to allow either viewing of the image/video source prior to or during image recording. Finally, provisions are made to provide a data output 29 to allow connection to other PC peripherals such as a communications modem, larger/smaller disk drive assembly, optical disk, specialty display or signal processor/analyzer. Either a standard serial, parallel, or Small Computer Standard Interface (SCSI) data port can be readily connected to the auxiliary I/O interface 80.

FIG. 12 depicts an alternate feature of an embodiment of the present invention that shows how an inserted diskette 50 that is either unformatted or formatted for a undesired (e.g., not corresponding to the setting of switch 17—FIG. 6) PC configuration would be automatically properly formatted for use with a camera in accordance with another aspect of this invention. This capability allows the user of this invention to forego the requirement to pre-format the storage medium (diskette) on a PC prior to using it in the camera operated in accordance with the present invention. With reference to FIG. 3 the power-on sequence process would result in an abnormal diskette format error if the format of an inserted diskette 50 did not correspond to the operator selected format switch 17 (FIG. 6). In accordance with the automatic diskette format option, CPU 20 of digital control unit 9 in response to the abnormal diskette format error would initiate the diskette format process illustrated in FIG. 12. Upon completion of the diskette format process illustrated in FIG. 12, the power-on sequence illustrated in FIG. 3 would continue from step B.

Referring now to FIG. 14A, there is shown a schematic block diagram of the format selection logic in accordance with another aspect of the present invention. During the power-on sequence as described in connection with FIGS. 3 and 12, processor 20 of control unit 9 initiates a format selection switch sample and test routine as more fully described in the flow diagram illustrated in FIG. 14B. Switch 17 is illustrated in FIG. 14A in the Apple PC position and logic level v1 is applied as inputs to logic gates 60c and 60d. As illustrated in FIG. 2A, the format signals 57 for the Apple PC format is a logic "zero" and conversely the format signal or tag 57 if the format switch 17 were in the IBM PC or other computer type position would be a logic "one" and "two" respectively. In response to the logic "zero" indicating Apple PC format, processor 20 accesses a unique memory location XY of format memory 20-2 which for example may comprise any random access memory with two megabytes storage capacity. The data format for the operator selectable predetermined number of computer architectures, similar in content and arrangement to those illustrated in FIG. 6B for an Apple PC would be stored in memory 20-2 which

5,138,459

13
14

would be addressed in response to the other operator selectable position of switch 17 to generate the other unique codes 57 as shown in FIG. 2A. Processor 20 in response to a stored format subroutine more particularly shown in FIG. 14B contains the allocation of data memory addresses in disk input/output interface unit 13 in accordance with the picture image file format as illustrated in FIG. 6B. Thus the digital video data information signals generated by compression processor 12 are appropriately formatted and stored in memory storage disk drive 5 to insure compatibility with the format selected by the operator by selectively positioning switch 17.

Those skilled in the art will recognize the many alterations, additions or changes of the preferred embodiment may be made without departing from the scope of the following claims.

What is claimed is:

1. In an electronic still image camera comprising:
an optical lens,
a shutter mechanism operably associated with said lens,
an array of discrete light sensing pixel elements, each pixel element being responsive when said shutter mechanism is operated to incident illumination from a subject image radiating through said lens and shutter mechanism to generate an analog picture information signal corresponding to said subject image,
pixel multiplexing means responsive to each array of pixel elements for separating an output from each pixel element into its primary color components,
analog to digital converter means responsive to the outputs of said pixel multiplexing means for converting said analog picture information signal into corresponding digital data information signals,
removably mounted memory means for storing said digital data information signals,
the improvement comprising output data control means for selecting one of a plurality of different output data format codes prerecorded in said camera to be associated with each said digital data information signals where each of said plurality of output data format codes corresponds respectively to one of a like plurality of different data formats for different types of computer apparatus, and
logic means responsive to said output data control means for determining the output data format of said digital data information signals in accordance with a selected one of said plurality of different output data format codes.

2. The improved electronic still camera of claim 1 further comprising picture image resolution determining means and digital data compression means for selectively determining which a plurality of compression algorithm parameters are to be applied to said digital data information signals in response to an operator activated switch means.

3. The improved electronic still image camera of claim 2 wherein said removably mounted memory means comprises digital diskette means having thereon a plurality of selectively addressable magnetic sector and track sections for recording said digital data information signals.

4. The improved electronic still image camera of claim 3 hwerein said digital compression algorithm of said digital data compression means is also recorded in its entirety on said diskette means and further compris-

ing record marking means for recording a digital coded mark for indicating the compression alogorithm parameters utilized in compressing each said digital data information signals.

5. The improved electronic still image camera of claim 2 further comprising record marking means for recording a unique digital mark indicating the compression alogorithm parameters utilized in compressing each said digital data information signals.

6. The improved electronic still camera of claim 2 further comprising record marking means for generating and recording with each said digital data information signals a coded mark indicating the compression algorithm parameters utilized in compressing said digital data information signals.

7. The improved electronic still image camera of claim 1 further comprising memory formatting means operable during the camera power-up routine to automatically format said memory means in acccordance with one of a plurality of output data formats.

8. The improved electronic still image camera of claim 1 further comprising audio recording means for simultaneously recording digital audio signals associated with each subject image and memory file correlation means for associating in said memory means the respective storage locations of said audio signals with its associated image signals.

9. The improved electronic still image camera of claim 1 further comprising switch activated control means for improving the image signal storage efficiency by selectively determining the amount of storage of said removably mounted memory means to be associated with storage of each picture image.

10. An electronic still image camera comprising:
an optical lens,
a shutter mechanism operably associated with said lens,
an array of discrete light sensing pixel elements, each pixel element being responsive when said shutter mechanism is operated to incident illumination from a subject image radiating through said lens to generate an analog picture information signal corresponding to said subject image,
pixel multiplexing means responsive to said array of pixel elements for separating an output from each pixel element into its primary color components,
analog to digital converter means responsive to the output of said pixel multiplexing means for converting said analog picture information signal into corresponding digital data information signals,
removably mounted memory means for temporarily storing said digital data information signals,
output data format control means for storing in said camera at least one of a plurality of different output data format codes where each of said plurality of output data format codes corresponds respectively to one of a like plurality of different data formats for different types of computer apparatus, and
logic means responsive to said format control means for selectively controlling the formatting of said digital data information signals in accordance with a selected one of said plurality of different output data codes.

11. The electronic still image camera of claim 10 further comprising memory formatting means operable to automatically format said removably mounted memory means in accordance with one of a plurality of operator selectable data storage formats.

5,138,459

**15**

12. The electronic still image camera of claim 10 further comprising image resolution determining means for selectively determining which of a plurality of compression algorithm parameters are to be applied to said digital data information signals.

13. The electronic still image camera of claim 12 further comprising record marking means for indicating which one of said plurality of compression alogorithm parameters were utilized to compress said digital data information signals.

14. The electronic still image camera of claim 10 wherein said removably mounted memory means comprises digital data diskette means and further comprising selectable diskette formatting means for automatically formatting diskette means in accordance with one of a plurality of operator selectable data formats.

15. The electronic still image camera of claim 10 further comprising remote activation means for selectively activating said camera and logic means responsive to said remote activation means for intiating an output data format check of said removably mounted memory means.

16. A process for storing an electronically sensed video image comprising the steps of:
  generating an analog image signal corresponding to the imagewise pattern of radiant light incident on a plurality of light sensing pixel elements,
  converting the analog image signals into digital electronic information signals wherein a distinct digital electronic signal corresponds to the analog image signals corresponding to the intensity of radiant light falling on the light sensing pixel elements,
  temporarily storing the digital electronic information signals,
  recording in selectable addressible memory means at least one of a plurality of different digital output

**16**

data format codes where each of said plurality of output data format codes corresponds respectively to one of a like plurality of different data formats for different types of computer apparatus,
  selecting from said selectable addressible memory means one of said different digital output data format codes to be associated with each said digital electronic information signals, and
  storing said digital electronic information signals in a digital memory in accordance with said selected output data format code.

17. The process of claim 16 further including steps of:
  detecting the presence at an electronic still camera of a remotely generated activating signal, and
  activating said generating of said analog signal in response to the detecting of said activating signal.

18. An electronic video image signal output data format translator comprising:
  input means for receiving image signals corresponding to sensed picture information,
  converter means for converting said image signals to digital image signals,
  buffer storage means for temporarily storing said digital image signals,
  output data format selection means for selecting one of a plurality of different data format codes stored in the translator to be associated with each said digital image signals where each of said plurality of different data format codes corresponds respectively to one of a like plurality of different data formats for different types of computer apparatus, and
  output memory means for storing said digital image signals formatted in accordance with said selected data format code.

* * * * *

# EXHIBIT B



US006094219A

# United States Patent [19]

## Roberts et al.

[11] **Patent Number:** 6,094,219

[45] **Date of Patent:** *Jul. 25, 2000

[54] **ELECTRONIC STILL VIDEO CAMERA WITH DIRECT PERSONAL COMPUTER (PC) COMPATIBLE DIGITAL FORMAT OUTPUT**

[75] Inventors: Marc K. Roberts, Burke; Matthew A. Chikosky, Springfield; Jerry A. Speasl, Vienna, all of Va

[73] Assignee: St. Clair Intellectual Property Consultants, Inc., Grosse Pointe, Mich

[ * ] Notice: This patent is subject to a terminal disclaimer

[21] Appl No : 08/651,562

[22] Filed: May 22, 1996

**Related U.S. Application Data**

[63] Continuation of application No 08/098,787, Jul. 29, 1993, Pat No. 5,576,757, which is a continuation of application No. 07/878,603, May 5, 1992, abandoned, which is a continuation of application No 07/615,848, Nov. 20, 1990, Pat No 5,138,459

[51] Int. Cl.[7] ............................................. H04N 5/225
[52] U.S. Cl. .................... 348/207; 348/220; 348/552
[58] Field of Search ................. 348/207, 220, 348/231, 222, 384, 552; 360/132, 133, 135; 358/906, 909.1; 386/27, 48, 109, 112, 117, 118, 131; H04N 5/225

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,074,324 | 2/1978 | Barrett |
| 4,131,919 | 12/1978 | Lloyd et al |
| 4,302,776 | 11/1981 | Taylor |
| 4,420,773 | 12/1983 | Toyoda et al |
| 4,456,931 | 6/1984 | Toyoda et al |
| 4,571,638 | 2/1986 | Schneider et al |
| 4,614,977 | 9/1986 | Kawahara et al |
| 4,758,883 | 7/1988 | Kawahara et al. ................ 348/230 |
| 4,803,554 | 2/1989 | Pape |
| 4,827,347 | 5/1989 | Bell |
| 4,829,383 | 5/1989 | Harase |

(List continued on next page )

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0300421A1 | 3/1990 | European Pat Off |
| 90303076 | 3/1990 | European Pat Off |

OTHER PUBLICATIONS

Eikonix. New Release, Atlanta, GA, Sep 29, 1988
*Laser Focus World*, Electronic Imaging. Apr. 1990, pp. 72
Personal Vision™, Live Video/Frame Grabber For Macintosh II, Orange Micro, Inc , 1989

(List continued on next page )

*Primary Examiner*—Tuan Ho
*Attorney, Agent, or Firm*—Harness, Dickey & Pierce, PLC

[57] **ABSTRACT**

An electronic still camera comprising a lens, shutter, and exposure control system, a focus and range control circuit, a solid state imaging device incorporating a Charge Coupled Device (CCD) through which an image is focused, a digital control unit through which timing and control of an image for electronic processing is accomplished, an Analog-to-Digital (A/D) converter circuit to convert the analog picture signals into their digital equivalents, a pixel buffer for collecting a complete row of an image's digital equivalent, a frame buffer for collecting all rows of an image's digital equivalent, and a selectively adjustable digital image compression and decompression algorithm that compresses the size of a digital image and selectively formats the compressed digital image to a compatible format for either the IBM Personal Computer and related architectures or the Apple Macintosh PC architecture as selected by the operator so that the digital image can be directly read into most word processing, desktop publishing, and data base software packages including means for executing the appropriate selected decompression algorithm; and a memory input/output interface that provides both temporary storage of the digital image and controls the transmission and interface with a standard Personal Computer (PC) memory storage device such as a digital diskette. The digital diskette is removably inserted into the housing of the camera prior to use in recording digital image data.

26 Claims, 11 Drawing Sheets



**6,094,219**

Page 2

## U S PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,837,628 | 6/1989 | Sasaki |
| 4,847,677 | 7/1989 | Musee et al |
| 4,903,132 | 2/1990 | Yamawaki |
| 4,905,092 | 2/1990 | Koshiishi |
| 4,943,850 | 7/1990 | Aseida |
| 4,972,266 | 11/1990 | Tani |
| 5,016,107 | 5/1991 | Sasson |
| 5,018,017 | 5/1991 | Sasaki et al. ............ 348/233 |
| 5,032,927 | 7/1991 | Watanabe et al ........... 348/231 |
| 5,034,804 | 7/1991 | Sasaki et al |
| 5,138,459 | 8/1992 | Roberts et al |
| 5,164,831 | 11/1992 | Kuchta et al |
| 5,170,262 | 12/1992 | Kinoshita et al |
| 5,231,501 | 7/1993 | Sakai |

## OTHER PUBLICATIONS

Article—Computer Graphics World, Feb 1990, Section: vol 13; No 2; pp.69; ISSN:0271–4159 "The Still Video Picture; Numerous Uses For Still Video Technology", Phillip Robinson

"How Sony Beat Digital–Camera Rivals", The Wall Street Journal, Jan. 25, 1999, B1

MACINTOSH® System Software User's Guide, version 6.0, 1988

F Izawa et al., "Digital Still Video Camera Using Semiconductor Memory Card", *IEEE Transactions on Consumer Electronics*. 36(1990)Feb No 1 New York, U S

F Izawa et al , *IEEE Transactions on Consumer Electronics*. Feb 1990, "Digital Still Video Camera Using Semiconductor Memory Cord"

Samuel D Holland et al , *NASA Tech Briefs*, Jun. 30, 1993, p 39, "Digital Electronic Still Camera"

*Electronics World & Wireless World*, Oct 1990



FIG. 1

PRIOR ART

FIG. 2



FIG. 2A



FIG. 3



FIG. 5 A

FIG. 4

FIG. 5B



FIG. 6

FIG. 6A

FIG. 6B



FIG. 6C

FIG. 7



INPUT IMAGE FRAME

RGB TO CHROMINANCE/LUMINANCE CONVERSION

PERFORM DISCRETE COSINE TRANSFORM (DCT)

FORMAT OUTPUT COEFFICIENTS

PERFORM HUFFMAN CODING

PERFORM OUTPUT FORMATTING

OUTPUT COMPRESSED IMAGE TO MEMORY

FIG. 8

FRAME BUFFER STACK
11A
FROM 10
PIXEL BUFFER

MOST RECENT IMAGE FRAME (LAST)

FIRST IMAGE FRAME

IMAGE FRAMES

TO 12 COMPRESSION PROCESSOR

RAM MEMORY

FIG. 13

Commercial Still Video Camera    Video Diskette (Analog format)    Video Format Translator    Diskette (Digital format)    PC

FIG. 10



FIG. 9

FIG. 11



FIG. 12



FIG. 14A



FIG. 14B

6,094,219

1

### ELECTRONIC STILL VIDEO CAMERA WITH DIRECT PERSONAL COMPUTER (PC) COMPATIBLE DIGITAL FORMAT OUTPUT

This is a continuation of U.S. patent application Ser. No. 08/098,787 filed Jul. 29, 1993 now U.S. Pat. No. 5,576,757, which is a continuation of U.S. patent application Ser. No. 07/878,603, filed May 5, 1992, now abandoned, which is a continuation of U.S. patent application Ser. No. 07/615,848, filed Nov. 20, 1990 and now U.S. Pat. No. 5,138,459.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention generally relates to an electronic still video camera and in particular to an improved electronic still camera which converts a still picture of an object or scene into an operator selectable compressed digital signal format for storage utilizing a compression/decompression algorithm, such as the Joint Photographic Experts Group (JPEG) algorithm standard for example, formatted into a Personal Computer (PC) compatible format retaining the images' color information, and stored on a PC compatible memory diskette. For example, the diskette can be a three and a half (3½) inch digital diskette. The digital diskette is removeable from the electronic camera for direct insertion into a PC which contains the previously loaded corresponding decompression algorithm whereby the digital image is in a format compatible for immediate use with word processing, desk top publishing, data base, and multi-media applications.

