UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of St. Clair's stock.

RLF1-3030100-1

|  |  |
|---|---|
| | *[signature]* |
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| Ronald J. Schutz | cottrell@rlf.com |
| Jake M. Holdreith | Chad M. Shandler (#3796) |
| Becky R. Thorson | shandler@rlf.com |
| Carrie M. Lambert | Richards, Layton & Finger |
| Robins, Kaplan, Miller & Ciresi LLP | One Rodney Square |
| 2800 LaSalle Plaza | P.O. Box 551 |
| 800 LaSalle Avenue | Wilmington, DE 19899 |
| Minneapolis, MN 55402-2015 | (302) 651-7700 |
| (612) 349-8500 | Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. |

Dated:   June 26, 2006