AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or ☐ Trademarks:

| DOCKET NO.<br>06cv404 | DATE FILED<br>6/26/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>St. Clair Intellectual Property Consultants Inc. | | DEFENDANT<br>LG Electronics Inc., LG Electronics USA Inc., LG Electronics Mobilecomm USA Inc., Motorola Inc, Palm Inc. Sanyo Electric Co. LTD, Sanyo North America Corporation, Concord Camera Corporation Kyocera Wireless Coproration, Vivitar Corporation, Petters Group Worldwide, LLC, Polaroid Consumer Electornics LLC, Polaroid Holding Company, Polaroid Corp., Aiptek International Inc. Aiptek, Inc. , High Tech Computer Corp., HTC(BVI) Corp., HTC USA Inc. Deutsche Telekom AG, T-Mobile International AG & Co. KG and T-Mobile USA Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,138,459 | 8/11/92 | Personal Computer Cameras Inc. |
| 2 | 6,094,219 | 7/25/00 | St. Clair Intellectual Property Consultants Inc. |
| 3 | 6,233,010 B1 | 5/15/01 | St. Clair Intellectual Property Consultants Inc. |
| 4 | 6,323,899 B1 | 11/27/01 | St. Clair Intellectual Property Consultants Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>6/27/06 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Case 1:06-cv-00404-JJF    Document 4    Filed 06/27/2006    Page 2 of 2