IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-404 |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## PRAECIPE

TO:  Clerk
     United States District Court for
     the District of Delaware
     Federal Building
     844 King Street
     Wilmington, Delaware 19801

PLEASE ISSUE a summons and First Amended Complaint in the above-captioned action

for service on the following defendants:

LG Electronics, Inc.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

LG Electronics U.S.A., Inc.
c/o its registered agent
United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

LG Electronics MobileComm U.S.A., Inc.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

Motorola, Inc.
c/o its registered agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Palm, Inc.
c/o its registered agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Sanyo Electric Co., Ltd.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

Sanyo North America Corporation
c/o its registered agent
United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Concord Camera Corporation
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

Kyocera Wireless Corporation
c/o its registered agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Vivitar Corporation
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

Petters Group Worldwide, L.L.C.
c/o its registered agent
National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

Polaroid Consumer Electronics L.L.C.
c/o its registered agent
National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

Polaroid Holding Company
c/o its registered agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Polaroid Corporation
c/o its registered agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Aiptek International Inc.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

Aiptek Inc.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

HIGH TECH COMPUTER CORP.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware  19901

H.T.C. (B.V.I.) Corp.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware  19901

HTC USA Inc.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware  19901

Deutsche Telekom AG
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

T-Mobile International Ag & Co. KG.
c/o Secretary of State of the State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

T-Mobile U.S.A. Inc.
c/o its registered agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

RLF1-3070321-1

Of Counsel:

Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Becky R. Thorson, Esquire
Carrie M. Lambert, Esquire
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: October 13, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (No. 2555)
cottrell@rlf.com
Chad M. Shandler (No. 3796)
shandler@rlf.com
Gregory E. Stuhlman (No. 4765)
stuhlman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.

RLF1-3070321-1