IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., )<br>)<br>Defendants. ) | Civil Action No. 06-404<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), by and through its undersigned attorneys, hereby moves the Court for an order pursuant to Federal Rule of Civil Procedure 4(c)(2) appointing any employee of APS International, Ltd. as special process server for the purpose of serving Summonses and the First Amended Complaint upon foreign defendants Deutsche Telekom AG, T-Mobile International AG & Co. KG and Aiptek International, Inc. In support of this motion, St. Clair states as follows:

1. St. Clair filed its First Amended Complaint in the above matter on June 27, 2006. St. Clair prepared and submitted Praecipes to the Court on October 13, 2006 requesting that the Clerk issue Summonses and the First Amended Complaint for service on the defendants.

2. The First Amended Complaint names several parties as defendants in this action, including Deutsche Telekom AG, T-Mobile International AG & Co. KG and Aiptek International, Inc. Deutsche Telekom AG and T-Mobile International AG & Co. KG are German corporations. Aiptek International, Inc. is Taiwanese company.

3. In order to effectuate service on these foreign defendants, the laws of Germany and Taiwan require that the court in which the civil action is pending authorize, or appoint, the process server to effect service of the summonses and complaint. APS International, Ltd. is a company headquartered in Minneapolis, Minnesota that specializes in, inter alia, international service of process. Accordingly, St. Clair respectfully requests that the Court issue the orders in the form attached hereto appointing APS International, Ltd. as special process server to effect prompt service of process upon defendants Deutsche Telekom AG, T-Mobile International AG & Co. KG and Aiptek International, Inc.

Of Counsel:

Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Becky R. Thorson, Esquire
Carrie M. Lambert, Esquire
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: October 13, 2006

Frederick L. Cottrell, III (No. 2555)
cottrell@rlf.com
Chad M. Shandler (No. 3796)
shandler@rlf.com
Gregory E. Stuhlman (No. 4765)
stuhlman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG AND T-MOBILE U.S.A. INC.,<br><br>Defendants. | Case No. 06-cv-404-JJF<br><br>**ORDER TO APPOINT SPECIAL PROCESS SERVER** |

**IT IS HEREBY ORDERED,**

that APS International, Ltd. is authorized to effect service of process on the Defendant Deutsche Telekom AG in Germany in accordance with the Hague Convention and international law.

DATED: October _____, 2006        By: _____
                                       Hon. Joseph J. Farnan, Jr.

MP2 15307538.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG AND T-MOBILE U.S.A. INC.,<br><br>Defendants. | Case No. 06-cv-404-JJF<br><br>**ORDER TO APPOINT SPECIAL PROCESS SERVER** |

**IT IS HEREBY ORDERED,**

that APS International, Ltd. is authorized to effect service of process on the Defendant T-Mobile International AG & Co. KG in Germany in accordance with the Hague Convention and international law.

DATED: October _____, 2006         By: _____
                                        Hon. Joseph J. Farnan, Jr.

MP3 20197806 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>              Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG AND T-MOBILE U.S.A. INC.,<br><br>              Defendants. | Case No. 06-cv-404-JJF<br><br>ORDER TO APPOINT SPECIAL PROCESS SERVICE TO SERVE A CORPORATION IN A FOREIGN COUNTRY |

**IT IS HEREBY ORDERED,**

    that APS International, Ltd. is APPOINTED Special Process Service for the purpose of serving process on the Defendant Aiptek International, Inc. in Taiwan by delivering a copy of the Summons and Complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one

MP3 20197812 1

authorized by statue to receive service and the statute so requires, by also mailing a copy to the defendant.

DATED: October _____, 2006        By: _____
                                  Hon. Joseph J. Farnan, Jr.