IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., </br></br> Plaintiff, </br></br> v. </br></br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-404-JJF </br> ) </br> ) </br> ) |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Motorola, Inc. ("Motorola") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint on June 27, 2006; and

**WHEREAS,** St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS,** Motorola has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended

Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

**WHEREAS**, in exchange for Motorola's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Motorola's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

**NOW, THEREFORE**, in accordance with Motorola's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Motorola as of October 23, 2006.

Dated: 10/17, 2006         By: _____
                                ATTORNEY FOR MOTOROLA, INC.

Dated: October 20, 2006    By: _____
                                ATTORNEY FOR ST. CLAIR
                                INTELLECTUAL PROPERTY
                                CONSULTANTS, INC.

MP3 20196513 1