IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

**WHEREAS**, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Palm, Inc. ("Palm") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

MP1 20197049 1

WHEREAS, Palm has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

WHEREAS, in exchange for Palm's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Palm's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

NOW, THEREFORE, in accordance with Palm's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Palm as of October 23, 2006.

Dated: Oct 17, 2006         By: _____
                            ATTORNEY FOR PALM, INC.

Dated: October 20, 2006     By: _____ (#3796)
                            ATTORNEY FOR ST. CLAIR
                            INTELLECTUAL PROPERTY
                            CONSULTANTS, INC.

MP3 20197049 1