IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) ) ) Plaintiff, ) ) v. ) ) LG ELECTRONICS, INC., LG ELECTRONICS ) U.S.A., INC., LG ELECTRONICS ) MOBILECOMM U.S.A., INC., MOTOROLA, ) INC., PALM, INC., SANYO ELECTRIC CO., ) LTD., SANYO NORTH AMERICA ) CORPORATION, CONCORD CAMERA ) CORPORATION, KYOCERA WIRELESS ) CORPORATION, VIVITAR CORPORATION, ) PETTERS GROUP WORLDWIDE, L.L.C., ) POLAROID CONSUMER ELECTRONICS, L.L.C., ) POLAROID HOLDING COMPANY, POLAROID ) CORP., AIPTEK INTERNATIONAL INC., ) AIPTEK INC., HIGH TECH COMPUTER CORP., ) H.T.C. (B.V.I.) CORP., HTC USA INC., ) DEUTSCHE TELEKOM AG, T-MOBILE ) INTERNATIONAL AG & CO. KG and T-MOBILE ) U.S.A., INC., ) ) Defendants. ) | Civil Action No. 06-404-JJF |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Kyocera Wireless Corporation ("Kyocera") on June 26, 2006; and

WHEREAS, St. Clair filed its First Amended Complaint on June 27, 2006; and

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

MP3 20196730 1

WHEREAS, Kyocera has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

WHEREAS, in exchange for Kyocera's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Kyocera's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

NOW, THEREFORE, in accordance with Kyocera's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Kyocera as of October 23, 2006.

Dated: 10/17, 2006            By: _____
                                  ATTORNEY FOR KYOCERA WIRELESS
                                  CORPORATION

Dated: 10/20, 2006            By: _____ (C#3796)
                                  ATTORNEY FOR ST. CLAIR
                                  INTELLECTUAL PROPERTY
                                  CONSULTANTS, INC.

MP3 20196730 1