IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Aiptek International, Inc. and Aiptek, Inc. (collectively, "Aiptek") on June 26, 2006; and

WHEREAS, St. Clair filed its First Amended Complaint on June 27, 2006; and

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

MP3 20196787.1

WHEREAS, the undersigned is authorized by Aiptek to sign on behalf of Aiptek this Waiver and Acknowledgement of Service; and

WHEREAS, Aiptek waives the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint and accepts service of the Complaint and First Amended Complaint filed in this action; and

WHEREAS, in exchange for Aiptek's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Aiptek's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

NOW, THEREFORE, the undersigned acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Aiptek as of October 23, 2006.

Dated: _____, 2006

By: /s/ N.S. Wei
N.S. Wei
Senior Director, Legal Department

AIPTEK INTERNATIONAL, INC. and AIPTEK, INC.

Dated: October 20, 2006

By: /s/ (CH3796)

ATTORNEY FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.

MP3 20196787 1