## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## UNOPPOSED MOTION TO STAY ACTION
## AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") hereby moves the

Court for entry of an order staying the above-captioned action until such time as any party moves

the Court to lift the stay and such motion is granted.  In support hereof, St. Clair avers as follows:

1.    St. Clair filed its Complaint for Patent Infringement against Defendants LG

Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc.,

Motorola, Inc., Palm, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation, Concord

1

Camera Corporation, Kyocera Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc., Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006 (the "Action"). St. Clair's First Amended Complaint was filed on June 27, 2006.

2.      At the time the Action was filed, St. Clair identified a related action styled *St. Clair Intellectual Property Consultants, Inc. v. Samsung Electronics Co.*, C.A. No. 04-1436 (JJF) (D. Del.) (the "Samsung Related Action"). The Samsung Related Action has been stayed by the Court. (*See* Samsung Related Action, D.I. 112.)

3.      A further related action styled *St. Clair Intellectual Property Consultants, Inc. v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF) (D. Del.) (the "Mirage Related Action") is pending in this Court. The Mirage Related Action has also been stayed. (*See* Mirage Related Action, D.I. 37.)

4.      St. Clair delayed service of its Complaint and First Amended Complaint in this Action in order to accommodate settlement discussions.

5.      Defendants have waived the formal service requirements of Federal Rule of Civil Procedure 4 for St. Clair's Complaint and First Amended Complaint and accepted service of St. Clair's Complaint and First Amended Complaint. (*See* D.I. 8-18.)

6.      In exchange for Defendants' waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Defendants' acceptance of service, St. Clair has agreed to seek a stay of this Action.

2

7.     St. Clair has entered into agreements with the Defendants individually that, while differing slightly, all stipulate to a stay of this Action until such time as any party moves this Court to lift the stay and the Court grants such a motion. (*See* Exihibt A hereto.)

8.     Pursuant to Local Rule 7.1.2., St. Clair waives its right to file an opening brief in support of this application.

**NOW**, **THEREFORE**, St. Clair respectfully requests that the Court grant its motion and stay the above-captioned action until such time as any party moves the Court to lift the stay and the Court grants such a motion. A proposed form of Order is attached.

By: _____
Frederick L. Cottrell, III, Esq. (#2555)
cottrell@rlf.com
Chad M. Shandler, Esq. (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**ATTORNEYS FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.**

Dated:  October 31, 2006

3

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Chad M. Shandler, Esquire, hereby certify that counsel for St. Clair have made reasonable efforts to reach agreement with Defendants and/or their counsel on the matters set forth in the foregoing motion, and have secured agreement from all of the parties as to the relief sought herein. *See Motion to Stay Action, Ex. A.*   Accordingly, St. Clair requests the Court entertain the foregoing motion at the Court's convenience.

_____
Chad M. Shandler, Esq. (#3796)

RLF1-3075304-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-404-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006 I electronically filed the Unopposed Motion to Stay Action with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of the Unopposed Motion to Stay Action to be served on October 31, 2006 upon the following by first-class mail, postage paid:

**For Aiptek International Inc. and Aiptek Inc.:**

Charlin Chen
Aiptek International Inc.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**

Scott L. Lampert
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc.:**

Hsin Wang
Patent Attorney, Legal Department
High Tech Computer Corp.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**

Dale Buxton
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**

Robert J. Gaybrick
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**For Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company and Polaroid Corp.:**

C. Graham Gerst
Kirkland & Ellis L.L.P.
200 East Randolph Drive
Chicago, IL 60601

**For Palm, Inc.:**

Bob Booth
Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Motorola, Inc.:**

C. Graham Gerst
Kirkland & Ellis L.L.P.
200 East Randolph Drive
Chicago, IL 60601

**For Sanyo Electric Co., Ltd. and Sanyo North America Corporation:**

Stuart Lubitz
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For Deutsche Telekom AG, T-Mobile International AG & Co. KG and T-Mobile U.S.A., Inc.:**

Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA 02110

**For Vivitar Corporation:**

Raymond Sun
Law Office of Raymond Sun
20 Corporate Park, Suite 155
Irvine, CA 92606

2

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.**

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. on June 26, 2006; and

WHEREAS, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

WHEREAS, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG") have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

WHEREAS, in exchange for LG's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and LG's acceptance of service, St. Clair has agreed to stay the above-captioned case against LG until such time as either LG or St. Clair moves this Court to lift the stay and the Court grants such a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against LG be stayed until such time as either LG or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that LG respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that LG and St. Clair hold a conference pursuant to Federal Rule of Civil

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the

stay.

