IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | | |
| Defendants. | | |

## STATUS REPORT

On November 2, 2006, the Court stayed this action until further order of the Court, stating that any party may file a written application seeking to reopen the action in accordance with the rules of the Court. Pursuant to the Court's November 2, 2006 Order requiring a Status Report every ninety (90) days (D.I. 20), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") states that there have not been any written applications seeking to reopen this action. St. Clair further states that the two related actions identified in St. Clair's Unopposed Motion to Stay Action and Certification Pursuant to Local Rule 7.1.1 (D.I. 19) (*St. Clair v. Samsung*

MP3 20235265.1

*Electronics Co.*, C.A. No. 04-1436 (JJF) and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF)) remain stayed.

|  |  |
|---|---|
| Dated: July 30, 2007 | By: /s/ Chad M. Shandler |
|  | Frederick L. Cottrell, III, Esq. (#2555) |
| OF COUNSEL: | cottrell@rlf.com |
| Ronald J. Schutz, Esq. | Chad M. Shandler, Esq. (#3796) |
| Becky R. Thorson, Esq. | shandler@rlf.com |
| Carrie M. Lambert, Esq. | RICHARDS, LAYTON, & FINGER, P.A. |
| Annie Huang, Esq. | One Rodney Square |
| David B. Zucco, Esq. | P.O. Box 551 |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 651-7700 |
| 800 LaSalle Avenue |  |
| Minneapolis, MN 55402 | **ATTORNEYS FOR ST. CLAIR** |
| (612) 349-8500 | **INTELLECTUAL PROPERTY** |
|  | **CONSULTANTS, INC.** |

MP3 20235265.1