IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., )<br><br>Defendants. ) | Civil Action No. 06-404-JJF |

## STATUS REPORT

On November 2, 2006, the Court stayed this action until further order of the Court, stating that any party may file a written application seeking to reopen the action in accordance with the rules of the Court. Pursuant to the Court's November 2, 2006 Order requiring a Status Report every ninety (90) days (D.I. 20), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") states that the patent ownership dispute between St. Clair and Eastman Kodak Company pending in California state court (Case No. 1-05-CV-039164) that is the basis for the stay of the two related actions identified in St. Clair's Unopposed Motion to Stay Action and

Certification Pursuant to Local Rule 7.1.1 (D.I. 19) (*St. Clair v. Samsung Electronics Co.*, C.A. No. 04-1436 (JJF) and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF)) has settled. St. Clair will be making an appropriate written application to reopen this action once the settlement documents are finalized.

| | |
|---|---|
| | */s/ Chad M. Shandler* |
| OF COUNSEL: | Frederick L. Cottrell, III, Esq. (#2555) |
| Ronald J. Schutz, Esq. | cottrell@rlf.com |
| Becky R. Thorson, Esq. | Chad M. Shandler, Esq. (#3796) |
| Carrie M. Lambert, Esq. | shandler@rlf.com |
| Annie Huang, Esq. | RICHARDS, LAYTON, & FINGER, P.A. |
| David B. Zucco, Esq. | One Rodney Square |
| ROBINS, KAPLAN, MILLER & | P.O. Box 551 |
| CIRESI L.L.P. | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 651-7700 |
| 800 LaSalle Avenue | |
| Minneapolis, MN 55402 | **ATTORNEYS FOR ST. CLAIR** |
| (612) 349-8500 | **INTELLECTUAL PROPERTY** |
| | **CONSULTANTS, INC.** |

Dated: January 28, 2008