IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., <br><br> Defendants. | Civil Action No. 06-404-JJF |

## NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached Certificate of Service

PLEASE TAKE NOTICE that Plaintiff St. Clair Intellectual Property Consultants, Inc. seeks to present its Motion to Lift the Stay in Litigation as to all above-captioned defendants to the Court on Friday, April 11, 2008 at 10:00 a.m.

|  |  |
|---|---|
| | *[signature]* |
| | Frederick L. Cottrell, III, Esq. (#2555) |
| OF COUNSEL: | cottrell@rlf.com |
| Ronald J. Schutz, Esq. | Chad M. Shandler, Esq. (#3796) |
| Becky R. Thorson, Esq. | shandler@rlf.com |
| Annie Huang, Esq. | RICHARDS, LAYTON, & FINGER, P.A. |
| David B. Zucco, Esq. | One Rodney Square |
| ROBINS, KAPLAN, MILLER & | P.O. Box 551 |
| CIRESI L.L.P. | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 651-7700 |
| 800 LaSalle Avenue | **ATTORNEYS FOR ST. CLAIR** |
| Minneapolis, MN 55402 | **INTELLECTUAL PROPERTY** |
| (612) 349-8500 | **CONSULTANTS, INC.** |

Dated: March 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**PLAINTIFF ST. CLAIR'S MOTION TO LIFT THE STAY IN LITIGATION
AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully moves this Court for an Order lifting the current stay in litigation. In support hereof, St. Clair avers as follows:

1.  On November 2, 2006, this Court granted St. Clair's Unopposed Motion to Stay Action (D.I. 19) and stayed the above-captioned case until further order of the Court, stating that any party may file a written application seeking to reopen the action (D.I. 20).

RLF1-3258772-1

2.  In its Unopposed Motion to Stay Action, St. Clair identified two related actions that had been stayed by this Court (*St. Clair v. Samsung Electronics Co.*, C.A. No. 04-1436-JJF, and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273-JJF). These two related actions were stayed by this Court pending resolution of the patent ownership dispute between St. Clair and Eastman Kodak Company ("Kodak") in *Eastman Kodak Co. v. Speasl*, Case No. 05-39164 (Cal. Sup. Ct.) (formerly styled *Mirage Sys., Inc. v. Speasl*).

3.  Trial proceedings commenced in the *Eastman Kodak Co. v. Speasl* case in January 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. (Ex. A.) The memorandum of understanding provides for the resolution of all claims between St. Clair and Kodak regarding the Roberts Patents. (*Id.*) The parties are now engaged in drafting the final settlement agreements and licenses. (*Id.*)

4.  Pursuant to Local Rule 7.1.2, St. Clair waives its right to file an opening brief in support of this motion. St. Clair reserves the right to file a reply brief, however, should any of the Defendants file an answering brief in opposition to St. Clair's motion.

**NOW, THEREFORE**, St. Clair respectfully requests that this Court immediately lift the stay in litigation.

| | |
|---|---|
| OF COUNSEL:<br>Ronald J. Schutz, Esq.<br>Becky R. Thorson, Esq.<br>Annie Huang, Esq.<br>David B. Zucco, Esq.<br>ROBINS, KAPLAN, MILLER &<br>CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br>Dated: March 3, 2008 | Frederick L. Cottrell, III, Esq. (#2555)<br>cottrell@rlf.com<br>Chad M. Shandler, Esq. (#3796)<br>shandler@rlf.com<br>RICHARDS, LAYTON, & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>**ATTORNEYS FOR ST. CLAIR**<br>**INTELLECTUAL PROPERTY**<br>**CONSULTANTS, INC.** |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LG ELECTRONICS, INC., LG ELECTRONICS )<br>U.S.A., INC., LG ELECTRONICS )<br>MOBILECOMM U.S.A., INC., MOTOROLA, )<br>INC., PALM, INC., SANYO ELECTRIC CO., )<br>LTD., SANYO NORTH AMERICA )<br>CORPORATION, CONCORD CAMERA )<br>CORPORATION, KYOCERA WIRELESS )<br>CORPORATION, VIVITAR CORPORATION, )<br>PETTERS GROUP WORLDWIDE, L.L.C., )<br>POLAROID CONSUMER ELECTRONICS, L.L.C., )<br>POLAROID HOLDING COMPANY, POLAROID )<br>CORP., AIPTEK INTERNATIONAL INC., )<br>AIPTEK INC., HIGH TECH COMPUTER CORP., )<br>H.T.C. (B.V.I.) CORP., HTC USA INC., )<br>DEUTSCHE TELEKOM AG, T-MOBILE )<br>INTERNATIONAL AG & CO. KG and T-MOBILE )<br>U.S.A., INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-404-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008 I electronically filed Plaintiff St. Clair's Motion to Lift the Stay in Litigation and Certification Pursuant to Local Rule 7.1.1 with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of Plaintiff St. Clair's Motion to Lift the Stay in Litigation and Certification Pursuant to Local Rule 7.1.1 to be served on March 3, 2008 upon the following by first-class mail, postage paid:

RLF1-3258772-1

**For Aiptek International Inc. and Aiptek Inc.:**

Charlin Chen
Aiptek International Inc.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**

Scott L. Lampert
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc.:**

Hsin Wang
Patent Attorney, Legal Department
High Tech Computer Corp.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**

