IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>                Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER LECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG. AND T-MOBILE U.S.A., INC.,<br><br>                Defendants. | Civil Action No. 06-404-JJF |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk of Bayard, P.A. as counsel for defendants LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Mobilecomm USA, Inc. in this matter.

{00759971;v1}

March 12, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendants,
LG ELECTRONICS INC.,
LG ELECTRONICS USA, INC.,
LG ELECTRONICS MOBILECOMM USA, INC.

OF COUNSEL:

Anthony C. Roth, Esquire
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 739-5188

{00759971;v1}

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on March 12, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III
Chad Michael Shandler
Gregory Erich Stuhlman
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00759976;v1}