## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-404 (JJF) |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A, INC. MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### OPPOSITION OF DEFENDANTS MOTOROLA, INC., PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, AND POLAROID CORP. TO PLAINTIFF ST. CLAIR'S MOTION TO LIFT STAY OF LITIGATION

This Court should deny the motion of Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") to lift the stay of litigation in this case. It would be premature to lift the stay at this time, because the California ownership dispute over the patents-in-suit is not yet over. In support of this opposition, defendants Motorola, Inc., Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, and Polaroid Corp. state the following:

This Court granted a stay of this case on November 2, 2006. The stay was based upon stays in other litigation before this Court, namely *St. Clair v. Samsung Electronics Co.*, Civil Action No. 04-1436 (JJF), and *St. Clair v. Mirage Systems, Inc.*, Civil Action No. 05-273 (JJF). Those stays were based in turn upon pending litigation in *Eastman Kodak Co. v. Speasl*, Case No. 05-39164 (Cal. Sup. Ct.) (formerly *Mirage Systems, Inc.  v. Speasl*) -- which is an ownership dispute regarding the patents-in-suit ("the California litigation").

The California litigation is not yet resolved, and the California court has not dismissed it. Although Eastman Kodak Co. ("Kodak") and St. Clair allegedly have signed a Memorandum of Understanding, the terms have not been disclosed, nor has a copy been provided, to any of the defendants in this case. Significantly, no final settlement agreement has been reached and the possibility exists that the California litigation could resume. Indeed, California Rule of Court 3.1385(b) requires the dismissal of a case 45 days after the court receives notice of settlement, unless good cause is shown why the case should not be dismissed. The court, however, has not yet dismissed the case. In fact, the court held a hearing on March 13, 2008, and decided not to dismiss at that time. The California court has set another status hearing for April 17, 2008. (*See* Ex. A, March 14, 2008 Letter from Michael Summersgill to Melody Drummond-Hansen.)

Thus, it would be premature to lift the stay at this time. St. Clair's motion should be denied.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_(signature)_

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorney for Defendants Motorola, Inc.,*
*Petters Group Worldwide, L.L.C.,*
*Polaroid Consumer Electronics, L.L.C.,*
*Polaroid Holding Company, and Polaroid Corp.*

March 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed foregoing with the

Clerk of Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Chad M. Shandler, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.

I further certify that copies of the foregoing Opposition were served on March 18,

2007 in the manner indicated to:

**For Plaintiff St. Clair Intellectual Property Consultants, Inc.:**
Frederick L. Cottrell, III, Esquire                      *VIA HAND DELIVERY*
Chad M. Shandler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., Inc.:**
Richard D. Kirk, Esquire                                 *VIA HAND DELIVERY*
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

**For Aiptek International Inc. and Aiptek Inc.:**
Charlin Chen                                             *VIA FIRST CLASS MAIL*
AIPTEK INTERNATIONAL INC.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
Scott L. Lampert                                         *VIA FIRST CLASS MAIL*
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp.,
and HTC USA Inc:**
Hsin Wang, Esquire                                              *VIA FIRST CLASS MAIL*
Patent Attorney, Legal Department
HIGH TECH COMPUTER CORP.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
David C. Doyle, Esquire                                         *VIA FIRST CLASS MAIL*
MORRISON & FOERSTER
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For Palm, Inc.:**
Bob Booth                                                       *VIA FIRST CLASS MAIL*
PALM, INC.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Sanyo Electric Co., Ltd. and Sanyo North America:**
Stuart Lubitz, Esquire                                          *VIA FIRST CLASS MAIL*
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For T-MOBILE International AG & Co. KG,
T-MOBILE U.S.A., Inc. and Deutsche Telekom AG:**
Steven M. Bauer, Esquire                                        *VIA FIRST CLASS MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**For VIVITAR Corporation:**
Michael Miller, Esquire                                         *VIA FIRST CLASS MAIL*
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AZ 85281

Jack B. Blumenfeld (#1014)

# EXHIBIT A

WILMERHALE

Michael J. Summersgill

+1 617 526 6261 (t)
+1 617 526 5000 (t)
michael.summersgill@wilmerhale.com

March 14, 2008

**VIA EMAIL AND U.S. MAIL**

Melody Drummond-Hansen, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Re: *St. Clair Intellectual Property Consultants, Inc. v. LG Electronics, Inc.* (D. Del.); *Eastman Kodak Company v. Speasl*, 1:05-cv-039164 (Cal. Super.)

Dear Melody:

We understand that St. Clair Intellectual Property Consultants, Inc. ("St. Clair") sent a letter to Motorola on February 20, 2008 indicating that the *Kodak v. Speasl* litigation concerning the ownership of the Roberts Patents is now resolved. We further understand that St. Clair has moved to lift the stays of the *St. Clair v. LG* and *St. Clair v. Samsung* actions. Although the parties have agreed in principle to settle the case, final settlement papers have not yet been executed, and St. Clair has not yet agreed to terms that Kodak believes are fundamental to the resolution of the dispute. Until St. Clair agrees to these terms, Kodak's position is that there is not a final settlement. *See Weddington Productions, Inc. v. Flick*, 60 Cal. App. 4th 793, 797 (1998) (holding that, where there was no "meeting of the minds" as to a material term of memorandum of understanding, memorandum was not an enforceable settlement agreement). Because the final settlement terms have not yet been resolved, the California Superior Court declined St. Clair's request to dismiss the ownership case at a March 13, 2008 status conference and scheduled another status conference for April 17, 2008.

Very truly yours,

Michael J. Summersgill

cc: Becky Thorson, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing    Berlin    Boston    Brussels    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

US1DOCS 6596298v1