IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A, INC. MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC.,<br><br>    Defendants. | C.A. No. 06-404 (JJF) |

### RULE 7.1 STATEMENT OF DEFENDANT MOTOROLA, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola, Inc. ("Motorola") submits the following corporate disclosure statement:

Motorola has no parent corporation, and no publicly held corporation owns 10% or more of Motorola stock. However, more than 10% of Motorola's stock is owned by privately held Dodge & Cox, 555 California Street, 40th Floor, San Francisco, CA 94104.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jack B. Blumenfeld*
                                      Jack B. Blumenfeld (#1014)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com

                                        *Attorney for Defendant Motorola, Inc.*

March 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Chad M. Shandler, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.

I further certify that copies of the foregoing Opposition were served on March 18, 2007 in the manner indicated to:

**For Plaintiff St. Clair Intellectual Property Consultants, Inc.:**  *VIA HAND DELIVERY*
Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**  *VIA HAND DELIVERY*
Richard D. Kirk, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

**For Aiptek International Inc. and Aiptek Inc.:**  *VIA FIRST CLASS MAIL*
Charlin Chen
AIPTEK INTERNATIONAL INC.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**  *VIA FIRST CLASS MAIL*
Scott L. Lampert
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc:**
Hsin Wang, Esquire     *VIA FIRST CLASS MAIL*
Patent Attorney, Legal Department
HIGH TECH COMPUTER CORP.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
David C. Doyle, Esquire     *VIA FIRST CLASS MAIL*
MORRISON & FOERSTER
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For Palm, Inc.:**
Bob Booth     *VIA FIRST CLASS MAIL*
PALM, INC.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Sanyo Electric Co., Ltd. and Sanyo North America:**
Stuart Lubitz, Esquire     *VIA FIRST CLASS MAIL*
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For T-MOBILE International AG & Co. KG, T-MOBILE U.S.A., Inc. and Deutsche Telekom AG:**
Steven M. Bauer, Esquire     *VIA FIRST CLASS MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**For VIVITAR Corporation:**
Michael Miller, Esquire     *VIA FIRST CLASS MAIL*
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AZ 85281

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)