IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-404 (JJF) |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A, INC. MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**RULE 7.1 STATEMENT OF DEFENDANTS POLAROID
CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY,
POLAROID CORP., AND PETTERS GROUP WORLDWIDE L.L.C.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., and Petters Group Worldwide, L.L.C. (collectively the "Polaroid Defendants") submit the following corporate disclosure statement:

Defendant Polaroid Corp. is owned by Polaroid Holding Company and Petters Group Worldwide, LLC. Polaroid Consumer Electronics, LLC is owned by Polaroid Holding

Company and Petters Group Worldwide, LLC. Polaroid Holding Company is wholly owned by Petters Group Worldwide, L.L.C. Petters Group Worldwide, L.L.C. has no parent company.

No publicly held corporation owns 10% or more of the stock of any Polaroid Defendant company.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorney for Defendants Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, and Polaroid Corp.*

March 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Chad M. Shandler, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.

I further certify that copies of the foregoing Opposition were served on March 18, 2007 in the manner indicated to:

**For Plaintiff St. Clair Intellectual Property Consultants, Inc.:**
Frederick L. Cottrell, III, Esquire                                    *VIA HAND DELIVERY*
Chad M. Shandler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**
Richard D. Kirk, Esquire                                               *VIA HAND DELIVERY*
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

**For Aiptek International Inc. and Aiptek Inc.:**
Charlin Chen                                                           *VIA FIRST CLASS MAIL*
AIPTEK INTERNATIONAL INC.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
Scott L. Lampert                                                       *VIA FIRST CLASS MAIL*
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

| | |
|---|---|
| **For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc:** | |
| Hsin Wang, Esquire<br>Patent Attorney, Legal Department<br>HIGH TECH COMPUTER CORP.<br>23 Hsin Hua Rd., Taoyuan 330,<br>Taiwan (R.O.C.) | *VIA FIRST CLASS MAIL* |
| **For Kyocera Wireless Corporation:** | |
| David C. Doyle, Esquire<br>MORRISON & FOERSTER<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | *VIA FIRST CLASS MAIL* |
| **For Palm, Inc.:** | |
| Bob Booth<br>PALM, INC.<br>950 West Maude Avenue<br>Sunnyvale, CA 94085 | *VIA FIRST CLASS MAIL* |
| **For Sanyo Electric Co., Ltd. and Sanyo North America:** | |
| Stuart Lubitz, Esquire<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067 | *VIA FIRST CLASS MAIL* |
| **For T-MOBILE International AG & Co. KG, T-MOBILE U.S.A., Inc. and Deutsche Telekom AG:** | |
| Steven M. Bauer, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600 | *VIA FIRST CLASS MAIL* |
| **For VIVITAR Corporation:** | |
| Michael Miller, Esquire<br>General Counsel<br>SYNTAX-BRILLIAN<br>1600 N. Desert Drive<br>Tempe, AZ 85281 | *VIA FIRST CLASS MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)