IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYTO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER LECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG. AND T-MOBILE U.S.A., INC.,<br><br>Defendants. | Civil Action No. 06-404-JJF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Anthony C. Roth of Morgan, Lewis & Bockius LLP to represent LG Electronics, Inc., LG Electronics U.S.A., Inc., and L G Electronics Mobilecomm U.S.A., Inc., in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

March 18, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendants,
LG ELECTRONICS INC.,
LG ELECTRONICS USA, INC.,
LG ELECTRONICS MOBILECOMM USA, INC.

OF COUNSEL:

Anthony C. Roth, Esquire
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 739-5188

SO ORDERED, this _____ day of March, 2008.

_____
United States District Judge

{00768761;v1}

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: March 17, 2008

/s/ Anthony C. Roth
Anthony C. Roth
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-739-5188

Counsel for LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 18, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III
Chad Michael Shandler
Gregory Erich Stuhlman
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00759976;v1}