IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-404 (JJF) |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A, INC. MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance for defendants Motorola, Inc., Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company and Polaroid Corp.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorney for Defendants Motorola, Inc.,
Petters Group Worldwide, L.L.C.,
Polaroid Consumer Electronics, L.L.C.,
Polaroid Holding Company, and Polaroid Corp.*

March 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Chad M. Shandler, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.

I further certify that copies of the foregoing Opposition were served on March 18, 2007 in the manner indicated to:

**For Plaintiff St. Clair Intellectual Property Consultants, Inc.:**

Frederick L. Cottrell, III, Esquire                                *VIA HAND DELIVERY*
Chad M. Shandler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**

Richard D. Kirk, Esquire                                           *VIA HAND DELIVERY*
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anthony C. Roth, Esquire                                           *VIA FIRST CLASS MAIL*
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

**For Aiptek International Inc. and Aiptek Inc.:**

Charlin Chen                                                       *VIA FIRST CLASS MAIL*
AIPTEK INTERNATIONAL INC.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
Scott L. Lampert                                            *VIA FIRST CLASS MAIL*
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp.,
and HTC USA Inc:**
Hsin Wang, Esquire                                          *VIA FIRST CLASS MAIL*
Patent Attorney, Legal Department
HIGH TECH COMPUTER CORP.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
David C. Doyle, Esquire                                     *VIA FIRST CLASS MAIL*
MORRISON & FOERSTER
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For Palm, Inc.:**
Bob Booth                                                   *VIA FIRST CLASS MAIL*
PALM, INC.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Sanyo Electric Co., Ltd. and Sanyo North America:**
Stuart Lubitz, Esquire                                      *VIA FIRST CLASS MAIL*
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For T-MOBILE International AG & Co. KG,
T-MOBILE U.S.A., Inc. and Deutsche Telekom AG:**
Steven M. Bauer, Esquire                                    *VIA FIRST CLASS MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**For VIVITAR Corporation:**
Michael Miller, Esquire
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AZ 85281

*VIA FIRST CLASS MAIL*

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)