IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-404 (JJF) |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants T-Mobile USA, Inc., T-Mobile International AG, and Deutsch Telekom AG, state as follows:

Defendant T-Mobile USA, Inc. is a wholly owned subsidiary of T-Mobile Global Holding GmbH, a German entity which in turn is a wholly owned subsidiary of Defendant T-Mobile International & Co. AG, a German entity which in turn is a wholly owned subsidiary of Defendant Deutsche Telekom AG, a German entity.

1

Deutsche Telecom AG is a publicly traded company, and no publicly held corporation holds

10% or more of its stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com


Steven M. Bauer
Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for T-Mobile International AG & Co. KG,*
*T-Mobile U.S.A., Inc. and Deutsche Telekom AG*

Dated: March 20, 2007

2