2. Description of the Prior Art

FIG. 1 is a schematic block diagram showing structure of a conventional prior art electronic still camera system, in which a CCD image sensor element 1a converts a still image of an object into an analog color video signal when the shutter control circuitry 2a is activated. The output color video signal of the image sensor element is then routed to the signal processing subsystem 3a where the signal is converted to National Television System Committee (NTSC) or other composite video formats (such as the European video standard Phase Alternating Line-PAL) and logged in analog format onto a mass memory storage device such as an analog video floppy disk, Electrically Erasable Programmable Read Only Memory (EEPROM), analog audio cassette, bubble memory, or other storage device 5a. Power is supplied by a rechargeable/removeable battery system 4a.

An electronic camera that converts an image into electronic image signals and transferred to a memory storage device is disclosed in the following: U.S. Pat. No. 4,131,919; U.S. Pat. No. 4,456,931; U.S. Pat. No. 4,758,883; U.S. Pat. No. 4,803,554; and U.S. Pat. No. 4,837,628

Conventional prior art electronic still cameras, for example of the types disclosed in the aforementioned references, produce an electronic signal corresponding to a desired image in analog format such as the National Television System Committee (NTSC) or similar on magnetic or electronic storage media for either permanent or temporary storage to facilitate viewing on a television or video monitor. With the current state of the art, it is expensive and time consuming to convert the analog image equivalent to a digital format for direct utilization with PC software applications. Currently, to convert an image captured on an electronic still camera to a PC compatible format one must convert the signal back to either a composite NTSC or RGB video signal and use a conversion device such as a "frame grabber" (a digital circuit board installed into PCs that

2

convert video images into PC compatible formats) of the type sold commercially by Aapps Corporation, Orange Micro, RasterOps, and others or convert the image to a hard-copy print (a photograph) and utilize an electronic "scanner", a piece of equipment that connects to a PC, which converts an image into a digital format. The later technique is employed extensively within the desktop publishing industry

### SUMMARY OF THE INVENTION

It is the object of this invention to provide an improved electronic still camera with operator selectable picture compression in one of a plurality of operator selectable digital data formats recordable on a standard removeable magnetic diskette common to personal computers

It is a further object of this invention to provide an improved electronic still camera that provides digital image files for immediate and direct incorporation into popular word processing, desktop publishing, and other software programs on PCs

It is another object of this invention is to provide an improved electronic still camera that, under user selection, can record and store still images selectively compressed in a directly insertable digital memory storage device into a PC in either color or black and white formats thus facilitating storage of a large number of images with the signal flag indicating the degree of compression selected by the operator as well as the color/black and white mode selection being stored as digital values on the digital memory storage device with each image frame

An additional object of this invention to provide an electronic still camera device that can rapidly capture a series of images automatically as well as singularly. Also, this camera provides multiple outputs in both video format for monitor and display of images and digital formats to facilitate data transmission, additional processing, or storage to a variety of storage media

It is still another object of this invention is to provide a more efficient electronic still camera that can take a still picture with operator selectable high, medium, or low resolution in either color or black and white by electronic shutter and exposure control by utilizing a variety of electro-optical sensors including Charge Coupled Devices (CCD), Infrared (IR), and Ultra Violet (UV) which can be directly or remotely controlled by analog, digital, or radio frequency (RF) control signals

A further object of this invention is to provide a programmable video picture translator device for efficiently converting electronic still images in analog composite video format into digital data format readable by a PC. This translator device also provides additional video inputs and outputs for capturing video images, monitoring video images on monitors and displays, and can transmit either compressed or unprocessed digital image data through a variety of output I/O channels in various formats such as serial, parallel, etc Also, this invention can incorporate sound/voice with images thru additional interface circuitry and audio digitizers.

Finally, it is the object of this invention to provide an electronic still camera that is efficient in design and permits extended periods of portable operation and which provides the user with operational status through the use of continuous internal self-test software routines and operator displays.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a conventional prior art electronic still camera

6,094,219

3

FIG. 2 is a schematic block diagram of the of the overall structure of an electronic still camera embodying the present invention

FIG. 2A is an illustration showing one embodiment of an audio data file, data format flag, compression level, and color/black and white mode selection values stored on a digital memory diskette storage device.

FIG. 3 is a flowchart showing the power-up and continuous self-test sequence in accordance with one aspect of the present invention

FIG. 4 is an example of a ½" CCD array utilizable in accordance with one aspect of the present invention

FIG. 5A is a schematic block diagram showing the image signal to digital signal conversion logic in accordance with one aspect of the present invention

FIG. 5B is a logic and timing diagram for the image signal to digital signal conversion logic in accordance with one aspect of the present invention

FIG. 6 is an example of the control panel logic in accordance with one aspect of the present invention

FIG. 6A is an example of one embodiment of switch logic of the control panel switches and controls utilizable in accordance with one aspect of the present invention

FIG. 6B is an example of the PICT image file format based upon the published standard provided by Apple Computer, Inc.

FIG. 6C is an alternate embodiment of the current invention embodying remote operation

FIG. 7 is a simplified block diagram of the digital control unit in accordance with one aspect of the present invention

FIG. 8 is a flowchart showing the steps of the image compression algorithm in accordance with one aspect of the present invention

FIG. 9 is a block diagram of a video format translator device in accordance with one aspect of the present invention

FIG. 10 is a block diagram illustrating the operation of a translator device in accordance with one aspect of the present invention

FIG. 11 is an alternative embodiment of the video format translator in accordance with another aspect of the present invention showing additional video inputs and data outputs

FIG. 12 is an alternate embodiment of the invention showing an optional diskette format utility flowchart

FIG. 13 is an alternate embodiment of a frame buffer utilizable in accordance with another aspect of the present invention showing a frame buffer stack permitting multiple shot mode

FIG. 14A is a block diagram of an embodiment of the format select logic in accordance with one aspect of the present invention

FIG. 14B is a flow diagram illustrating the steps of the format selection logic operations

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 2 is a schematic block diagram of the preferred embodiment of an electronic still camera in accordance with the principals of the invention Referring to FIG. 2, an image optical pick-up element 1, which for example could be a Charge Coupled Device (CCD) (or an Infrared (IR) or Ultraviolet (UV) sensor), converts a still image of an object into an electric signal when a picture "shoot" command is

4

initiated by the operator via control panel 2 When taking a picture, focusing and shutter speed are controlled by a lens system and shutter speed selection mechanism under control of the digital control unit 9 The camera, like other still video cameras, employs an electronic shutter system that controls a charge storage time in a CCD array onto which an image of an object is focused through the lens system.

When the "shoot" control 6 is half depressed (see FIG. 6), a power supply voltage is supplied from the rechargeable batteries 4 to the electronic circuits and digital control unit 9, control panel 2, and the disk drive assembly 5 The exposure control circuitry not shown generates appropriate horizontal and vertical transfer pulses as well as field shift pulses under control of the reference clock timing and control signals provided by the digital control unit 9 type for driving the CCD device and pre-processing circuitry. This design may be of any type well known in the art for example those cited in U.S. Pat. Nos. 4,131,919 and 4,456,931 and any similar designs well known in the prior art.

An alternate embodiment of the present invention that provides remote operation of the camera is shown in FIG. 6C. When remote "Shoot" control 30 is activated by any means for example manually, or by radiant, or electronic energy, a control signal is generated and routed through the external jack 31, located on the external camera body The external control 30 is electrically connected to the external jack 31 by a twisted-pair conductive cable assembly that is familiar to those skilled in the art. Upon receipt of the externally generated "shoot" command, the relay switch 32 is activated and provides internal switch closure. This closure of switch 32 then initiates the process previously described and provides the half V+ voltage previously described The full V+ is provided via the fixed delay 33, the value chosen to allow the diskette drive assembly 5 (FIG. 2) and associated control circuitry to initialize prior to receiving image data

When the "shoot" control is fully depressed in either embodiment, the shutter controller 15 (FIG. 6) generates a shutter pulse that generates control signals for the A/D converters 8 allowing the image/picture data signal in the sample and hold circuitry of the pixel multiplexer 7 to be converted into a digital signal. Control and address instructions of the type well known in the art are generated from the digital control unit 9 to facilitate the storage of the digital image data within the pixel buffer 10 and frame buffer 11. Upon completion of image conversion, the contents of the frame buffer are transferred to the compression processor 12 which for example may be of the many versions currently offered commercially such as C-Cube's (San Jose, Calif) four chip Application Specific Integrated Circuit (ASIC) set. In the compression processor 12, the Joint Photographic Experts Group (JPEG), a part of the International Standards Organization (ISO) which is a subset of the International Telegraph and Telephone Committee (CCITT), image compression algorithm fully described in Report #JTC1/SC2/WG8 dated 1985 is performed under control of the digital control unit 9 to compress the size of the image A variable selectable compression ratio of up to 50:1 is performed on the digital image frame Other compression ratios are operator selectable via the control panel 2 switches 14A and 14B (FIG. 6) The compressed digital frame is then formatted into either an IBM PC/Clone (such as GIFF) or Apple Macintosh (such as PICT II) image file format depending on the setting selected by the operator for a user switch 17 (FIG. 6) position on the control panel 2 After formatting, the file is written into a temporary memory buffer within the disk input/output (I/O) interface circuit 13 which, under the

6,094,219

| 5 | 6 |

command of the digital control unit 9, controls the high density (1.4 Mbyte storage capacity) disk drive unit 5 Following file transfer to the diskette e.g., the frame counter display 22 on the control panel 2 is updated by appropriate control signals and the camera is ready to undergo the same procedure for the next image Power to the electronic circuits and disk drive system is terminated following release of the "shoot" control switch 6

In accordance with the preferred embodiment of this invention, it is permissible for the user to select various resolution quality image recording levels with the higher levels being at the expense of memory diskette storage capacity The position of switches 14A and 14B for example could represent a unique digital mark or word that denotes the respective switch position and is sensed during initial power application and periodically during operation. FIG 6A illustrates typical logic AND gate circuits 60a and 60b utilizable in conjunction with switches 14A and 14B or switch 17 to generate appropriate signals to designate respective switch positions and generate appropriate control signals from. The switch positioned in the High position for high resolution allows only four to five images to be stored, while Med switch position for medium resolution allows approximately twenty five images to be stored, and Low for low resolution allows up to fifty images to be stored on a single diskette Also, by selecting black and white mode instead of color via switch 14B, the operator may select additional storage capacity since storage is increased by a factor greater than three (one element per pixel versus three for color) Various image resolution combinations are permissible because the operator can select a different resolution and mode setting for each image prior to image signal capture. This is accomplished by marking or "tagging" each image frame data information signal with the resolution and mode of each image as it is written onto the memory diskette in any suitable manner, for example as shown in FIG 2A With reference to FIG 2A, diskette 50 has tracks 51a, 52b,

52n With reference to track 52b there is shown a representative portion of segment 53 depicting a typical image file information format having digital bit 54 depicting color mode, and digital bits 55 representing compression resolution level markings or tags With reference to color mode tag 54 it can be seen that if switch 14B is in the color position tag 54 is recorded as a logical "one" or true conversely if bit 54 is recorded as a logical "zero" it corresponds to the black and white position of switch 14B Similarly as shown switch 14A would record in memory position 55 a binary "zero" for low resolution, a binary "one" for medium resolution and a binary "two" for high resolution selections by the operator. By incorporating this "tagging" approach, it is possible for the decompression algorithm, loaded into any PC prior to use or written onto the memory storage diskette along with the image data, to automatically determine the appropriate level of compression associated with image file and execute decompression efficiently

Still another alternate embodiment in accordance with this invention incorporates an acoustic digitizer circuit which digitizes sound There are several digitizers commercially available such as the Apple Computer Inc Musical Instrument Data Interface (MIDI) adaptor The output of this digitizer may be selectively connected to the CPU 20 (FIG 7) via an additional I/O interface similar to the auxiliary I/O interface 80 The sound or audio associated with each image can be recorded, digitized, and stored on the diskette device on available tracks in an identical manner previously described (FIG 2A) An image file in accordance with this

embodiment would be appropriately marked or tagged with the corresponding digitized audio file 56 (FIG 2A) Upon playback on a sound configured PC, both the image and the corresponding audio would then be viewed and heard simultaneously

It should be noted that a major advantage a camera in accordance with the present invention has over conventional still video cameras is that a camera according to this invention is capable of storing multiple digital images in semiconductor memory temporarily at a rapid rate while, simultaneously, the image compression processor 12, file formatter software algorithm, and disk I/O interface 13 that stores formatted files continue to function in concert together at a slower rate. This efficient design coupled with VLSI low power, high speed semiconductor memory devices (10 & 11 FIG 5A and 24 FIG 7) allows this operational capability.

Like most other still video and conventional film cameras, when the "shoot" control 6 (FIG 6) is fully depressed, a control signal is generated from the digital control unit 9 that generates a trigger signal on the control panel 2 to cause a flash unit 16 (FIG 6) to irradiate a flash of light onto the subject image.

During initial camera operation, the user first inserts a diskette such as a standard three and a half inch or similar storage medium Various memory diskette sizes and formats are suitable for the invention. However, for the preferred embodiment either a double-density (800 Kbytes of storage) or a high-density (1.4 Mbytes of storage) diskette in a three and a half inch format which are readily available from various commercial sources such as Sony, Maxell, and Verbatim. The user must then select the desired PC format (IBM PC/Clone or Apple Macintosh, etc.) via switch 17 (FIG 6) on the control panel 2 As shown in FIG 3.; after turning on the power switch or inserting a diskette 50, the digital control unit 9 performs a self test of all internal circuitry, battery, disk drive unit, and control panel. Should any failures be detected, an appropriate error indicator is illuminated on the control panel During the power-on sequence (see FIG 3 and FIG 12), the inserted diskette 50 is automatically checked for formatting consistencies in accordance with the format selected by the format switch 17 on the control panel 2 (IBM/Apple/etc.) and for available storage space by checking the boot block on the diskette, a technique that will be familiar to those skilled in the art. Should any inconsistencies be detected, an error indicator is illuminated on the control panel (ie, disk full, unformatted, etc.). The operator frame counter display 22 (FIG 6) is then updated to show the maximum number of pictures available based upon indicated operator selections (color/black and white), diskette type (double versus high density), and capacity (partially full versus empty diskette) During operation, the operator can selectively erase a frame and record over it if desired by selecting the erase mode of operation from the control panel and toggling the forward/reverse control

The optics for the preferred embodiment of the invention is a commercially available one-half inch (½") color CCD device having a pixel grid array of 780x488 as pictorially depicted in FIG 4 This results in 380,640 pixel elements which results in a commercially acceptable quality resolution image as will be understood by those skilled in the art. In a color imaging device (CCD array) photoelectric elements, such as photodiodes, are arranged in a two dimensional array with optical filters for R (red), G (green), and B (blue) Various arrangements of optical filters are well known and the arrangement of optical filters is not limited to

6,094,219

7

a particular one with this invention. During operation each pixel stores a charge corresponding to the amount of incident light. The RGB components of each pixel's charge is sequentially read out via a horizontal/vertical addressing scheme that will be familiar to those skilled in the art.

As shown in FIG. 5A, each charge, when addressed, is amplified and processed in a sample and hold (S/H) circuit 18. The analog voltage in each S/H circuit is digitized by an associated analog to digital (A/D) converter 8. The digital values are routed and collected in the pixel buffer 10. Following completion of discrete pixel element conversion and subsequent formatting in the pixel buffer which is under Control Processor Unit (CPU) 20 software control, the output of the full pixel buffer is routed to the frame buffer 11 by digital control unit 9. This process continues until a complete frame is collected within the frame buffer. The general digital logic and timing and control signals for this circuitry is shown in FIG. 5B. The timing is provided by a master clock that is an integral part of the CPU microprocessor. For example, the MOTOROLA 68040 microprocessor has a clock speed of approximately 40 Megahertz (MHZ) which results in a clock period of 25 nanoseconds (nsec.) This clock pulse is used by the function and address decoder 19 (FIG. 6) to generate the address and control signals shown in FIG. 5B as would be understood by those skilled in the art. The circuit of the present invention may be designed by one skilled in the art to function with a variety of microprocessor architectures and is not limited to any one in particular. One can see from the timing chart that the S/H circuit is allowed (via the SE command) to charge to a voltage level indicative of the analog voltage impinging upon the pixel element (via the PS command). After a fixed time period, the A/D converters are enabled(via the CE command) to begin conversion of the analog voltage value on the S/H. Upon completion of conversion, a conversion completion signal (CC) is generated by the A/D and routed back to the S/H circuit (via the SC command which is generated by the function and address controller 19) to discharge the stored analog voltage in anticipation of the next pixel element conversion process. Next, the output of the A/D converter 8 is clocked into the pixel buffer 10 (via the PB command). When the pixel buffer 10 is full, the output is clocked out to the frame buffer 11 (via the FB command) and the pixel multiplexer address circuitry selects the next pixel for conversion. Reset signals (RST) are sent to all circuit elements to allow these devices to reset prior to receiving the next analog value.