Dated: _OCober 2 6_____, 2006          By: _____

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.


Dated: _October 16___, 2006           By: _____

ATTORNEY FOR LG ELECTRONICS, INC.,
LG ELECTRONICS U.S.A., INC., and LG
ELECTRONICS MOBILECOMM U.S.A.,
INC.


**SO ORDERED** this ___ day of _____, 2006.


_____
J.
District Court Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Motorola, Inc. ("Motorola") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Motorola's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Motorola's acceptance of service, St. Clair has agreed to stay the above-captioned case against Motorola until such time as either Motorola or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Motorola be stayed until such time as either Motorola or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Motorola respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Motorola and St. Clair hold a conference pursuant to Federal Rule of Civil

MP3 20196511.1

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: _October 26_____, 2006          By: _____

                                       ATTORNEY FOR ST. CLAIR
                                       INTELLECTUAL PROPERTY
                                       CONSULTANTS, INC.


Dated: _10/14_____, 2006               By: _____

                                       ATTORNEY FOR MOTOROLA, INC.


**SO ORDERED** this ___ day of _____, 2006.

                                       _____
                                       J. District Court Judge

MP3 20196511.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER TO STAY ACTION**

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Palm, Inc. ("Palm") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Palm's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Palm's acceptance of service, St. Clair has agreed to stay the above-captioned case against Palm until such time as either Palm or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Palm be stayed until such time as either Palm or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Palm respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Palm and St. Clair hold a conference pursuant to Federal Rule of Civil

MP3 20197050.1

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: _October 26_____, 2006          By: _____

                                         ATTORNEY FOR ST. CLAIR
                                         INTELLECTUAL PROPERTY
                                         CONSULTANTS, INC.

Dated: _Oct 13___, 2006                 By: _____

                                         ATTORNEY FOR PALM, INC.

**SO ORDERED** this ___ day of _____, 2006.

                                         _____
                                         J.
                                         District Court Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY )
CONSULTANTS, INC.,                )
                                  )
          Plaintiff,              )
                                  )
                                  )    Civil Action No. 06-404-JJF
     v.                           )
                                  )
LG ELECTRONICS, INC., LG ELECTRONICS )
U.S.A., INC., LG ELECTRONICS      )
MOBILECOMM U.S.A., INC., MOTOROLA, )
INC., PALM, INC., SANYO ELECTRIC CO., )
LTD., SANYO NORTH AMERICA         )
CORPORATION, CONCORD CAMERA       )
CORPORATION, KYOCERA WIRELESS     )
CORPORATION, VIVITAR CORPORATION, )
PETTERS GROUP WORLDWIDE, L.L.C.,  )
POLAROID CONSUMER ELECTRONICS, L.L.C.,)
POLAROID HOLDING COMPANY, POLAROI )
CORP., AIPTEK INTERNATIONAL INC., )
AIPTEK INC., HIGH TECH COMPUTER CORP., )
H.T.C. (B.V.I.) CORP., HTC USA INC., )
DEUTSCHE TELEKOM AG, T-MOBILE    )
INTERNATIONAL AG & CO. KG and T-MOBILE )
U.S.A., INC.,                     )
                                  .)
          Defendants.             )

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its

Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair has delayed service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Sanyo Electric Co., Ltd. and Sanyo North America Corporation ("Sanyo") have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Sanyo's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Sanyo's acceptance of service (without prejudice as to any other motion Sanyo may elect to make), St. Clair has agreed to stay the above-captioned case against Sanyo until such time as either Sanyo or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Sanyo be stayed until such time as either Sanyo or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY** STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that Sanyo respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY** STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that Sanyo and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: _October 26_, 2006    By: _____

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: _Oct 16_, 2006    By: _____

ATTORNEY FOR SANYO ELECTRIC CO.,
LTD. and SANYO NORTH AMERICA
CORPORATION

**SO ORDERED** this ___ day of _____, 2006.

_____
J. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO STAY ACTION

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc., Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