David C. Doyle
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**

Robert J. Gaybrick
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**For Motorola, Inc.:**

Russell E. Levine
Kirkland & Ellis L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601-6636

**For Palm, Inc.:**

Bob Booth
Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp. and Petters Group Worldwide, L.L.C.**

Russell E. Levine
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

**For Sanyo Electric Co., Ltd. and Sanyo North America**

Stuart Lubitz
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

**For T-MOBILE International AG & Co. KG, T-MOBILE U.S.A., Inc. and Deutsche Telekom AG**

Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**For VIVITAR Corporation**

Michael Miller, Esq.
General Counsel
Syntax-Brillian
1600 N. Desert Drive
Tempe, AZ 85281

/s/ signature

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

Dated: March 3, 2008

EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable Paul J. Luckern
Administrative Law Judge

|  |  |
|---|---|
| In the Matter of<br><br>CERTAIN DIGITAL CAMERAS AND<br>COMPONENT PARTS THEREOF | )<br>)<br>)<br>)  Inv. No. 337-TA-593<br>)<br>) |

## JOINT STATUS REPORT

Complainant St. Clair Intellectual Property Consultants, Inc. ("St. Clair") and Respondent Eastman Kodak Company ("Kodak") recognize that the Administrative Law Judge's initial determination in this Investigation is due February 21, 2008 and respectfully submit this report regarding the status of *Eastman Kodak Co. v. Speasl et al.*, No. 1-05-cv-039164, which is pending in the California Superior Court ("the California Action").

The California Court commenced trial proceedings in the California Action in January, 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. The memorandum of understanding between the parties in the California Action provides for the resolution of all claims between the parties regarding the Roberts Patents, including, but not limited to, the claims asserted in the matter before the International Trade Commission. The parties are now engaged in drafting the final settlement agreements and licenses. Although the parties are working to finalize the settlement and licensing documents as soon as possible, there is a possibility that the papers will not be finalized prior to February 21, 2008. Accordingly, the parties respectfully request that this Investigation remain stayed until the parties can submit a further status report to inform the ALJ of any subsequent developments when settlement and licensing documents are finalized.

Respectfully submitted,

*/s/ Michael D. Esch*

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Michael D. Esch
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6420
Fax: (202) 663-6363

S. Calvin Walden
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Eric J. Ward
WARD NORRIS HELLER & REIDY LLP
300 State Street
Rochester, NY 14614
Tel: (585) 454-0700
Fax: (585) 423-5910

*Counsel for Respondent Eastman Kodak Company*

*/s/ David B. Zucco/BY PERMISSION*

Louis S. Mastriani
Ian A. Taronji
Adduci Mastriani & Schaumberg LLP
1200 Seventeenth Street, N.W., Fifth Floor
Washington, D.C. 20036
(202) 467-6300

- 2 -

Ronald J. Schutz (PTO No. 32491; MN Bar No. 4130849)
Becky R. Thorson (MN Bar No. 254861)
Carrie M. Lambert (MN Bar No. 314067)
Bruce D. Manning (MN Bar No. 0312289)
David B. Zucco (MN Bar No. 0339799)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

*Counsel for Complainant St. Clair Intellectual Property Consultants, Inc.*

DATED: February 14, 2008

*In the Matter of CERTAIN DIGITAL CAMERAS AND COMPONENT PARTS THEREOF,*
Inv. No. 337-TA-593

U.S. International Trade Commission; Before the Honorable Paul J. Luckern

### CERTIFICATE OF SERVICE

I, Michael D. Esch, hereby certify that copies of the foregoing **JOINT STATUS REPORT** were filed with the Commission Secretary and served upon the following parties as indicated below on this 14th day of February, 2008.

The Honorable Marilyn R. Abbott
Secretary
U.S. International Trade Commission
500 E Street, S.W., Room 112
Washington, DC 20436
**(VIA ELECTRONIC FILING)**

Hon. Paul J. Luckern
Administrative Law Judge
U.S. International Trade Commission
500 E Street, S.W., Suite 317
Washington, DC 20436
**(VIA HAND DELIVERY – 2 copies)**

David O. Lloyd, Esq.
Investigative Attorney
U.S. International Trade Commission
500 E Street, S.W., Room 401-M
Washington, DC 20436
**(VIA HAND DELIVERY AND
ELECTRONIC MAIL (pdf copy))**

**On Behalf of Complainant:**
Ronald J. Schutz, Esq.
Becky Thorson, Esq.
Carrie Lambert, Esq.
Bruce Manning, Esq.
David Zucco, Esq.
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
**(VIA ELECTRONIC MAIL (pdf copy))**

Louis Mastriani, Esq.
Ian Taronji, Esq.
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, NW
Washington, DC 20036
**(VIA HAND DELIVERY AND
ELECTRONIC MAIL (pdf copy))**

_Michael D. Esch_
Michael D. Esch

USIDOCS 6052137v3

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Delaware Local Rule 7.1.1, counsel for Plaintiff St. Clair has consulted with counsel for Defendants concerning the subject matter of this motion. As of the filing of the Motion, all Defendants have not consented to the relief sought by this Motion. Accordingly, the Motion is deemed opposed, and Plaintiff requests that the Court entertain the Motion on the date noticed.

Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-3258772-1