Another novel concept of the present invention is illustrated in FIG. 5A and 5B utilizes a technique of paralleling the S/H and A/D devices for each pixel element thus accelerating the image signal analog-to-digital conversion process. This is accomplished by eliminating the serial S/H and A/D path typical of prior art still video camera designs. In addition, high-speed, low-power devices available from Sony, Burr-Brown, Datel, Analog Devices, and others facilitate the increased conversion throughput of the S/H and A/D circuits with pixel conversion times of less than 150 nanoseconds (nsec.) For example, Sony's video A/D converter Device part number CXA1016P/K performs up to 50 million samples per second or 20 nsec per conversion. This device, or similar, may be used in the preferred embodiment and all video camera designs multiplex each signal component into a common/singular A/D path to reduce the number of components and power consumption. However, in accordance with another aspect of the present invention components such as CMOS and ECL devices coupled with min-

8

iaturized packaging techniques such as surface mount devices (SMD) and ASIC technology make it feasible to incorporate these devices in a parallel design in order to realize a substantial increase in conversion speed with no appreciable increase in power consumption. Therefore, this design approach provides, significant conversion throughput increases over previous designs.

The extremely high conversion speed in accordance with another concept of the present invention makes multiple high-speed camera operation possible in an alternate embodiment. For example, total conversion time required for the aforementioned CCD array utilizing the circuit of the present invention (FIG. 5A) requires approximately 380, 640x150 nsec or 38 milliseconds (msec.) Additional time (approximately 5 msec.) is required for timing and control signal latency. Thus, total conversion time for a complete image frame prior to compression processing and logging to the memory storage diskette 50 is less than fifty msec. This allows for approximately 20 images to be captured in a one second period. By adding additional RAM 11A (FIG. 13) or other forms of commercially available random access memory to the frame buffer 11, image frames could be "pushed" onto a semiconductor memory stack for temporary storage allowing the compression processor and data interface circuitry to perform their respective functions at a slower rate. As shown in FIG. 13, each unprocessed image frame would be recorded or "pulled" from the stack on a "First-In, First-Out" (FIFO) manner until all images in the stack queue were processed and written to the storage diskette via the disk I/O circuitry 13.

As shown in FIG. 6, control panel settings are monitored by the CPU 20, a microprocessor, thus allowing the appropriate timing, control, and signal processing to be effected properly. The microprocessor 20 may be of the type 68040 manufactured by MOTOROLA, Intel's 80386 series, or equivalent microprocessors which specifications are commercially available and are incorporated herein by reference. The microprocessor utilization of this invention, which is in the digital control unit 9, transmits commands and status to specific controls, functions, and displays to the control panel as well as receiving both circuit status/control data and operator commands through polling the operator switch settings 14A, 14B, and 17 via the bidirectional function and address decoder 19. This approach allows the user to know immediately how much storage capacity remains in the image storage diskette 50 as well as the camera's overall operational and functional status through the use of status displays 21, 22, and 23 and ongoing software self-tests running in the background as depicted in FIG. 3. An example of this would be a low battery situation. First, the digital control unit 9 would detect a failure in the self-test mode. Next, the self-test light emitting diode 21 (FIG. 6) would be illuminated and an appropriate error display would be illuminated in the status display 22 thus providing the user with an exact indication of the error. Another example illustrating the operation of this embedded microprocessor type of control approach is the format switch 17 (FIG. 6). The position of the format switch 17 is sensed upon power application. Following diskette insertion, the boot block on the diskette is compared with the format switch 17 setting (IBM/clone or Apple) and if the format does not match or if the disk 50 is unformatted, the disk format status light emitting diode 23 would be illuminated and an appropriate error display would be illuminated in the status display 22 thus prompting the user to take appropriate corrective measures.

An alternate embodiment of the present invention involves adding an auxiliary I/O interface circuit or port to

6,094,219

9

the digital control unit 9 As shown if FIG 7, the auxiliary I/O port 80 connects in a manner similar to the Disk I/O interface 13 This additional I/O channel provides for external control and monitor of all timing and control signals internal to the camera In addition, it allows for the image data to be routed past or around the compression processor out to any additional internal or external device such as an optical disk storage device, digital analyzer, or other data processors that might be desired

FIG 7 shows the digital control unit 9 The microprocessor 20 architecture here is typical to one familiar with the art The frame buffer 11 (FIG 5A) receives and stores the outputs of the pixel buffer 10 until a complete frame of image data is received Then, the CPU 20, under software control, issues a control signal to the optics logic in the shutter and control circuitry 15 (FIG 6) thus resetting those functions for future image recording The full frame buffer 11, upon command from the CPU 20, transfers it's data into the compression processor 12 (FIG 2) which performs thousands of levels of parallel pipeline processing on the image data The compressed image frame is then written out to the mass memory RAM (Random Access Memory) 24 where it is temporarily stored until transferred to the disk drive assembly 5 via the disk I/O interface circuitry 13

Referring to FIG 8, a flowchart shows the steps involved in the image compression process performed by the image compression processor 12 (FIG 2) in accordance with the preferred embodiment of the present invention The output of the frame buffer 11 is transferred into the input of the image compression processor 12 under the control of the digital control unit 9 As previously described, the setting of switch 14A (FIG 6) is read by the CPU 20 (FIG 7) to determine the image resolution quality desired Depending on the operator selected setting of switch 14A, the unique digital word generated by the AND gate 60a–b (FIG 6A) which is activated by the selected position of switch 14A is routed to image compression processor 12 via CPU 20 (FIG 7) which selects for example a predetermined digital memory location containing the appropriate corresponding compression ratio parameters under program control The compression processor uses this command value for example to establish the size of the covariance matrix and a threshold for acceptance for the variances produced by the Discrete Cosine Transformation (DCT) transform coefficients Next, the digital image signals are converted from the RGB format previously discussed in connection with FIGS 2, 5, and 6 into luminance and chrominance signals The luminance and chrominance signals subsequently undergo a DCT The cosine transformed signals are then quantized and are then processed for Huffman coding The Huffman coded image signals are then formatted into a form that facilitates format processing into various PC compatible formats (GIFF, PICT2, etc ) For a more complete understanding of the image compression process reference may be made to I E E.E. Catalog No. EH0231-1, Library of Congress No. 85-60384 published by the I E E E Society dated 1985 and incorporated herein by reference

Of the two traditional classes of image compression techniques, spatial coding and transform coding, transform coding techniques lead themselves well for this application due to computational simplicity. Transform coding techniques that provide good visual fidelity include: Karhunen-Loeve transform (KLT), Fourier, cosine, sine, and Hadamard The KLT algorithm offers the best visual fidelity but suffers from serious computational complications due to extremely large matrix size Several alternate algorithms that offer reasonable visual fidelity that are computationally

10

feasible for this invention include the Fast Fourier Transform (FFT), Discrete Cosine Transform (DCT), and Discrete Sine Transform (DST) The DCT was adopted by the JPEG as the preferred algorithm due to computational simplicity and performance

It should be noted that the Joint Photographic Experts Group (JPEG) ( comprised of experts from many companies including IBM, AT&T, Digital Equipment Corp, and INTEL ) compression/decompression standard was developed in 1985 in response to the lack of interoperability between image and processing equipment due to numerous proprietary standards held by each manufacturer. The JPEG standard provides image compression effectively up to 75 times or greater depending on the visual fidelity desired The JPEG standard is widely used in industry as an alternative to proprietary algorithms such as Intel's own proprietary standard called DVI which was initially developed by RCA before being sold to INTEL, the integrated Circuit manufacturer INTEL offers it's own firmware compression processor incorporating their DVI standard delivering compression ratios in excessive of 100:1 However, a new international standard called MPEG is due to be announced in the 1991 time frame from the JPEG and should offer compression ratios of 275:1 and greater In the preferred embodiment of the present invention, the JPEG standard is the preferred algorithm chosen with the incorporation of the the MPEG standard or other similar standard in the future when available commercially An alternate embodiment of the present invention would be the incorporation of various proprietary compression algorithm standards such as DVI

The compression/decompression algorithm firmware implementation of the JPEG algorithm is available commercially from various sources including C-Cube, Electronics for Imaging, Storm Technology, Burr-Brown, Spectral Innovations Inc., INTEL, and others The implementation of this algorithm for the present invention may incorporate the integrated circuit set commercially available from C-Cube Their four chip ASIC JPEG algorithm implementation is performed in three basic steps: first, the image is divided into 8-by-8 pixel squares and applies a discrete cosine transform (DCT) to each square resulting in 64 frequency values; second, these frequencies are put through a quantization algorithm to eliminate unimportant frequencies; third, the remaining values are run through a Huffman coding scheme to encode the most frequently occurring values using the fewest bits A compatible software implementation of the JPEG algorithm is available commercially from Aladdin Systems, Radius Inc , Kodak, and others.

Those skilled in the art will be familiar with the process and the commercially available software and firmware chipsets that are currently available on the market The present invention incorporates both available firmware chipsets in the camera and software for use in the PC for decompression The decompression algorithm can be written onto the camera's diskette 50 prior to any image data recording. This allows the PC user to take the diskette 50 to a PC and directly incorporate the image data because the image file selected by the user is automatically decompressed transparent to the user The algorithm can be written onto an unused track 52 or sector combination on the diskette as shown on FIG 2A. Alternatively, the decompression algorithm can be loaded onto a PC before inserting a diskette 50 containing compressed image data In the latter embodiment the resolution and mode values 54 and 55 (FIG 2A.) for each representative image would be read from diskette 50 in order to appropriately control the selection and activation of the appropriate corresponding decompression algorithm

6,094,219

11

As shown in FIG. 7, the output of the image compression processor 12 is routed to the RAM memory 24 where the compressed image is formatted for either the PICT II or GIFF format depending on the setting of format switch 17 (FIG. 6). It should be noted that a large number of image formats for PCs exist. PICT and GIFF are the most common for the Apple and IBM PC's and are therefore the preferred formats for the present invention although other formats can be easily incorporated into the design by changing the software format routines. These software image formats are commercially available from many sources most notably Apple computers for PICT and IBM for GIFF. An example of the PICT format is pictorially shown in FIG. 6B as will be familiar to those skilled in the computer arts. Once formatting is complete, the formatted image data is transferred to the disk I/O interface 13 for transfer to the magnetic recording diskette 50

FIG. 9 and FIG. 10 illustrate the preferred embodiment of the video format translator device in accordance with another aspect of this invention that converts other still video camera formats for example on two inch video diskette to this invention's selectable PC compatible digital format The general concept of operation is shown in FIG 10. In FIG. 9 correspond parts and subassemblies in translator 40 are shown with like numbers corresponding to FIG 2 and 6 having a 40 hyphenation prefix designation and such parts and subassemblies perform similar functions to those described above with reference to FIGS 2 and 6 Referring again to FIG 9, the translator 40 incorporates the same components utilized in the digital circuit card assembly which houses both the digital control unit 9 and optics processing circuits (pixel multiplexer 7, A/D 8, etc 10–13) The major difference is that the CCD array 1 is replaced with an input disk drive 25, for example a two inch (2") video disk drive assembly, and an NTSC video format decoder 26 which converts the composite video signal to an RGB format for processing as described previously.

FIG 11 displays an alternate embodiment of the video format translator device 40 of the present invention that shows optional inputs 27 and outputs 28 and 29 The exact same circuitry is utilized that was used for the translator device 40 as shown in FIG. 9 except that inputs 27 for either an NTSC/PAL format or RGB format video signal is provided. This allows video signals from other sources such as a cable TV, CAMCORDER, or other video signal source to be digitized and archived in a PC compatible format. Also, provisions for video output jacks 28 are made to allow either viewing of the image / video source prior to or during image recording. Finally, provisions are made to provide a data output 29 to allow connection to other PC peripherals such as a communications modem, larger/smaller disk drive assembly, optical disk, specialty display or signal processor/analyzer Either a standard serial, parallel, or Small Computer Standard Interface (SCSI) data port can be readily connected to the auxiliary I/O interface 80

FIG 12 depicts an alternate feature of an embodiment of the present invention that shows how an inserted diskette 50 that is either unformatted or formatted for a undesired (e.g., not corresponding to the setting of switch 17—FIG 6) PC configuration would be automatically properly formatted for use with a camera in accordance with another aspect of this invention This capability allows the user of this invention to forego the requirement to pre-format the storage medium (diskette) on a PC prior to using it in the camera operated in accordance with the present invention With reference to FIG 3 the power-on sequence process would result in an abnormal diskette format error if the format of an inserted

12

diskette 50 did not correspond to the operator selected format switch 17 (FIG 6). In accordance with the automatic diskette format option. CPU 20 of digital control unit 9 in response to the abnormal diskette format error would initiate the diskette format process illustrated in FIG 12. Upon completion of the diskette format process illustrated in FIG. 12, the power-on sequence illustrated in FIG 3 would continue from step B.

Referring now to FIG. 14A, there is shown a schematic block diagram of the format selection logic in accordance with another aspect of the present invention During the power-on sequence as described in connection with FIGS 3 and 12, processor 20 of control unit 9 initiates a format selection switch sample and test routine as more fully described in the flow diagram illustrated in FIG. 14B. Switch 17 is illustrated in FIG 14A in the Apple PC position and logic level v1 is applied as inputs to logic gates 60c and 60d As illustrated in FIG 2A, the format signals 57 for the Apple PC format is a logic "zero" and conversely the format signal or tag 57 if the format switch 17 were in the IBM PC or other computer type position would be a logic "one" and "two" respectively. In response to the logic "zero" indicating Apple PC format, processor 20 accesses a unique memory location XY of format memory 20-2 which for example may comprise any random access memory with two megabytes storage capacity The data format for the operator selectable predetermined number of computer architectures, similar in content and arrangement to those illustrated in FIG. 6B for an Apple PC would be stored in memory 20-2 which would be addressed in response to the other operator selectable position of switch 17 to generate the other unique codes 57 as shown in FIG 2A Processor 20 in response to a stored format subroutine more particularly shown in FIG 14B contains the allocation of data memory addresses in disk input/output interface unit 13 in accordance with the picture image file format as illustrated in FIG 6B Thus the digital video data information signals generated by compression processor 12 are appropriately formatted and stored in memory storage disk drive 5 to insure compatibility with the format selected by the operator by selectively positioning switch 17

Those skilled in the art will recognize the many alterations, additions or changes of the preferred embodiment may be made without departing from the scope of the following claims.

What is claimed is:

1 In an electronic camera including means for digitizing captured image data and a memory element for storing digitized image data, the improvement comprising:

output data control means for selecting for each digitized captured image to be stored in the memory element one of a plurality of different output data format codes stored in the camera and assigning the selected format code to the digitized captured image, each output data format code corresponding to at least one of a plurality of different data formats for different types of information handling systems, and

logic means responsive to said output data control means for determining an output data format for each digitized captured image in accordance with the assigned output data format code

2 The improved arrangement of claim 1 further comprising picture image resolution determining means for selectively determining which of a plurality of compression algorithm parameters are to be applied to said digitized captured image

3 The improved arrangement of claim 2 wherein said memory element comprises a removably mounted digital disk

6,094,219

13

4 The improved arrangement of claim 2 wherein a digital decompression algorithm associated with a compression algorithm selected by said image resolution determining means is also stored on said memory element and further comprising record marking means for storing a digital coded mark for indicating decompression algorithm parameters to be utilized in decompressing each said digitized captured image.

5 The improved arrangement of claim 2 further comprising record marking means for storing a unique digital mark indicating compression algorithm parameters utilized in compressing each said digitized captured image

6 The improved arrangement of claim 2 further comprising record marking means for generating and storing with each said digitized captured image a coded mark indicating the compression algorithm parameters utilized in compressing said digitized captured image.

7 The improved arrangement of claim 1 further comprising memory formatting means operable during a power-up routine to automatically format said memory element in accordance with one of a plurality of memory formats.

8 The improved arrangement of claim 1 further comprising audio recording means for simultaneously storing digital audio signals associated with each subject image and memory file correlation means for associating in said memory element the respective storage locations of said audio signals with its associated image signals

9 The improved arrangement of claim 1 further comprising control means for improving image signal storage efficiency by selectively determining an amount of storage of said memory element to be associated with storage of each picture image

10 An electronic camera comprising:

means for capturing image data corresponding to a selected image;

means for digitizing captured image data;

removably mounted memory means for storing digitized image data;

output data format control means for storing in said camera at least one of a plurality of different output data format codes where each of said plurality of output data format codes corresponds respectively to at least one of a plurality of different data file formats for different types of computer apparatus; and

logic means responsive to said format control means for selectively controlling the formatting of said digitized captured image data in accordance with a selected one of said plurality of different output data format codes

11 The device of claim 10 further comprising memory formatting means operable to automatically format said removably mounted memory means in accordance with one of a plurality of operator selectable data storage formats.