MP3 20196822.1

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Concord Camera Corporation ("Concord") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Concord's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Concord's acceptance of service, St. Clair has agreed to stay the above-captioned case against Concord until such time as either Concord or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Concord be stayed until such time as either Concord or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Concord respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Concord and St. Clair hold a conference pursuant to Federal Rule of Civil

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: October 26, 2006          By: _____

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: October 17, 2006          By: _____

ATTORNEY FOR CONCORD CAMERA
CORPORATION

**SO ORDERED** this ___ day of _____, 2006.

_____
J.
District Court Judge

MP3 20196822.1

OCT-18-2006 02:00PM    FROM-WORLDWIDE NETWORK, INC. - SAN DIEGO    619-697-0024    T-972 P.003/005 F-307

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

STIPULATION AND ORDER TO STAY ACTION

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc., Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

MP3 20196728.1

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Kyocera Wireless Corp. ("Kyocera") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Kyocera's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Kyocera's acceptance of service, St. Clair has agreed to stay the above-captioned case against Kyocera until such time as either Kyocera or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Kyocera be stayed until such time as either Kyocera or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Kyocera respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Kyocera and St. Clair hold a conference pursuant to Federal Rule of Civil

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: _October 26_____, 2006

By: _____

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: _10/17_____, 2006

By: _____

ATTORNEY FOR KYOCERA WIRELESS
CORPORATION

**SO ORDERED** this ___ day of _____, 2006.

_____
J. District Court Judge

MP3 20196728,1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-404-JJF |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc., Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

MP3 20196909.1

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Vivitar Corporation ("Vivitar") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Vivitar's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Vivitar's acceptance of service, St. Clair has agreed to stay the above-captioned case against Vivitar until such time as either Vivitar or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Vivitar be stayed until such time as either Vivitar or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Vivitar respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Vivitar and St. Clair hold a conference pursuant to Federal Rule of Civil

MP3 2C196909.1

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the

stay.

Dated: October 26 , 2006            By: _____

                                    ATTORNEY FOR ST. CLAIR
                                    INTELLECTUAL PROPERTY
                                    CONSULTANTS, INC.


Dated: October 17 , 2006            By: _____

                                    ATTORNEY FOR VIVITAR
                                    CORPORATION


SO ORDERED this ___ day of _____, 2006.

                                    _____
                                    J.
                                    District Court Judge

MP3 2( 196909.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, and Polaroid Corp. ("Polaroid") have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Polaroid's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Polaroid's acceptance of service, St. Clair has agreed to stay the above-captioned case against Polaroid until such time as either Polaroid or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Polaroid be stayed until such time as either Polaroid or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Polaroid respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Polaroid and St. Clair hold a conference pursuant to Federal Rule of Civil

Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the

stay.

Dated: _October 26_____, 2006          By: _____

                                       ATTORNEY FOR ST. CLAIR
                                       INTELLECTUAL PROPERTY
                                       CONSULTANTS, INC.

Dated: __10/14____, 2006              By: _____

                                       ATTORNEY FOR PETTERS GROUP
                                       WORLDWIDE, L.L.C., POLAROID
                                       CONSUMER ELECTRONICS, L.L.C.,
                                       POLAROID HOLDING COMPANY, and
                                       POLAROID CORP.

**SO ORDERED** this ___ day of _____, 2006.

                                       _____
                                       J. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., )<br><br>Defendants. ) | Civil Action No. 06-404-JJF |

STIPULATION AND ORDER TO STAY ACTION

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

MP3 20196783.1

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

WHEREAS, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

WHEREAS, the undersigned is authorized by Aiptek International, Inc. and Aiptek, Inc. ("Aiptek") to sign on behalf of Aiptek this Stipulation and Order to Stay Action; and

WHEREAS, Aiptek has waived the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

WHEREAS, in exchange for Aiptek's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Aiptek's acceptance of service, St. Clair has agreed to stay the above-captioned case against Aiptek until such time as either Aiptek or St. Clair moves this Court to lift the stay and the Court grants such a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to the Court's approval, that the above-captioned case against Aiptek be stayed until such time as either Aiptek or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the Court's approval, that Aiptek respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

MP3 20196783.1

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the Court's approval, that Aiptek and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: _____, 2006

By: _____
N.S. Wei,
Senior Director, Legal Department

AIPTEK INTERNATIONAL, INC. and
AIPTEK, INC.