12 The device of claim 10 further comprising image resolution determining means for selectively determining which of a plurality of compression algorithm parameters are to be applied to said digitized image data

13 The device of claim 12 further comprising record marking means for indicating which one of said plurality of compression algorithm parameters were utilized to compress said digitized image data

14 The device of claim 10 wherein said removably mounted memory means comprises digital data diskette means and further comprising selectable diskette formatting means for automatically formatting the diskette means in accordance with one of a plurality of operator selectable memory formats

14

15 The device of claim 10 further comprising remote activation means for selectively activating said device and logic means responsive to said remote activation means for initiating a memory format check of said removably mounted memory means

16 An improved electronic camera comprising:

an optical lens;

shutter means operably associated with said lens;

an array of discrete light sensing pixel elements, each pixel being responsive to incident illumination from a subject image radiating through said lens and shutter means to generate an analog picture information signal corresponding to said subject image;

analog to digital converter means for converting said analog picture information signal into corresponding digital data information signals;

memory means for storing said digital data information signals;

output data control means for selecting for each digital data information signal one of a plurality of different output data format codes prerecorded in said camera and assigning the selected output data format code to the digital data information signal, each output data format code corresponding respectively to at least one of a plurality of different data formats for different types of information handling apparatus; and

logic means responsive to said output data control means for determining the output data format file structure of said digital data information signals in accordance with said assigned output data format code.

17 The improved electronic camera of claim 16, further comprising picture image resolution determining means for selectively determining which of a plurality of compression algorithm parameters are to be applied to said digital data information signals.

18 The improved electronic camera of claim 16, wherein said memory means comprises digital data means having a plurality of addressable sections for storing said digital data information signals

19 The improved electronic camera of claim 16, further comprising memory organizing means for automatically formatting said memory means in accordance with said output data format code

20 The improved electronic camera of claim 17, further comprising marking means for recording a unique mark indicating decompression algorithm parameters to be utilized in decompressing said digital data information signals.

21 The improved electronic camera of claim 16, further comprising memory allocating means for allocating said memory means in accordance with at least one of said plurality of data format codes

22 The improved electronic camera of claim 21, further comprising image resolution determining means for selectively determining which compression algorithm parameters are applied to said digital data information signals

23 The improved electronic camera of claim 17, wherein said digital data compression algorithm is recorded in said memory means and further comprising marking means for indicating the compression algorithm parameters utilized in compressing said digital data information signals.

24 An electronic camera operative to generate output data for use with a plurality of user selectable, information handling systems, comprising;

a digitizer for generating digital data corresponding to a captured image;

6,094,219

## 15

a memory element for storing the digital data;

a mode switch for selecting different modes of operation of the camera and generating a corresponding switch code

a compression processor for compressing the digital image data; and

an output controller for determining the selected information handling system, for assigning a corresponding output data format code to the stored digital data and for writing the switch code into a header in the image data file

## 16

25  The camera of claim 24 further comprising:

a resolution switch for selecting the resolution used by the compression processor in compressing the digital image data and generating a corresponding resolution code, the output controller being operative to write the resolution code into the header of the image data file

26  The camera of claim 25 further comprising:

an image memory removably mounted to the camera for storing the digital image data file together with a plurality of other digital image data files respectively corresponding to a plurality of other captured images

* * * * *

# EXHIBIT C



US006233010B1

(12) **United States Patent**
Roberts et al.

(10) Patent No.: **US 6,233,010 B1**
(45) Date of Patent: *May 15, 2001

(54) **ELECTRONIC STILL VIDEO CAMERA WITH DIRECT PERSONAL COMPUTER (PC) COMPATIBLE DIGITAL FORMAT OUTPUT**

(75) Inventors: **Marc K. Roberts, Burke; Matthew A. Chikosky, Springfield; Jerry A. Speasl, Vienna, all of VA (US)**

(73) Assignee: **St. Clair Intellectual Property Consultants, Inc., Grosse Pointe, MI (US)**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/253,831**

(22) Filed: **Feb. 19, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/712,493, filed on Sep. 11, 1996, which is a continuation of application No. 08/098, 787, filed on Jul. 29, 1993, now Pat. No. 5,576,757, which is a continuation of application No. 07/878,603, filed on May 5, 1992, now abandoned, which is a continuation of application No. 07/615,848, filed on Nov. 20, 1990, now Pat. No. 5,138,459

(51) Int. Cl.[7] .................................... H04N 5/225

(52) U.S. Cl. ............................ 348/220; 348/207

(58) Field of Search ...................... 348/207, 220, 348/221, 222, 230, 232, 233, 239; 358/909, 906.1; H04N 5/225

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,758,883 | * 7/1988 | Kawahara et al. | 348/231 |
| 5,016,107 | * 5/1991 | Sassonet et al. | 348/231 |
| 5,034,804 | * 7/1991 | Sasaki et al. | 348/231 |
| 5,153,730 | * 10/1992 | Nagasaki et al. | 348/231 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 63-284987 | 5/1987 | (JP) |
| 2-125572 | 11/1988 | (JP) |
| 1-114286 | 5/1989 | (JP) |
| 1-248785 | 10/1989 | (JP) |
| 2-146874 | 6/1990 | (JP) |
| 2-202782 | 8/1990 | (JP) |
| 2-208779 | 8/1990 | (JP) |
| 2-222385 | 9/1990 | (JP) |
| 2-257780 | 10/1990 | (JP) |

* cited by examiner

*Primary Examiner*—Tuan Ho
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce, P.L.C.

(57) **ABSTRACT**

A digital camera includes a digital memory system having a control unit for checking for proper format initialization of a removable digital memory element and for performing format initialization of the memory element when necessary

1 Claim, 11 Drawing Sheets



**U.S. Patent**    May 15, 2001    Sheet 1 of 11    US 6,233,010 B1



FIG. 1

PRIOR ART

FIG. 2



FIG. 2A



FIG. 3



FIG. 5 A

FIG. 4

FIG. 5B



FIG. 6

FIG. 6A

FIG.6B



FIG. 6C

FIG. 7



FIG. 8

FIG. 13

FIG. 10



FIG. 9

FIG. 11



FIG. 12



FIG. 14A



FIG. 14B

US 6,233,010 B1

1

# ELECTRONIC STILL VIDEO CAMERA WITH DIRECT PERSONAL COMPUTER (PC) COMPATIBLE DIGITAL FORMAT OUTPUT

This is a continuation of U.S. patent application Ser No. 08/712,493, filed Sep. 11, 1996, which is a continuation of U.S. patent application Ser. No. 08/098,787, filed Jul 29, 1993, now U S Pat No 5,576,757, which is a continuation of U S. patent application Ser. No 07/878,603, filed May 5, 1992. now abandoned, which is a continuation of U S. patent application Ser. No. 07/615,848, filed Nov 20, 1990 and now U S. Pat. No. 5.138.459

## BACKGROUND OF THE INVENTION

1 Field of the Invention

This invention generally relates to an electronic still video camera and in particular to an improved electronic still camera which converts a still picture of an object or scene into an operator selectable compressed digital signal format for storage utilizing a compression/decompression algorithm, such as the Joint Photographic Experts Group (JPEG) algorithm standard for example, formatted into Personal Computer (PC) compatible format retaining the images' color information, and stored on a PC compatible memory diskette For example, the diskette can be a three and a half (3½) inch digital diskette The digital diskette is removeable from the electronic camera for direct insertion into a PC which contains the previously loaded corresponding decompression algorithm whereby the digital image is in a format compatible for immediate use with word processing, desk top publishing, data base, and multi-media applications

2 Description of the Prior Art

FIG 1 is a schematic block diagram showing structure of a conventional prior art electronic still camera system, in which a CCD image sensor element 1a converts a still image of an object into an analog color video signal when the shutter control circuitry 2a is activated The output color video signal of the image sensor element is then routed to the signal processing subsystem 3a where the signal is converted to National Television System Committee (NTSC) or other composite video formats (such as the European video standard Phase Alternating Line-PAL) and logged in analog format onto a mass memory storage device such as an analog video floppy disk, Electrically Erasable Programmable Read Only Memory (EEPROM), analog audio cassette, bubble memory, or other storage device 5a. Power is supplied by a rechargeable/removeable battery system 4a

An electronic camera that converts an image into electronic image signals and transferred to a memory storage device is disclosed in the following: U S. Pat. No. 4,131, 919; U S. Pat. No, 4,456,931; U S. Pat. No. 4,758,883; U S Pat. No. 4,803,554; and U S. Pat. No. 4,837,628

Conventional prior art electronic still cameras, for example of the types disclosed in the aforementioned references, produce an electronic signal corresponding to a desired image in analog format such as the National Television System Committee (NTSC) or similar on magnetic or electronic storage media for either permanent or temporary storage to facilitate viewing on a television or video monitor With the current state of the art, it is expensive and time consuming to convert the analog image equivalent to a digital format for direct utilization with PC software applications Currently, to convert an image captured on an electronic still camera to a PC compatible format one must convert the signal back to either a composite NTSC or RGB

2

video signal and use a conversion device such as a "frame grabber" (a digital circuit board installed into PCs that convert video images into PC compatible formats) of the type sold commercially by Aapps Corporation, Orange Micro, RasterOps, and others or convert the image to a hard-copy print (a photograph) and utilize an electronic "scanner", a piece of equipment that connects to a PC, which converts an image into a digital format. The later technique is employed extensively within the desktop publishing industry

## SUMMARY OF THE INVENTION

It is the object of this invention to provide an improved electronic still camera with operator selectable picture compression in one of a plurality of operator selectable digital data formats recordable on a standard removeable magnetic diskette common to personal computers.

It is a further object of this invention to provide an improved electronic still camera that provides digital image files for immediate and direct incorporation into popular word processing, desktop publishing, and other software programs on PCs

It is another object of this invention is to provide an improved electronic still camera that, under user selection, can record and store still images selectively compressed in a directly insertable digital memory storage device into a PC in either color or black and white formats thus facilitating storage of a large number of images with the signal flag indicating the degree of compression selected by the operator as well as the color/black and white mode selection being stored as digital values on the digital memory storage device with each image frame.

An additional object of this invention to provide an electronic still camera device that can rapidly capture a series of images automatically as well as singularly. Also, this camera provides multiple outputs in both video format for monitor and display of images and digital formats to facilitate data transmission, additional processing, or storage to a variety of storage media

It is still another object of this invention is to provide a more efficient electronic still camera that can take a still picture with operator selectable high, medium, or low resolution in either color or black and white by electronic shutter and exposure control by utilizing a variety of electro-optical sensors including Charge Coupled Devices (CCD), Infrared (IR), and Ultra Violet (UV) which can be directly or remotely controlled by analog, digital, or radio frequency (RF) control signals.

A further object of this invention is to provide a programmable video picture translator device for efficiently converting electronic still images in analog composite video format into digital data format readable by a PC This translator device also provides additional video inputs and outputs for capturing video images, monitoring video images on monitors and displays, and can transmit either compressed or unprocessed digital image data through a variety of output I/O channels in various formats such as serial, parallel, etc Also, this invention can incorporate sound/voice with images thru additional interface circuitry and audio digitizers.

Finally, it is the object of this invention to provide an electronic still camera that is efficient in design and permits extended periods of portable operation and which provides the user with operational status through the use of continuous internal self-test software routines and operator displays

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a schematic block diagram of a conventional prior art electronic still camera

US 6,233,010 B1

3

FIG. 2 is a schematic block diagram of the of the overall structure of an electronic still camera embodying the present invention

FIG. 2A is an illustration showing one embodiment of an audio data file, data format flag, compression level, and color/black and white mode selection values stored on a digital memory diskette storage device

FIG. 3 is a flowchart showing the power-up and continuous self-test sequence in accordance with one aspect of the present invention

FIG. 4 is an example of a ½" CCD array utilizable in accordance with one aspect of the present invention.

FIG. 5A is a schematic block diagram showing the image signal to digital signal conversion logic in accordance with one aspect of the present invention

FIG. 5B is a logic and timing diagram for the image signal to digital signal conversion logic in accordance with one aspect of the present invention

FIG. 6 is an example of the control panel logic in accordance with one aspect of the present invention.

FIG. 6A is an example of one embodiment of switch logic of the control panel switches and controls utilizable in accordance with one aspect of the present invention

FIG. 6B is an example of the PICT image file format based upon the published standard provided by Apple Computer, Inc

FIG. 6C is an alternate embodiment of the current invention embodying remote operation.

FIG. 7 is a simplified block diagram of the digital control unit in accordance with one aspect of the present invention

FIG. 8 is a flowchart showing the steps of the image compression algorithm in accordance with one aspect of the present invention

FIG. 9 is a block diagram of a video format translator device in accordance with one aspect of the present invention

FIG. 10 is a block diagram illustrating the operation of a translator device in accordance with one aspect of the present invention

FIG. 11 is an alternative embodiment of the video format translator in accordance with another aspect of the present invention showing additional video inputs and data outputs

FIG. 12 is an alternate embodiment of the invention showing an optional diskette format utility flowchart

FIG. 13 is an alternate embodiment of a frame buffer utilizable in accordance with another aspect of the present invention showing a frame buffer stack permitting multiple shot mode.

FIG. 14A is a block diagram of an embodiment of the format select logic in accordance with one aspect of the present invention

FIG. 14B is a flow diagram illustrating the steps of the format selection logic operations.

DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 2 is a schematic block diagram of the preferred embodiment of an electronic still camera in accordance with the principals of the invention. Referring to FIG. 2, an image optical pick-up element 1, which for example could be a Charge Coupled Device (CCD) (or an Infrared (IR) or Ultraviolet (UV) sensor), converts a still image of an object into an electric signal when a picture "shoot" command is

4

initiated by the operator via control panel 2. When taking a picture, focusing and shutter speed are controlled by a lens system and shutter speed selection mechanism under control of the digital control unit 9. The camera, like other still video cameras, employs an electronic shutter system that controls a charge storage time in a CCD array onto which an image of an object is focused through the lens system.

When the "shoot" control 6 is half depressed (see FIG. 6) a power supply voltage is supplied from the rechargeable batteries 4 to the electronic circuits and digital control unit 9, control panel 2, and the disk drive assemble 5. The exposure control circuitry not shown generates appropriate horizontal and vertical transfer pulses as well as field shift pulses under control of the reference clock timing and control signals provided by the digital control unit 9 type for driving the CCD device and pre-processing circuitry This design may be of any type well known in the art for example those cited in U.S. Pat. Nos. 4,131,919 and 4,456,931 and any similar designs well known in the prior art.