Dated: October 26, 2006

By: _____

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

SO ORDERED this ___ day of _____, 2006.

_____
J.
District Court Judge

MP3 20196783 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY )
CONSULTANTS, INC., )
)
       Plaintiff, )
)
       v. )      Civil Action No. 06-404-JJF
)
LG ELECTRONICS, INC., LG ELECTRONICS )
U.S.A., INC., LG ELECTRONICS )
MOBILECOMM U.S.A., INC., MOTOROLA, )
INC., PALM, INC., SANYO ELECTRIC CO., )
LTD., SANYO NORTH AMERICA )
CORPORATION, CONCORD CAMERA )
CORPORATION, KYOCERA WIRELESS )
CORPORATION, VIVITAR CORPORATION, )
PETTERS GROUP WORLDWIDE, L.L.C., )
POLAROID CONSUMER ELECTRONICS, L.L.C., )
POLAROID HOLDING COMPANY, POLAROID )
CORP., AIPTEK INTERNATIONAL INC., )
AIPTEK INC., HIGH TECH COMPUTER CORP., )
H.T.C. (B.V.I.) CORP., HTC USA INC., )
DEUTSCHE TELEKOM AG, T-MOBILE )
INTERNATIONAL AG & CO. KG and T-MOBILE )
U.S.A., INC., )
)
       Defendants. )

## STIPULATION AND ORDER TO STAY ACTION

    **WHEREAS**, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

MP3 20196793.1

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

WHEREAS, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

WHEREAS, Defendants have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

WHEREAS, in exchange for Defendants' waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Defendants' acceptance of service, St. Clair has agreed to stay the above-captioned case until such time as any party moves this Court to lift the stay and the Court grants such a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case be stayed until such time as any party moves this Court to lift the stay and the Court grants such a motion.

SO ORDERED this ___ day of _____, 2006.

_____
J. District Court Judge

Dated: October 26 , 2006

By: _____

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: October 5 , 2006

By: _____

ATTORNEY FOR HIGH TECH COMPUTER
CORP., H.T.C. (B.V.I.) CORP., and HTC
USA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 06-404-JJF

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants LG Electronics, Inc., LG Electronics

U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Motorola, Inc., Palm, Inc., Sanyo

Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera

Wireless Corp., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer

Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International, Inc.,

Aiptek, Inc., High Tech Computer Corp., H.T.C. (B.V.I.) Corp., HTC USA, Inc., Deutsche

Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. (collectively, "Defendants") on June 26, 2006; and

    **WHEREAS**, St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

    **WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

    **WHEREAS**, Deutsche Telekom AG, T-Mobile International AG & Co. KG, and T-Mobile U.S.A., Inc. ("T-Mobile") have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

    **WHEREAS**, in exchange for T-Mobile's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and T-Mobile's acceptance of service, St. Clair has agreed to stay the above-captioned case against T-Mobile until such time as either T-Mobile or St. Clair moves this Court to lift the stay and the Court grants such a motion;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against T-Mobile be stayed until such time as either T-Mobile or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

    **IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that T-Mobile respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay.

Dated: _October 26_, 2006          By: _____

                                   ATTORNEY FOR ST. CLAIR
                                   INTELLECTUAL PROPERTY
                                   CONSULTANTS, INC.

Dated: _10/23_, 2006              By: _____

                                   ATTORNEY FOR DEUTSCHE TELEKOM
                                   AG, T-MOBILE INTERNATIONAL AG &
                                   CO. KG and T-MOBILE U.S.A., INC.

**SO ORDERED** this ___ day of _____, 2006.

                                   _____
                                   J.
                                   District Court Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED**, on this _____ day of _____, 2006, upon

consideration of Plaintiff's Motion to Stay Action, it is hereby

**ORDERED** that the above-captioned action is STAYED until further order of the Court.

The parties shall file a Status Report every ninety (90) days from the date of this Order.  Any

party may file a written application seeking to reopen the action in accordance with the rules of

this Court.

_____
United States District Judge