An alternate embodiment of the present invention that provides remote operation of the camera is shown in FIG. 6C. When remote "Shoot" control 30 is activated by any means for example manually, or by radiant, or electronic energy, a control signal is generated and routed through the external jack 31, located on the external camera body. The external control 30 is electrically connected to the external jack 31 by a twisted-pair conductive cable assembly that is familiar to those skilled in the art. Upon receipt of the externally generated "shoot" command, the relay switch 32 is activated and provides internal switch closure. This closure of switch 32 then initiates the process previously described and provides the half V+ voltage previously described. The full V+ is provided via the fixed delay 33, the value chosen to allow the diskette drive assembly 5 (FIG. 2) and associated control circuitry to initialize prior to receiving image data

When the "shoot" control is fully depressed in either embodiment, the shutter controller 15 (FIG. 6) generates a shutter pulse that generates control signals for the A/D converters 8 allowing the image/picture data signal in the sample and hold circuitry of the pixel multiplexer 7 to be converted into a digital signal. Control and address instructions of the type well known in the art are generated from the digital control unit 9 to facilitate the storage of the digital image data within the pixel buffer 10 and frame buffer 11. Upon completion of image conversion, the contents of the frame buffer are transferred to the compression processor 12 which for example may be of the many versions currently offered commercially such as C-Cube's (San Jose, Calif.) four chip Application Specific Integrated Circuit (ASIC) set. In the compression processor 12, the Joist Photographic Experts Group (JPEG), a part of the International Standards Organization (ISO) which is a subset of the International Telegraph and Telephone Committee (CCITT), image compression algorithm fully described in Report # JTC1/SC2/WG8 dated 1985 is performed under control of the digital control unit 9 to compress the size of the image. A variable selectable compression ratio of up to 50:1 is performed on the digital image frame. Other compression ratios are operator selectable via the control panel 2 switches 14A and 14B (FIG. 6). The compressed digital frame is then formatted into either an IBM PC/Clone (such as GIFF) or Apple Macintosh (such as PICT II) image file format depending on the setting selected by the operator for a user switch 17 (FIG. 6) position on the control panel 2. After formatting, the file is written into a temporary memory buffer within the disk input/output (I/O) interface circuit 13 which, under the com-

US 6,233,010 B1

5

mand of the digital control unit 9, controls the high density (1 4 Mbyte storage capacity) disk drive unit 5 Following file transfer to the diskette e.g., the frame counter display 22 on the control panel 2 is updated by appropriate control signals and the camera is ready to undergo the same procedure for the next image. Power to the electronic circuits and disk drive system is terminated following release of the "shoot" control switch 6

In accordance with the preferred embodiment of this invention, it is permissible for the user to select various resolution quality image recording levels with the higher levels being at the expense of memory diskette storage capacity. The position of switches 14A and 14B for example could represent a unique digital mark or word that denotes the respective switch position and is sensed during initial power application and periodically during operation FIG 6A illustrates typical logic AND gate circuits 60a and 60b utilizable in conjunction with switches 14A and 14B or switch 17 to generate appropriate signals to designate respective switch positions and generate appropriate control signals from. The switch positioned in the High position for high resolution allows only four to five images to be stored, while Med switch position for medium resolution allows approximately twenty five images to be stored, and Low for low resolution allows up to fifty images to be stored on a single diskette. Also, by selecting black and white mode instead of color via switch 14B, the operator may select additional storage capacity since storage is increased by a factor greater than three (one element per pixel versus three for color) Various image resolution combinations are permissible because the operator can select a different resolution and mode setting for each image prior to image signal capture. This is accomplished by marking or "tagging" each image frame data information signal with the resolution and mode of each image as it is written onto the memory diskette in any suitable manner, for example as shown in FIG 2A. With reference to FIG 2A, diskette 50 has tracks 51a, 52b 52n With reference to track 52b there is shown a representative portion of segment 53 depicting a typical image file information format having digital bit 54 depicting color mode, and digital bits 55 representing compression resolution level markings or tags. With reference to color mode tag 54 it can be seen that if switch 14B is in the color position tag 54 is recorded as a logical "one" or true conversely if bit 54 is recorded as a logical "zero" it corresponds to the black and white position of switch 14B Similarly as shown switch 14A would record in memory position 55 a binary "zero" for low resolution, a binary "one" for medium resolution and a binary "two" for high resolution selections by the operator. By incorporating this "tagging" approach, it is possible for the decompression algorithm, loaded into any PC prior to use or written onto the memory storage diskette along with the image data, to automatically determine the appropriate level of compression associated with image file and execute decompression efficiently

Still another alternate embodiment in accordance with this invention incorporates an acoustic digitizer circuit which digitizes sound. There are several digitizers commercially available such as the Apple Computer Inc. Musical Instrument Data Interface (MIDI) adaptor. The output of this digitizer may be selectively connected to the CPU 20 (FIG. 7) via an additional I/O interface similar to the auxiliary V/O interface 80 The sound or audio associated with each image can be recorded, digitized, and stored on the diskette device on available tracks in an identical manner'previously described (FIG. 2A) An image file in accordance with this

6

embodiment would be appropriately marked or tagged with the corresponding digitized audio file 56 (FIG. 2A). Upon playback on a sound configured PC, both the image and the corresponding audio would then be viewed and heard simultaneously

It should be noted that a major advantage a camera in accordance with the present invention has over conventional still video cameras is that a camera according to this invention is capable of storing multiple digital images in semiconductor memory temporarily at a rapid rate while, simultaneously, the image compression processor 12, file formatter software algorithm, and disk I/O interface 13 that stores formatted files continue to function in concert together at a slower rate. This efficient design coupled with VLSI low power, high speed semiconductor memory devices (10 & 11 FIG. 5A and 24 FIG. 7) allows this operational capability.

Like most other still video and conventional film cameras, when the "shoot" control 6 (FIG. 6) is fully depressed, a control signal is generated from the digital control unit 9 that generates a trigger signal on the control panel 2 to cause a flash unit 16 (FIG. 6) to irradiate a flash of light onto the subject image

During initial camera operation, the user first inserts a diskette such as a standard three and a half inch or similar storage medium Various memory diskette sizes and formats are suitable for the invention. However, for the preferred embodiment either a double-density (800 Kbytes of storage) or a high-density (1 4 Mbytes of storage) diskette in a three and a half inch format which are readily available from various commercial sources such as Sony, Maxell and Verbatim. The user must then select the desired PC format (IBM PC/Clone or Apple Macintosh, etc.) via switch 17 (FIG. 6) on the control panel 2 As shown in FIG 3.; after turning on the power switch or inserting a diskette 50, the digital control unit 9 performs a self test of all internal circuitry, battery, disk drive unit, and control panel. Should any failures be detected, an appropriate error indicator is illuminated on the control panel During the power-on sequence (see FIG 3 and FIG 12), the inserted diskette 50 is automatically checked for formatting consistencies in accordance with the format selected by the format switch 17 on the control panel 2 (IBM/Apple/etc.) and for available storage space by checking the boot block on the diskette, a technique that will be familiar to those skilled in the art Should any inconsistencies be detected, an error indicator is illuminated on the control panel (ie, disk full, unformatted, etc.) The operator frame counter display 22 (FIG. 6) is then updated to show the maximum number of pictures available based upon indicated operator selections (color/black and white), diskette type (double versus high density), and capacity (partially full versus empty diskette) During operation, the operator can selectively erase a frame and record over it if desired by selecting the erase mode of operation from the control peel and toggling the forward/reverse control

The optics for the preferred embodiment of the invention is a commercially available one-half inch (½") color CCD device having a pixel grid array of 780×488 as pictorially depicted in FIG. 4 This results in 380,640 pixel elements which results in a commercially acceptable quality resolution image as will be understood by those skilled in the art In a color imaging device (CCD array) photoelectric elements, such as photodiodes, are arranged in a two dimensional array with optical filters for R (red), G (green), and B (blue) Various arrangements of optical filters are well known and the arrangement of optical filters is not limited to

7

a particular one with this invention During operation each pixel stores a charge corresponding to the amount of incident light The RGB components of each pixel's charge is sequentially read out via a horizontal/vertical addressing scheme that will be familiar to those skilled in the art

As shown in FIG 5A; each charge, when addressed, is amplified and processed in a sample and hold (S/H) circuit 18 The analog voltage in each S/H circuit is digitized by an associated analog to digital (A/D) converter 8 The digital values are routed and collected in the pixel buffer 10 Following completion of discrete pixel element conversion and subsequent formatting in the pixel buffer which is under Control Processor Unit (CPU) 20 software control, the output of the full pixel buffer is routed to the frame buffer 11 by digital control unit 9 This process continues until a complete frame is collected within the frame buffer The general digital logic and timing and control signals for this circuitry is shown in FIG. 5B The timing is provided by a master clock that is an integral part of the CPU micropro-cessor For example, the MOTOROLA 68040 micropoces-sor has a clock speed of approximately 40 Megahertz (MHZ) which results in a clock period of 25 nanoseconds (nsec.) This clock pulse is used by the function and address decoder 19 (FIG. 6) to generate the address and control signals shown in FIG 5B as would be understood by those skilled in the art The circuit of the present invention may be designed by one skilled in the art to function with a variety of microprocessor architectures and is not limited to any one in particular. One can see from the timing chart that the S/H circuit is allowed (via the SE command) to charge to a voltage level indicative of the analog voltage impinging upon the pixel element (via the PS command). After a fixed time period, the A/D converters are enabled (via the CE command) to begin conversion of the analog voltage value on the S/H Upon completion of conversion. a conversion completion signal (CC) is generated by the A/D and routed back to the S/H circuit (via the SC command which is generated by the function and address controller 19) to discharge the stored analog voltage in anticipation of the next pixel element conversion process. Next, the output of the A/D converter 8 is clocked into the pixel buffer 10 (via the PB command) When the pixel buffer 10 is full, the output is clocked out to the frame buffer 11 (via the FB command) and the pixel multiplexer address circuitry selects the next pixel for conversion. Reset signals (RST) are sent to all circuit elements to allow these devices to reset prior to receiving the next analog value

Another novel concept of the present invention as illus-trated in FIGS. 5A and 5B utilizes a technique of paralleling the S/H and A/D devices for each pixel element thus accelerating the image signal analog-to-digital conversion process. This is accomplished by eliminating the serial S/H and A/D path typical of prior art still video camera designs In addition, high-speed, low-power devices available from Sony, Burr-Brown, Datel, Analog Devices, and others facili-tate the increased conversion throughput of the S/H and A/D circuits with pixel conversion times of less than 150 nano-seconds (nsec ) For example, Sony's video A/D converter Device part number CXA1016P/K performs up to 50 million samples per second or 20 nsec. per conversion This device, or similar, may be used in the preferred embodiment of the present invention As explained previously, prior art still video camera designs multiplex each signal component into a common/singular A/D path to reduce the number of components and power consumption However, in accor-dance with another aspect of the present invention compo-nents such as C-MOS and ECL devices coupled with min-

8

iaturized packaging techniques such as surface mount devices (SMD) and ASIC technology make it feasible to incorporate these devices in a parallel design in order to realize a substantial increase in conversion speed with no appreciable increase in power consumption Therefore, this design approach provides significant conversion throughput increases over previous designs

The extremely high conversion speed in accordance with another concept of the present invention makes multiple high-speed camera operation possible in an alternate embodiment For example, total conversion time required for the aforementioned CCD array utilizing the circuit of the present invention (FIG. 5A) requires approximately 380, 640×150 nsec or 38 milliseconds (msec ) Additional time (approximately 5 msec ) is required for timing and control signal latency Thus, total conversion time for a complete image frame prior to compression processing and logging to the memory storage diskette 50 is less than fifty msec This allows for approximately 20 images to be captured in a one second period By adding additional RAM 11A (FIG 13) or other forms of commercially available random access memory to the frame buffer 11, image frames could be "pushed" onto a semiconductor memory stack for temporary storage allowing the compression processor and data inter-face circuitry to perform their respective functions at a slower rate. As shown in FIG. 13, each unprocessed image frame would be recorded or "pulled" from the stack on a "First-In, Firs-Out" (FIFO) manner until all images in the stack queue were processed and written to the storage diskette via the disk I/O circuitry 13

As shown in FIG 6, control panel settings are monitored by the CPU 20, a microprocessor, thus allowing the appro-priate timing, control, and signal processing to be effected properly. The microprocessor 20 may be of the type 68040 manufactured by MOTOROLA, Intel's 80386 series, or equivalent microprocessors which specifications are com-mercially available and are incorporated herein by reference The microprocessor utilization of this invention, which is in the digital control unit 9, transmits commands and status to specific controls, functions, and displays in the control panel as well as receiving both circuit status/control data and operator commands through polling the operator switch settings 14A, 14B, and 17 via the bidirectional function and address decoder 19. This approach allows the user to know immediately how much storage capacity remains in the image storage diskette 50 as well as the camera's overall operational and functional status through the use of status displays 21, 22, and 23 and ongoing software self-tests running in the background as depicted in FIG. 3. An example of this would be a low battery situation. First, the digital control unit 9 would detect a failure in the self-test mode Next, the self-test light emitting diode 21 (FIG 6) would be illuminated and an appropriate error display would be illu-minated in the status display 22 thus providing the user with an exact indication of the error Another example illustrating the operation of this embedded microprocessor type of control approach is the format switch 17 (FIG 6) The position of the format switch 17 is sensed upon power application Following diskette insertion, the boot block on the diskette is compared with the format switch 17 setting (IBM/clone or Apple) and if the format does not match or if the disk 50 is unformatted, the disk format status light emitting diode 23 would be illuminated and an appropriate error display would be illuminated in the status display 22 thus prompting the user to take appropriate corrective mea-sures

An alternate embodiment of the present invention involves adding an auxiliary I/O interface circuit or port to

US 6,233,010 B1

9

10

the digital control unit 9 As shown if FIG 7, the auxiliary I/O port 80 connects in a manner similar to the Disk I/O interface 13 This additional I/O channel provides for external control and monitor of all timing and control signals internal to the camera In addition, it allows for the image data to be routed past or around the compression processor out to any additional internal or external device such as an optical disk storage device, digital analyzer, or other data processors that might be desired

FIG 7 shows the digital control unit 9 The microprocessor 20 architecture here is typical to one familiar with the art The frame buffer 11 (FIG 5A) receives and stores the outputs of the pixel buffer 10 until a complete frame of image data is received Then, the CPU 20, under software control, issues a control signal to the optics logic in the shutter and control circuitry 15 (FIG 6) thus resetting those functions for future image recording The full frame buffer 11, upon command from the CPU 20, transfers it's data into the compression processor 12 (FIG 2) which performs thousands of levels of parallel pipeline processing on the image data The compressed image frame is then written out to the mass memory RAM (Random Access Memory) 24 where it is temporarily stored until transferred to the disk drive assembly 5 via the disk I/O interface circuitry 13

Referring to FIG 8, a flowchart shows the steps involved in the image compression process performed by the image compression processor 12 (FIG 2) in accordance with the preferred embodiment of the present invention The output of the frame buffer 11 is transferred into the input of the image compression processor 12 under the control of the digital control unit 9. As previously described, the setting of switch 14A (FIG 6) is read by the CPU 20 (FIG 7) to determine the image resolution quality desired Depending on the operator selected setting of switch 14A, the unique digital word generated by the AND gate 60a–b (FIG 6A) which is activated by the selected position of switch 14A is routed to image compression processor 12 via CPU 20 (FIG. 7) which selects for example a predetermined digital memory location containing the appropriate corresponding compression ratio parameters under program control The compression processor uses this command value for example to establish the size of the covariance matrix and a threshold for acceptance for the variances produced by the Discrete Cosine Transformation (DCT) transform coefficients. Next, the digital image signals are converted from the RGB format previously discussed in connection with FIGS. 2, 5, and 6 into luminance and chrominance signals. The luminance and chrominance signals subsequently undergo a DCT The cosine transformed signals are then quantized and are then processed for Huffman coding The Huffman coded image signals are then formatted into a form that facilitates format processing into various PC compatible formats (GIFF, PICT2, etc) For a more complete understanding of the image compression process reference may be made to I E.E.E. Catalog No. EH0231-1. Library of Congress No. 85-60384 published by the I E E E Society dated 1985 and incorporated herein by reference

Of the two traditional classes of image compression techniques, spatial coding and transform coding, transform coding techniques lend themselves well for this application due to computational simplicity. Transform coding techniques that provide good visual fidelity include: Karhunen-Loeve transform (KLT), Fourier, cosine, sine, and Hadamard The KLT algorithm offers the best visual fidelity but suffers from serious computational complications due to extremely large matrix size Several alternate algorithms that offer reasonable visual fidelity that are computationally

feasible for this invention include the Fast Fourier Transform (FFT), Discrete Cosine Transform (DCT), and Discrete Sine Transform (DST) The DCT was adopted by the JPEG as the preferred algorithm due to computational simplicity and performance

It should be noted that the Joint Photographic Experts Group (JPEG) (composed of experts from many companies including IBM, AT&T, Digital Equipment Corp, and INTEL) compression/decompression standard was developed in 1985 in response to the lack of interoperability between image and processing equipment due to numerous proprietary standards held by each manufacturer The JPEG standard provides image compression effectively up to 75 times or greater depending on the visual fidelity desired The JPEG standard is widely used in industry as an alternative to proprietary algorithms such as Intel's own proprietary standard called DVI which was initially developed by RCA before being sold to INTEL, the integrated Circuit manufacturer. INTEL offers it's own firmware compression processor incorporating their DVI standard delivering compression ratios in excessive of 100:1 However, a new international standard called MPEG is due to be announced in the 1991 time frame from the JPEG and should offer compression ratios of 275:1 and greater In the preferred embodiment of the present invention, the JPEG standard is the preferred algorithm chosen with the incorporation of the the MPEG standard or other similar standard in the future when available commercially. An alternate embodiment of the present invention would be the incorporation of various proprietary compression algorithm standards such as DVI

The compression/decompression algorithm firmware implementation of the JPEG algorithm is available commercially from various sources including C-Cube, Electronics for imaging, Storm Technology, Burr-Brown, Spectral Innovations Inc., INTEL, and others The implementation of this algorithm for the present invention may incorporate the integrated circuit set commercially available from C-Cube. Their four chip ASIC JPEG algorithm implementation is performed in three basic steps: first, the image is divided into 8-by-8 pixel squares and applies a discrete cosine transform (DCT) to each square resulting in 64 frequency values; second, these frequencies are put through a quantization algorithm to eliminate unimportant frequencies; third, the remaining values are run through a Huffman coding scheme to encode the most frequently occurring values using the fewest bits. A compatible software implementation of the JPEG algorithm is available commercially from Aladdin Systems, Radius Inc , Kodak, and others

Those skilled in the art will be familiar with the process and the commercially available software and firmware chipsets that are currently available on the market The present invention incorporates both available firmware chipsets in the camera and software for use in the PC for decompression The decompression algorithm can be written onto the camera's diskette 50 prior to any image data recording This allows the PC user to take the diskette 50 to a PC and directly incorporate the image data because the image file selected by the user is automatically decompressed transparent to the user The algorithm can be written onto an unused track 52 or sector combination on the diskette as shown on FIG 2A Alternatively, the decompression algorithm can be loaded onto a PC before inserting a diskette 50 containing compressed image data In the latter embodiment the resolution and mode values 54 and 55 (FIG. 2A) for each representative image would be read from diskette 50 in order to appropriately control the selection and activation of the appropriate corresponding decompression algorithm

US 6,233,010 B1

11

As shown in FIG. 7, the output of the image compression processor 12 is routed to the RAM memory 24 where the compressed image is formatted for either the PICT II or GIFF format depending on the setting of format switch 17 (FIG. 6). It should be noted that a large number of image formats for PCs exist. PICT and GIFF are the most common for the Apple and IBM PC's and are therefore the preferred formats for the present invention although other formats can be easily incorporated into the design by changing the software format routines. These software image formats are commercially available from many sources most notably Apple computers for PICT and IBM for GIFF. An example of the PICT format is pictorially shown in FIG. 6B as will be familiar to those skilled in the computer arts. Once formatting is complete, the formatted image data is transferred to the disk I/O interface 13 for transfer to the magnetic recording diskette 50

FIG. 9 and FIG. 10 illustrate the preferred embodiment of the video format translator device in accordance with another aspect of this invention that converts other still video camera formats for example on two inch video diskette to this invention's selectable PC compatible digital format. The general concept of operation is shown in FIG. 10. In FIG. 9 correspond parts and subassemblies in translator 40 are shown with like numbers corresponding to FIGS. 2 and 6 having a 40 hyphenation prefix designation and such parts and subassemblies perform similar functions to those described above with reference to FIGS. 2 and 6. Referring again to FIG. 9, the translator 40 incorporates the same components utilized in the digital circuit card assembly which houses both the digital control unit 9 and optics processing circuits (pixel multiplexer 7, A/D 8, etc 10–13). The major difference is that the CCD array 1 is replaced with an input disk drive 25, for example a two inch (2") video disk drive assembly, and an NTSC video format decoder 26 which converts the composite video signal to an RGB format for processing as described previously

FIG. 11 displays an alternate embodiment of the video format translator device 40 of the present invention that shows optional inputs 27 and outputs 28 and 29. The exact same circuitry is utilized that was used for the translator device 40 as shown in FIG. 9 except that inputs 27 for either an NTSC/PAL format or RGB format video signal is provided. This allows video signals from other sources such as a cable TV, CAMCORDER, or other video signal source to be digitized and archived in a PC compatible format. Also, provisions for video output jacks 28 are made to allow either viewing of the image/video source prior to or during image recording. Finally, provisions are made to provide a data output 29 to allow connection to other PC peripherals such as a communications modem, larger/smaller disk drive assembly, optical disk, specialty display or signal processor/ analyzer. Either a standard serial, parallel, or Small Computer Standard Interface (SCSI) data port can be readily connected to the auxiliary I/O interface 80

FIG. 12 depicts an alternate feature of an embodiment of the present invention that shows how an inserted diskette 50 that is either unformatted or formatted for a undesired (e.g., not corresponding to the setting of switch 17–FIG. 6) PC configuration would be automatically properly formatted for use with a camera in accordance with another aspect of this invention. This capability allows the user of this invention to

12

forego the requirement to pre-format the storage medium (diskette) on a PC prior to using it in the camera operated in accordance with the present invention. With reference to FIG. 3 the power-on sequence process would result in an abnormal diskette format error if the format of an inserted diskette 50 did not correspond to the operator selected format switch 17 (FIG. 6). In accordance with the automatic diskette format option, CPU 20 of digital control unit 9 in response to the abnormal diskette format error would initiate the diskette format process illustrated in FIG. 12. Upon completion of the diskette format process illustrated in FIG. 12, the power-on sequence illustrated in FIG. 3 would continue from step B

Referring now to FIG. 14A, there is shown a schematic block diagram of the format selection logic in accordance with another aspect of the present invention. During the power-on sequence as described in connection with FIGS. 3 and 12, processor 20 of control unit 9 initiates a format selection switch sample and test routine as more fully described in the flow diagram illustrated in FIG. 14B. Switch 17 is illustrated in FIG. 14A in the Apple PC position and logic level v1 is applied as inputs to logic gates 60c and 60d. As illustrated in FIG. 2A, the format signals 57 for the Apple PC format is a logic "zero" and conversely the format signal or tag 57 if the format switch 17 were in the IBM PC or other computer type position would be a logic "one" and "two" respectively. In response to the logic "zero" indicating Apple PC format. processor 20 accesses a unique memory location XY of format memory 20-2 which for example may comprise any random access memory with two megabytes storage capacity. The data format for the operator selectable predetermined number of computer architectures, similar in content and arrangement to those illustrated in FIG. 6B for an Apple PC would be stored in memory 20-2 which would be addressed in response to the other operator selectable position of switch 17 to generate the other unique codes 57 as shown in FIG. 2A. Processor 20 in response to a stored format subroutine more particularly shown in FIG. 14B contains the allocation of data memory addresses in disk input/output interface unit 13 in accordance with the picture image file format as illustrated in FIG. 6B Thus the digital video data information signals generated by compression processor 12 are appropriately formatted and stored in memory storage disk drive 5 to insure compatibility with the format selected by the operator by selectively positioning switch 17.

Those skilled in the art will recognize the many alterations, additions or changes of the preferred embodiment may be made without departing from the scope of the following claims.

What is claimed is:

1. A digital camera for taking pictures and storing them in a removable storage device in the camera, said digital camera apparatus comprising:

an image pick-up unit for generating and outputting a digital image signal photoelectrically converted from an image incident thereon, and

a digital control unit for formatting said digital image signal in one of a plurality of computer formats

*  *  *  *  *

# EXHIBIT D

US006323899B1

(12) **United States Patent**
Roberts et al.

(10) Patent No.: **US 6,323,899 B1**
(45) Date of Patent: **\*Nov. 27, 2001**

(54) **PROCESS FOR USE IN ELECTRONIC CAMERA**

(75) Inventors: **Marc K. Roberts**, Burke; **Matthew A. Chikosky**, Springfield; **Jerry A. Spensl**, Vienna, all of VA (US)

(73) Assignee: **St. Clair Intellectual Property Consultants, Inc.**, Grosse Pointe, MI (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/541,285**

(22) Filed: **Apr. 3, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/651,562, filed on May 22, 1996, now Pat. No. 6,094,219, which is a continuation of application No. 08/098,787, filed on Jul. 29, 1993, now Pat. No. 5,576,757, which is a continuation of application No. 07/878,603, filed on May 5, 1992, now abandoned, which is a continuation of application No. 07/615,848, filed on Nov. 20, 1990, now Pat. No. 5,138,459

(51) Int. Cl.[7] ....................................... **H04N 5/225**

(52) U.S. Cl. ................... **348/220**; 348/231; 348/207

(58) Field of Search ..................... 348/207, 220, 348/221, 222, 230, 232, 233, 239, 231, 552; 358/909, 906.1; H04N 5/225

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,758,883 | \* | 7/1988 | Kawahara et al | 348/222 |
| 5,016,107 | \* | 5/1991 | Sasson et al. | 348/231 |
| 5,034,804 | \* | 7/1991 | Sasaki et al | 348/232 |
| 5,153,730 | \* | 10/1992 | Nagasaki et al | 348/231 |
| 5,764,286 | | 6/1998 | Kawamura et al | 348/232 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1-114286 | 5/1989 | (JP) . |
| 1-248785 | 10/1989 | (JP) . |
| 2-146874 | 6/1990 | (JP) . |
| 2-202782 | 8/1990 | (JP) . |
| 2-208779 | 8/1990 | (JP) . |
| 2-222385 | 9/1990 | (JP) . |
| 2-257780 | 10/1990 | (JP) . |

\* cited by examiner

*Primary Examiner*—Tuan Ho
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce, P.L.C

(57)                **ABSTRACT**

A process for use in an electronic camera generates a digital image signal corresponding to an image incident on an image pick-up unit of the camera, formats the digital image signal in one of a plurality of computer image file formats and stores the formatted image file in a storage device of the camera

**4 Claims, 11 Drawing Sheets**





FIG. 1

PRIOR ART

FIG. 2



FIG. 2A



FIG. 3



FIG. 5 A

PIXEL    FRAME
BUFFER   BUFFER

FROM
CCD ARRAY
1

PIXEL
MULTI-
PLEXER

SE    S/H
SE    S/H
SE    S/H

A/D
R
A/D
G
A/D
B

TO
COMPRESSION
PROCESSOR
12

PC    SC    CE    CC    PB    FB
ADDRESS &
CONTROL LINES
RST    RST    RST    RST

AO-A32 DO-D16          TO DCU
9

FIG. 4

780 PIXELS

480 PIXELS

VERTICAL ADDRESS
& CONTROL LINES

HORIZONTAL ADDRESS
& CONTROL LINES

PS    PIXEL SELECT

SE    SAMPLE ENABLE

CE    A/D CONVERT
ENABLE

CC    CONVERT
COMPLETE

SC    SAMPLE CLEAR

PB    PIXEL BUFFER
ENABLE

RST   RESET

PB    FRAME BUFFER
ENABLE

FIG. 5B    CLOCK



FIG. 6

FIG. 6A

FIG.6B



FIG. 6C

FIG. 7



INPUT IMAGE FRAME

RGB TO
CHROMINANCE/LUMINANCE
CONVERSION

PERFORM DISCRETE
COSINE TRANSFORM
(DCT)

FORMAT OUTPUT
COEFFICIENTS

PERFORM HUFFMAN
CODING

PERFORM OUTPUT
FORMATTING

OUTPUT COMPRESSED
IMAGE TO MEMORY

FIG. 8

FRAME BUFFER
STACK
11A

FROM 10
PIXEL BUFFER

MOST RECENT
IMAGE FRAME
(LAST)

FIRST IMAGE
FRAME

RAM MEMORY

IMAGE
FRAMES

TO 12
COMPRESSION
PROCESSOR

FIG. 13

Commercial       Video Diskette     Video Format      Diskette          PC
Still Video      (Analog format)    Translator        (Digital format)
Camera

FIG. 10



FIG. 9

FIG. 11



FIG. 12



FIG. 14A



FIG. 14B

US 6,323,899 B1

1

## PROCESS FOR USE IN ELECTRONIC CAMERA

This is a continuation of U.S. patent application Ser. No. 08/651,562, filed May 22, 1996, U.S. Pat. No. 6,094,219, which is a continuation of U.S. patent application Ser. No. 08/098,787 filed Jul. 29, 1993, U.S. Pat. No. 5,576,757 which is a continuation of U.S. patent application Ser. No. 07/878,603, filed May 5, 1992, now abandoned, which is a continuation of U.S. patent application Ser. No. 07/615,848, filed Nov. 20, 1990 and now U.S. Pat. No. 5,138,459

### BACKGROUND OF THE INVENTION

1 Field of the Invention

This invention generally relates to an electronic still video camera and in particular to an improved electronic still camera which converts a still picture of an object or scene into an operator selectable compressed digital signal format for storage utilizing a compression/decompression algorithm, such as the Joint Photographic Experts Group (JPEG) algorithm standard for example, formatted into Personal Computer (PC) compatible format retaining the images' color information, and stored on a PC compatible memory diskette. For example, the diskette can be a three and a half (3½) inch digital diskette. The digital diskette is removeable from the electronic camera for direct insertion into a PC which contains the previously loaded corresponding decompression algorithm whereby the digital image is in a format compatible for immediate use with word processing, desk top publishing, data base, and multi-media applications

2 Description of the Prior Art

FIG. 1 is a schematic block diagram showing structure of a conventional prior art electronic still camera system, in which a CCD image sensor element $1a$ converts a still image of an object into an analog color video signal when the shutter control circuitry $2a$ is activated. The output color video signal of the image sensor element is then routed to the signal processing subsystem $3a$ where the signal is converted to National Television System Committee (NTSC) or other composite video formats (such as the European video standard Phase Alternating Line-PAL) and logged into format onto a mass memory storage device such as an analog video floppy disk, Electrically Erasable Programmable Read Only Memory (EEPROM), analog audio cassette, bubble memory, or other storage device $5a$ Power is supplied by a rechargeable/removeable battery system $4a$

An electronic camera that converts an image into electronic image signals and transferred to a memory storage device is disclosed in the following: U.S. Pat Nos. 4,131, 919; 4,456,931; 4,758,883; 4,803,554; and 4,837, 628

Conventional prior art electronic still cameras, for example of the types disclosed in the aforementioned references, produce an electronic signal corresponding to a desired image in analog format such as the National Television System Committee (NTSC) or similar on magnetic or electronic storage media for either permanent or temporary storage to facilitate viewing on a television or video monitor With the current state of the art, it is expensive and time consuming to convert the analog image equivalent to a digital format for direct utilization with PC software applications. Currently, to convert an image captured on an electronic still camera to a PC compatible format one must convert the signal back to either a composite NTSC or RGB video signal and use a conversion device such as a "frame grabber" (a digital circuit board installed into PCs that

2

convert video images into PC compatible formats) of the type sold commercially by Aapps Corporation, Orange Micro, RasterOps, and others or convert the image to a hard-copy print (a photograph) and utilize an electronic "scanner", a piece of equipment that connects to a PC, which converts an image into a digital format The later technique is employed extensively within the desktop publishing industry

### SUMMARY OF THE INVENTION

It is the object of this invention to provide an improved electronic still camera with operator selectable picture compression in one of a plurality of operator selectable digital data formats recordable on a standard removeable magnetic diskette common to personal computers

It is a further object of this invention to provide an improved electronic still camera that provides digital image files for immediate and direct incorporation into popular word processing, desktop publishing, and other software programs on PCs

It is another object of this invention is to provide an improved electronic still camera that, under user selection, can record and store still images selectively compressed in a directly insertable digital memory storage device into a PC in either color or black and white formats thus facilitating storage of a large number of images with the signal flag indicating the degree of compression selected by the operator as well as the color/black and white mode selection being stored as digital values on the digital memory storage device with each image frame

An additional object of this invention to provide an electronic still camera device that can rapidly capture a series of images automatically as well as singularly. Also, this camera provides multiple outputs in both video format for monitor and display of images and digital formats to facilitate data transmission, additional processing, or storage to a variety of storage media

It is still another object of this invention is to provide a more efficient electronic still camera that can take a still picture with operator selectable high, medium, or low resolution in either color or black and white by electronic shutter and exposure control by utilizing a variety of electro-optical sensors including Charge Coupled Devices (CCD), Infrared (IR), and Ultra Violet (UV) which can be directly or remotely controlled by analog, digital, or radio frequency (RF) control signals

A further object of this invention is to provide a programmable video picture translator device for efficiently converting electronic still images in analog composite video format into digital data format readable by a PC This translator device also provides additional video inputs and outputs for capturing video images, monitoring video images on monitors and displays, and can transmit either compressed or unprocessed digital image data through a variety of output I/O channels in various formats such as serial, parallel, etc Also, this invention can incorporate sound/voice with images thru additional interface circuitry and audio digitizers

Finally, it is the object of this invention to provide an electronic still camera that is efficient in design and permits extended periods of portable operation and which provides the user with operational status through the use of continuous internal self-test software routines and operator displays

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a conventional prior art electronic still camera.

| 3 | 4 |

FIG. 2 is a schematic block diagram of the of the overall structure of an electronic still camera embodying the present invention

FIG. 2A is an illustration showing one embodiment of an audio data file, data format flag, compression level, and color/black and white mode selection values stored on a digital memory diskette storage device

FIG. 3 is a flowchart showing the power-up and continuous self-test sequence in accordance with one aspect of the present invention

FIG. 4 is an example of a ½" CCD array utilizable in accordance with one aspect of the present invention

FIG. 5A is a schematic block diagram showing the image signal to digital signal conversion logic in accordance with one aspect of the present invention

FIG. 5B is a logic and timing diagram for the image signal to digital signal conversion logic in accordance with one aspect of the present invention

FIG. 6 is an example of the control panel logic in accordance with one aspect of the present invention.

FIG. 6A is an example of one embodiment of switch logic of the control panel switches and controls utilizable in accordance with one aspect of the present invention

FIG. 6B is an example of the PICT image file format based upon the published standard provided by Apple Computer, Inc

FIG. 6C is an alternate embodiment of the current invention embodying remote operation

FIG. 7 is a simplified block diagram of the digital control unit in accordance with one aspect of the present invention.

FIG. 8 is a flowchart showing the steps of the image compression algorithm in accordance with one aspect of the present invention

FIG. 9 is a block diagram of a video format translator device in accordance with one aspect of the present invention

FIG. 10 is a block diagram illustrating the operation of a translator device in accordance with one aspect of the present invention.

FIG. 11 is an alternative embodiment of the video format translator in accordance with another aspect of the present invention showing additional video inputs and data outputs

FIG. 12 is an alternate embodiment of the invention showing an optional picture utility flowchart

FIG. 13 is an alternate embodiment of a frame buffer utilizable in accordance with another aspect of the present invention showing a frame buffer stack permitting multiple shot mode

FIG. 14A is a block diagram of an embodiment of the format select logic in accordance with one aspect of the present invention

FIG. 14B is a flow diagram illustrating the steps of the format selection logic operations

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 2 is a schematic block diagram of the preferred embodiment of an electronic still camera in accordance with the principals of the invention Referring to FIG. 2, an image optical pick-up element 1, which for example could be a Charge Coupled Device (CCD) (or an Infrared (IR) or Ultraviolet (UV) sensor), converts a still image of an object into an electric signal when a picture "shoot" command is initiated by the operator via control panel 2 When taking a picture, focusing and shutter speed are controlled by a lens system and shutter speed selection mechanism under control of the digital control unit 9 The camera, like other still video cameras, employs an electronic shutter system that controls a charge storage time in a CCD array onto which an image of an object is focused through the lens system.

When the "shoot" control 6 is half depressed (see FIG. 6), a power supply voltage is supplied from the rechargeable batteries 4 to the electronic circuits and digital control unit 9, control panel 2, and the disk drive assembly 5 The exposure control circuitry not shown generates appropriate horizontal and vertical transfer pulses as well as field shift pulses under control of the reference clock timing and control signals provided by the digital control unit 9 type for driving the CCD device and pre-processing circuitry This design may be of any type well known in the art for example those cited in U.S. Pat. Nos. 4,131,919 and 4,456,931 and any similar designs well known in the prior art

An alternate embodiment of the present invention that provides remote operation of the camera is shown in FIG. 6C When remote "Shoot" control 30 is activated by any means for example manually, or by radiant, or electronic energy, a control signal is generated and routed through the external jack 31, located on the external camera body The external control 30 is electrically connected to the external jack 31 by a twisted-pair conductive cable assembly that is familiar to those skilled in the art. Upon receipt of the externally generated "shoot" command, the relay switch 32 is activated and provides internal switch closure This closure of switch 32 then initiates the process previously described and provides the half V+ voltage previously described. The full V+ is provided via the fixed delay 33, the value chosen to allow the diskette drive assembly 5 (FIG. 2) and associated control circuitry to initialize prior to receiving image data

When the "shoot" control is fully depressed in either embodiment, the shutter controller 15 (FIG. 6) generates a shutter pulse that generates control signals for the A/D converters 8 allowing the image/picture data signal in the sample and hold circuitry of the pixel multiplexer 7 to be converted into a digital signal Control and address instructions of the type well known in the art are generated from the digital control unit 9 to facilitate the storage of the digital image data within the pixel buffer 10 and frame buffer 11 Upon completion of image conversion, the contents of the frame buffer are transferred to the compression processor 12 which for example may be of the many versions currently offered commercially such as C-Cube's (San Jose, Calif.) four chip Application Specific Integrated Circuit (ASIC) set. In the compression processor 12, the Joint Photographic Experts Group (JPEG), a part of the International Standards Organization (ISO) which is a subset of the International Telegraph and Telephone Committee (CCITT), image compression algorithm fully described in Report # JTC1/SC2/WG8 dated 1985 is performed under control of the digital control unit 9 to compress the size of the image. A variable selectable compression ratio of up to 50:1 is performed on the digital image frame Other compression ratios are operator selectable via the control panel 2 switches 14A and 14B (FIG. 6) The compressed digital frame is then formatted into either an IBM PC/Clone (such as GIFF) or Apple Macintosh (such as PICT II) image file format depending on the setting selected by the operator for a user switch 17 (FIG. 6) position on the control panel 2. After formatting, the file is written into a temporary memory buffer within the disk input/output (I/O) interface circuit 13 which, under the

US 6,323,899 B1

5

command of the digital control unit 9, controls the high density (1 4 Mbyte storage capacity) disk drive unit 5. Following file transfer to the diskette e g , the frame counter display 22 on the control panel 2 is updated by appropriate control signals and the camera is ready to undergo the same procedure for the next image. Power to the electronic circuits and disk drive system is terminated following release of the "shoot" control switch 6

In accordance with the preferred embodiment of this invention, it is permissible for the user to select various resolution quality image recording levels with the higher levels being at the expense of memory diskette storage capacity The position of switches 14A and 14B for example could represent a unique digital mark or word that denotes the respective switch position and is sensed during initial power application and periodically during operation FIG 6A illustrates typical logic AND gate circuits 60a and 60b utilizable in conjunction with switches 14A and 14B or switch 17 to generate appropriate signals to designate respective switch positions and generate appropriate control signals from The switch positioned in the High position for high resolution allows only four to five images to be stored, while Med switch position for medium resolution allows approximately twenty five images to be stored, and Low for low resolution allows up to fifty images to be stored on a single diskette Also, by selecting black and white mode instead-of color via switch 14B, the operator may select additional storage capacity since storage is increased by a factor greater than three (one element per pixel versus three for color) Various image resolution combinations are permissible because the operator can select a different resolution and mode setting for each image prior to image signal capture. This is accomplished by marking or "tagging" each image frame data information signal with the resolution and mode of each image as it is written onto the memory diskette in any suitable manner, for example as shown in FIG 2A With reference to FIG 2A, diskette 50 has tracks 51a, 52b, . 52n With reference to track 52b there is shown a representative portion of segment 53 depicting a typical image file information format having digital bit 54 depicting color mode, and digital bits 55 representing compression resolution level markings or tags With reference to color mode tag 54 it can be seen that if switch 14B is in the color position tag 54 is recorded as a logical "one" or true-conversely if bit 54 is recorded as a logical "zero" it corresponds to the black and white position of switch 14B Similarly as shown switch 14A would record in memory position 55 a binary "zero" for low resolution, a binary "one" for medium resolution and a binary "two" for high resolution selections by the operator. By incorporating this "tagging" approach, it is possible for the decompression algorithm, loaded into any PC prior to use or written onto the memory storage diskette along with the image data, to automatically determine the appropriate level of compression associated with image file and execute decompression efficiently.

Still another alternate embodiment in accordance with this invention incorporates an acoustic digitizer circuit which digitizes sound There are several digitizers commercially available such as the Apple Computer Inc Musical Instrument Data Interface (MIDI) adaptor The output of this digitizer may be selectively connected to the CPU 20 (FIG 7) via an additional I/O interface similar to the auxiliary I/O interface 80 The sound or audio associated with each image can be recorded, digitized, and stored on the diskette device on available tracks in an identical manner previously described (FIG 2A) An image file in accordance with this

6

embodiment would be appropriately marked or tagged with the corresponding digitized audio file 56 (FIG 2A) Upon playback on a sound configured PC, both the image and the corresponding audio would then be viewed and heard simultaneously

It should be noted that a major advantage a camera in accordance with the present invention has over conventional still video cameras is that a camera according to this invention is capable of storing multiple digital images in semiconductor memory temporarily at a rapid rate while, simultaneously, the image compression processor 12, file formatter software algorithm, and disk I/O interface 13 that stores formatted files continue to function in concert together at a slower rate. This efficient design coupled with VLSI low power, high speed semiconductor memory devices (10 & 11 FIG 5A and 24 FIG 7) allows this operational capability

Like most other still video and conventional film cameras, when the "shoot" control 6 (FIG 6) is fully depressed, a control signal is generated from the digital control unit 9 that generates a trigger signal on the control panel 2 to cause a flash unit 16 (FIG 6) to irradiate a flash of light onto the subject image

During initial camera operation, the user first inserts a diskette such as a standard three and a half inch or similar storage medium Various memory diskette sizes and formats are suitable for the invention However, for the preferred embodiment either a double-density (800 Kbytes of storage) or a high-density (1 4 Mbytes of storage) diskette in a three and a half inch format which are readily available from various commercial sources such as Sony, Maxell, and Verbatim. The user must then select the desired PC format (IBM PC/Clone or Apple Macintosh, etc ) via switch 17 (FIG 6) on the control panel 2 As shown in FIG. 3; after turning on the power switch or inserting a diskette 50, the digital control unit 9 performs a self test of all internal circuitry, battery, disk drive unit, and control panel. Should any failures be detected, an appropriate error indicator is illuminated on the control panel During the power-on sequence (see FIG. 3 and FIG. 12), the inserted diskette 50 is automatically checked for formatting consistencies in accordance with the format selected by the format switch 17 on the control panel 2 (IBM/Apple/etc ) and for available storage space by checking the boot block on the diskette. a technique that will be familiar to those skilled in the art Should any inconsistencies be detected, an error indicator is illuminated on the control panel (ie, disk full, unformatted, etc.) The operator frame counter display 22 (FIG 6) is then updated to show the maximum number of pictures available based upon indicated operator selections (color/black and white), diskette type (double versus high density), and capacity (partially full versus empty diskette) During operation, the operator can selectively erase a frame and record over it if desired by selecting the erase mode of operation from the control panel and toggling the forward/reverse control

The optics for the preferred embodiment of the invention is a commercially available one-half inch (½") color CCD device having a pixel grid array of 780×488 as pictorially depicted in FIG 4 This results in 380,640 pixel elements which results in a commercially acceptable quality resolution image as will be understood by those skilled in the art In a color imaging device (CCD array) photoelectric elements, such as photodiodes, are arranged in a two dimensional array with optical filters for R (red), G (green), and B (blue) Various arrangements of optical filters are well known and the arrangement of optical filters is not limited to

US 6,323,899 B1

7

a particular one with this invention During operation each pixel stores a charge corresponding to the amount of incident light The RGB components of each pixel's charge is sequentially read out via a horizontal/vertical addressing scheme that will be familiar to those skilled in the art

As shown in FIG. 5A; each charge, when addressed, is amplified and processed in a sample and hold (S/H) circuit 18 The analog voltage in each S/H circuit is digitized by an associated analog to digital (A/D) converter 8. The digital values are routed and collected in the pixel buffer 10 Following completion of discrete pixel element conversion and subsequent formatting in the pixel buffer which is under Control Processor Unit (CPU) 20 software control, the output of the full pixel buffer is routed to the frame buffer 11 by digital control unit 9 This process continues until a complete frame is collected within the frame buffer The general digital logic and timing and control signals for this circuitry is shown in FIG 5B The timing is provided by a master clock that is an integral part of the CPU microprocessor For example, the MOTOROLA 68040 microprocessor has a clock speed of approximately 40 Megahertz (MHZ) which results in a clock period of 25 nanoseconds (nsec.) This clock pulse is used by the function and address decoder 19 (FIG. 6) to generate the address and control signals shown in FIG. 5B as would be understood by those skilled in the art. The circuit of the present invention may be designed by one skilled in the art to function with a variety of microprocessor architectures and is not limited to any one in particular. One can see from the timing chart that in the S/H circuit is allowed (via the SE command) to charge to a voltage level indicative of the analog voltage impinging upon the pixel element (via the PS command) After a fixed time period, the A/D converters are enabled(via the CE command) to begin conversion of the analog voltage value on the S/H Upon completion of conversion, a conversion completion signal (CC) is generated by the A/D and routed back to the S/H circuit (via the SC command which is generated by the function and address controller 19) to discharge the stored analog voltage in anticipation of the next pixel element conversion process Next, the output of the A/D converter 8 is clocked into the pixel buffer 10 (via the PB command) When the pixel buffer 10 is full, the output is clocked out to the frame buffer 11 (via the FB command) and the pixel multiplexer address circuitry selects the next pixel for conversion Reset signals (RST) are sent to all circuit elements to allow these devices to reset prior to receiving the next analog value

Another novel concept of the present invention as illustrated in FIGS 5A and 5B utilizes a technique of paralleling the S/H and A/D devices for each pixel element thus accelerating the image signal analog-to-digital conversion process. This is accomplished by eliminating the serial S/H and A/D path typical of prior art still video camera designs In addition, high-speed, low-power devices available from Sony, Burr-Brown, Datel, Analog Devices, and others facilitate the increased conversion throughput of the S/H and A/D circuits with pixel conversion times of less than 150 nanoseconds (nsec.) For example, Sony's video A/D converter Device part number CXA1016P/K performs up to 50 million samples per second or 20 nsec per conversion This device, or similar, may be used in the preferred embodiment of the present invention As explained previously, prior art still video camera designs multiplex each signal component into a common/singular A/D path to reduce the number of components and power consumption However, in accordance with another aspect of the present invention components such as C-MOS and ECL devices coupled with min-

8

iaturized packaging techniques such as surface mount devices (SMD) and ASIC technology make it feasible to incorporate these devices in a parallel design in order to realize a substantial increase in conversion speed with no appreciable increase in power consumption Therefore, this design approach provides significant conversion throughput increases over previous designs

The extremely high conversion speed in accordance with another concept of the present invention makes multiple high-speed camera operation possible in an alternate embodiment For example, total conversion time required for the aforementioned CCD array utilizing the circuit of the present invention (FIG. 5A) requires approximately 380, 640×150 nsec. or 38 milliseconds (msec.) Additional time (approximately 5 msec.) is required for timing and control signal latency Thus, total conversion time for a complete image frame prior to compression processing and logging to the memory storage diskette 50 is less than fifty msec. This allows for approximately 20 images to be captured in a two second period By adding additional RAM 11A (FIG. 13) or other forms of commercially available random access memory to the frame buffer 11, image frames could be "pushed" onto a semiconductor memory stack for temporary storage allowing the compression processor and data interface circuitry to perform their respective functions at a slower rate. As shown in FIG. 13, each unprocessed image frame would be recorded or "pulled" from the stack on a "First-In, First-Out" (FIFO) manner until all images in the stack queue were processed and written to the storage diskette via the disk I/O circuitry 13

As shown in FIG. 6, control panel settings are monitored by the CPU 20, a microprocessor, thus allowing the appropriate timing, control, and signal processing to be effected properly The microprocessor 20 may be of the type 68040 manufactured by MOTOROLA, Intel's 80386 series, or equivalent microprocessors which specifications are commercially available and are incorporated herein by reference The microprocessor utilization of this invention, which is in the digital control unit 9, transmits commands and status to specific controls, functions, and displays in the control panel as well as receiving both circuit status/control data and operator commands through polling the operator switch settings 14A, 14B, and 17 via the bidirectional function and address decoder 19. This approach allows the user to know immediately how much storage capacity remains in the image storage diskette 50 as well as the camera's overall operational and functional status through the use of status displays 21, 22, and 23 and ongoing software self-tests running in the background as depicted in FIG. 3 An example of this would be a low battery situation. First, the digital control unit 9 would detect a failure in the self-test mode. Next, the self-test light emitting diode 21 (FIG. 6) would be illuminated and an appropriate error display would be illuminated in the status display 22 thus providing the user with an exact indication of the error Another example illustrating the operation of this embedded microprocessor type of control approach is the format switch 17 (FIG. 6). The position of the format switch 17 is sensed upon power application Following diskette insertion, the boot block on the diskette is compared with the format switch 17 setting (IBM/clone or Apple) and if the format does not match or if the disk 50 is unformatted, the disk format status light emitting diode 23 would be illuminated and an appropriate error display would be illuminated in the status display 22 thus prompting the user to take appropriate corrective measures

An alternate embodiment of the present invention involves adding an auxiliary I/O interface circuit or port to

US 6,323,899 B1

9                                                    10

the digital control unit 9 As shown if FIG. 7, the auxiliary I/O port 80 connects in a manner similar to the Disk I/O interface 13 This additional I/O channel provides for external control and monitor of all timing and control signals internal to the camera In addition, it allows for the image data to be routed past or around the compression processor out to any additional internal or external device such as an optical disk storage device, digital analyzer, or other data processors that might be desired

FIG. 7 shows the digital control unit 9 The microprocessor 20 architecture here is typical to one familiar with the art The frame buffer 11 (FIG. 5A) receives and stores the outputs of the pixel buffer 10 until a complete frame of image data is received Then, the CPU 20, under software control, issues a control signal to the optics logic in the shutter and control circuitry 15 (FIG. 6) thus resetting those functions for future image recording The full frame buffer 11, upon command from the CPU 20, transfers it's data into the compression processor 12 (FIG. 2) which performs thousands of levels of parallel pipeline processing on the image data The compressed image frame is then written out to the mass memory RAM (Random Access Memory) 24 where it is temporarily stored until transferred to the disk drive assembly 5 via the disk I/O interface circuitry 13

Referring to FIG. 8, a flowchart shows the steps involved in the image compression process performed by the image compression processor 12 (FIG. 2) in accordance with the preferred embodiment of the present invention The output of the frame buffer 11 is transferred into the input of the image compression processor 12 under the control of the digital control unit 9 As previously described, the setting of switch 14A (FIG. 6) is read by the CPU 20 (FIG. 7) to determine the image resolution quality desired Depending on the operator selected setting of switch 14A, the unique digital word generated by the AND gate $60a-b$ (FIG. 6A) which is activated by the selected position of switch 14A is routed to image compression processor 12 via CPU 20 (FIG. 7) which selects for example a predetermined digital memory location containing the appropriate corresponding compression ratio parameters under program control The compression processor uses this command value for example to establish the size of the covariance matrix and a threshold for acceptance for the variances produced by the Discrete Cosine Transformation (DCT) transform coefficients. Next, the digital image signals are converted from the RGB format previously discussed in connection with FIGS. 2, 5, and 6 into luminance and chrominance signals. The luminance and chrominance signals subsequently undergo a DCT The cosine transformed signals are then quantized and are then processed for Huffman coding The Huffman coded image signals are then formatted into a form that facilitates format processing into various PC compatible formats (GIFF, PICT2, etc.) For a more complete understanding of the image compression process reference may be made to I E E.E. Catalog No. EH0231-1, Library of Congress No. 85-60384 published by the I E E E Society dated 1985 and incorporated herein by reference

Of the two traditional classes of image compression techniques, spatial coding and transform coding, transform coding techniques lend themselves well for this application due to computational simplicity Transform coding techniques that provide good visual fidelity include: Karhunen-Loeve transform (KLT), Fourier, cosine, sine, and Hadamard The KLT algorithm offers the best visual fidelity but suffers from serious computational complications due to extremely large matrix size Several alternate algorithms that offer reasonable visual fidelity that are computationally feasible for this invention include the Fast Fourier Transform (FFT), Discrete Cosine Transform (DCT), and Discrete Sine Transform (DST) The DCT was adopted by the JPEG as the preferred algorithm due to computational simplicity and performance.

It should be noted that the Joint Photographic Experts Group (JPEG) (composed of experts from many companies including IBM, AT&T, Digital Equipment Corp, and INTEL) compression/decompression standard was developed in 1985 in response to the lack of interoperability between image and processing equipment due to numerous proprietary standards held by each manufacturer The JPEG standard provides image compression effectively up to 75 times or greater depending on the visual fidelity desired The JPEG standard is widely used in industry as an alternative to proprietary algorithms such as Intel's own proprietary standard called DVI which was initially developed by RCA before being sold to INTEL, the integrated Circuit manufacturer INTEL offers it's own firmware compression processor incorporating their DVI standard delivering compression ratios in excessive of 100:1 However, a new international standard called MPEG is due to be announced in the 1991 time frame from the JPEG and should offer compression ratios of 275:1 and greater In the preferred embodiment of the present invention, the JPEG standard is the preferred algorithm chosen with the incorporation of the the MPEG standard or other similar standard in the future when available commercially An alternate embodiment of the present invention would be the incorporation of various proprietary compression algorithm standards such as DVI

The compression/decompression algorithm firmware implementation of the JPEG algorithm is available commercially from various sources including C-Cube, Electronics for imaging, Storm Technology, Burr-Brown, Spectral Innovations Inc., INTEL, and others The implementation of this algorithm for the present invention may incorporate the integrated circuit set commercially available from C-Cube Their four chip ASIC JPEG algorithm implementation is performed in three basic steps: first, the image is divided into 8-by-8 pixel squares and applies a discrete cosine transform (DCT) to each square resulting in 64 frequency values; second, these frequencies are put through a quantization algorithm to eliminate unimportant frequencies; third, the remaining values are run through a Huffman coding scheme to encode the most frequently occurring values using the fewest bits. A compatible software implementation of the JPEG algorithm is available commercially from Aladdin Systems, Radius Inc., Kodak, and others

Those skilled in the art will be familiar with the process and the commercially available software and firmware chipsets that are currently available on the market The present invention incorporates both available firmware chipsets in the camera and software for use in the PC for decompression The decompression algorithm can be written onto the camera's diskette 50 prior to any image data recording. This allows the PC user to take the diskette 50 to a PC and directly incorporate the image data because the image file selected by the user is automatically decompressed transparent to the user. The algorithm can be written onto an unused track 52 or sector combination on the diskette as shown on FIG 2A Alternatively, the decompression algorithm can be loaded onto a PC before inserting a diskette 50 containing compressed image data In the latter embodiment the resolution and mode values 54 and 55 (FIG 2A) for each representative image would be read from diskette 50 in order to appropriately control the selection and activation of the appropriate corresponding decompression algorithm

US 6,323,899 B1

11                                                                    12

As shown in FIG 7, the output of the image compression processor 12 is routed to the RAM memory 24 where the compressed image is formatted for either the PICT II or GIFF format depending on the setting of format switch 17 (FIG 6). It should be noted that a large number of image formats for PCs exist. PICT and GIFF are the most common for the Apple and IBM PC's and are therefore the preferred formats for the present invention although other formats can be easily incorporated into the design by changing the software format routines These software image formats are commercially available from many sources most notably Apple computers for PICT and IBM for GIFF An example of the PICT format is pictorially shown in FIG 6B as will be familiar to those skilled in the computer arts Once formatting is complete, the formatted image data is transferred to the disk I/O interface 13 for transfer to the magnetic recording diskette 50

FIG 9 and FIG. 10 illustrate the preferred embodiment of the video format translator device in accordance with another aspect of this invention that converts other still video camera formats for example on two inch video diskette to this invention's selectable PC compatible digital format. The general concept of operation is shown in FIG 10 In FIG 9 correspond parts and subassemblies in translator 40 are shown with like numbers corresponding to FIG 2 and 6 having a 40 hyphenation prefix designation and such parts and subassemblies perform similar functions to those described above with reference to FIGS. 2 and 6 Referring again to FIG. 9, the translator 40 incorporates the same components utilized in the digital circuit card assembly which houses both the digital control unit 9 and optics processing circuits (pixel multiplexer 7, A/D 8, etc 10–13) The major difference is that the CCD array I is replaced with an input disk drive 25, for example a two inch (2") video disk drive assembly, and an NTSC video format decoder 26 which converts the composite video signal to an RGB format for processing as described previously

FIG 11 displays an alternate embodiment of the video format translator device 40 of the present invention that shows optional inputs 27 and outputs 28 and 29 The exact same circuitry is utilized that was used for the translator device 40 as shown in FIG. 9 except that inputs 27 for either an NTSC/PAL format or RGB format video signal is provided. This allows video signals from other sources such as a cable TV, CAMCORDER, or other video signal source to be digitized and archived in a PC compatible format. Also, provisions for video output jacks 28 are made to allow either viewing of the image/video source prior to or during image recording. Finally, provisions are made to provide a data output 29 to allow connection to other PC peripherals such as a communications modem, larger/smaller disk drive assembly, optical disk, specialty display or signal processor/ analyzer Either a standard serial, parallel, or Small Computer Standard Interface (SCSI) data port can be readily connected to the auxiliary I/O interface 80

FIG 12 depicts an alternate feature of an embodiment of the present invention that shows how an inserted diskette 50 that is either unformatted or formatted for a undesired (e.g., not corresponding to the setting of switch 17-FIG 6) PC configuration would be automatically properly formatted for use with a camera in accordance with another aspect of this invention. This capability allows the user of this invention to forego the requirement to pre-format the storage medium (diskette) on a PC prior to using it in the camera operated in accordance with the present invention With reference to FIG 3 the power-on sequence process would result in an abnormal diskette format error if the format of an inserted diskette 50 did not correspond to the operator selected format switch 17 (FIG 6) In accordance with the automatic

diskette format option, CPU 20 of digital control unit 9 in response to the abnormal diskette format error would initiate the diskette format process illustrated in FIG 12 Upon completion of the diskette format process illustrated in FIG. 12, the power-on sequence illustrated in FIG 3 would continue from step B

Referring now to FIG 14A, there is shown a schematic block diagram of the format selection logic in accordance with another aspect of the present invention During the power-on sequence as described in connection with FIGS 3 and 12, processor 20 of control unit 9 initiates a format selection switch sample and test routine as more fully described in the flow diagram illustrated in FIG 14B Switch 17 is illustrated in FIG 14A in the Apple PC position and logic level v1 is applied as inputs to logic gates 60c and 60d As illustrated in FIG 2A, the format signals 57 for the Apple PC format is a logic "zero" and conversely the format signal or tag 57 if the format switch 17 were in the IBM PC or other computer type position would be a logic "one" and "two" respectively In response to the logic "zero" indicating Apple PC format, processor 20 accesses a unique memory location XY of format memory 20-2 which for example may comprise any random access memory with two megabytes storage capacity The data format for the operator selectable predetermined number of computer architectures, similar in content and arrangement to those illustrated in FIG. 6B for an Apple PC would be stored in memory 20-2 which would be addressed in response to the other operator selectable position of switch 17 to generate the other unique codes 57 as shown in FIG. 2A. Processor 20 in response to a stored format subroutine more particularly shown in FIG. 14B contains the allocation of data memory addresses in disk input/output interface unit 13 in accordance with the picture image file format as illustrated in FIG 6B Thus the digital video data information signals generated by compression processor 12 are appropriately formatted and stored in memory storage disk drive 5 to insure compatibility with the format selected by the operator by selectively positioning switch 17

Those skilled in the art will recognize the many alterations, additions or changes of the preferred embodiment may be made without departing from the scope of the following claims.

What is claimed is:

1. For use in an electronic camera having an image pick-up unit and a storage device, a process for taking and storing digital pictures, the process comprising:

    generating a digital image signal corresponding to an image incident on the image pick-up unit;

    formatting the digital image signal in one of a plurality of computer image file formats; and

    storing the formatted image file in the storage device

2 A process as in claim 1, wherein the storage device is removable

3 For use in an electronic camera having an image pick-up unit and a storage device, a process for taking and storing digital pictures, the process comprising:

    selecting one of a plurality of computer image file formats in the camera;

    generating a digital image signal corresponding to an image incident on the image pick-up unit;

    formatting the digital image signal in the selected computer image file format; and

    storing the formatted computer image file in the storage device.

4. A process as in claim 3, wherein the storage device is removable

*  *  *  *  *

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974. is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

| I.(a) **PLAINTIFF** | **DEFENDANT** |
|---|---|
| St. Clair Intellectual Property Consultants, Inc. | See attached Exhibit 1. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Michigan
(EXCEPT IN U S  PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
( IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES. USE THE LOCATION OF THE TRACT
OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME. ADDRESS. AND TELEPHONE NUMBER)
Frederick L  Cottrell, III
Richards, Layton & Finger
One Rodney Square - P O  Box 551
Wilmington, DE 19899
(302) 651-7700

ATTORNEYS (IF KNOWN)

## II.  BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1   U.S. Government   ☒ 3  Federal Question
Plaintiff                    (U S  Government Not a Party)

☐ 2   U S  Government   ☐ 4  Diversity
Defendant                 (Indicate Citizenship of
Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF DEF | | PTF DEF |
|---|---|---|---|
| Citizen of This State | ☐ 1 ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 ☐ 4 |
| Citizen of Another State | ☐ 2 ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 ☐ 3 | Foreign Nation | ☐ 6 ☐ 6 |

## VI. ORIGIN   (PLACE AN X IN ONE BOX ONLY)

☒1 Original      ☐ 2 Removed from   ☐ 3 Remanded from   ☐ 4 Reinstated or   ☐ 50 another district   ☐ 6 Multidistrict   ☐ 7 Appeal to District
Proceeding         State Court         Appellate Court       Reopened          (specify)           Litigation      Judge from
Transferred from                                                                                                 Magistrate
                                                                                                                  Judgment

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R R & Truck | ☐ 820 Copyrights | |
| | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☒ 830 Patent | |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | |
| ☐ 160 Stockholder's Suits | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl  Ret  Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Eject | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI.    CAUSE OF ACTION (CITE THE U S  CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE  DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIV

Action for patent infringement under  35 U.S.C. §§ 271, 281-285

## VII.  REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A   **CLASS ACTION**     **DEMAND $**           CHECK YES only if demanded in complaint:
☐ Under F.R.C.P. 23                                          **JURY DEMAND:**  _X_ YES   __ NO

## VIII RELATED CASE(S) (See instructions):
IF ANY          Judge Joseph J. Farnan, Jr.    Docket Numbers: 03-241-JJF; 04-1436-JJF; 05-273-JJF

DATE  SIGNATURE OF ATTORNEY OF RECORD

June 26, 2006
(Frederick L  Cottrell. III)

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT ____ APPLYING IFP ____ JUDGE _____ MAG JUDGE _____

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44**

RLF1-3030240-1

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet  Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed  The attorney filing a case should complete the form as follows:

I  **(a) Plaintiffs - Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant  If the plaintiff or defendant is a government agency. use only the full name or standard abbreviations  If the plaintiff or defendant is an official within a government agency. identify first the agency and then the official. giving both name and title

**(b) County of Residence**   For each civil case filed, except U S  plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing  In U S  plaintiff cases. enter the name of the county in which the first listed defendant resides at the time of filing   (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved)

**(c) Attorneys**  Enter firm name. address. telephone number. and attorney of record  If there are several attorneys. list them on an attachment. noting in this section "(see attachment)"

II. **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8 (a). F  R  C  P . which requires that jurisdictions be shown in pleadings  Place an "X" in one of the boxes  If there is more than one basis of jurisdiction. precedence is given in the order shown below

United States plaintiff   (1) Jurisdiction is based on 28 U S C  1345 and 1348  Suits by agencies and officers of the United States are included here

United States defendant   (2) When the plaintiff is suing the United States. its officers or agencies. place an X in this box

Federal question   (3) This refers to suits under 28 U S C  1331. where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution. an act of Congress or a treaty of the United States  In cases where the U S  is a party. the U S  plaintiff or defendant code takes precedence. and box 1 or 2 should be marked

Diversity of citizenship   (4) This refers to suits under 28 U S C  1332. where parties are citizens of different states  When Box 4 is checked. the citizenship of the different parties must be checked  (See Section III below; federal question actions take precedence over diversity cases )

III. **Residence (citizenship) of Principal Parties**.  This section of the JS-44 is to be completed if diversity of citizenship was indicated above  Mark this section for each principal party

IV. **Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause

V. **Nature of Suit**.  Place an ¨X¨ in the appropriate box  If the nature of suit cannot be determined. be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit  If the cause fits more than one nature of suit. select the most definitive

VI. **Origin**.  Place an ¨X¨ in one of the seven boxes

Original Proceedings   (1) Cases which originate in the United States district courts

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U S C . Section 1441  When the petition for removal is granted. check this box

Remanded from Appellate Court   (3) Check this box for cases remanded to the district court for further action  Use the date of remand as the filing date

Reinstated or Reopened   (4) Check this box for cases reinstated or reopened in the district court  Use the reopening date as the filing date

Transferred from Another District   (5) For cases transferred under Title 28 U S C  Section 1404(a)  Do not use this for within district transfers or multidistrict litigation transfers

Multidistrict Litigation   (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C  Section 1407  When this box is checked, do not check (5) above

Appeal to District Judge from Magistrate Judgment   (7) Check this box for an appeal from a magistrate's decision

VII. **Requested in Complaint.**  Class Action  Place an "X" in this box if you are filing a class action under Rule 23. F R C P

Demand  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction

Jury Demand   Check the appropriate box to indicate whether or not a jury is being demanded

VIII. **Related Cases**.  This section of the JS-44 is used to reference relating pending cases if any  If there are related pending cases. insert the docket numbers and the corresponding judge names for such cases

**Date and Attorney Signature**   Date and sign the civil cover sheet
(rev  07/89)

# EXHIBIT 1

## **DEFENDANTS**

LG Electronics Inc.
LG Electronics U.S.A., Inc.
LG Electronics MobileComm U.S.A., Inc.
Motorola, Inc.
Palm, Inc.
Sanyo Electric Co., Ltd.
Sanyo North America Corporation
Concord Camera Corporation
Kyocera Wireless Corporation
Vivitar Corporation
Petters Group Worldwide, L.L.C.
Polaroid Consumer Electronics, L.L.C.
Polaroid Holding Company
Polaroid Corp.
Aiptek International Inc.
Aiptek Inc.
High Tech Computer Corp.
H.T.C. (B.V.I.) Corp.
HTC USA Inc.
Deutsche Telekom AG
T-Mobile International AG & Co. KG
T-Mobile U.S.A., Inc.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 6 -  4 0 4 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___22___ COPIES OF AO FORM 85.

___6/27/06___
(Date forms issued)

_____
(Signature of Party or their Representative)

___Gregory Stahlman___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action