## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | C.A. No. 06-404 (JJF) |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A, INC. MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Russell E. Levine, P.C. of KIRKLAND & ELLIS LLP, 200 East Randolph Drive,

Chicago, IL  60601-6636 and Melody Drummond-Hansen of KIRKLAND & ELLIS LLP, 655

Fifteenth Street, N.W., Washington, DC  20005-5793 to represent defendants Motorola, Inc.,

Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding

Company and Polaroid Corp. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorney for Defendants Motorola, Inc.,
Petters Group Worldwide, L.L.C.,
Polaroid Consumer Electronics, L.L.C.,
Polaroid Holding Company, and Polaroid Corp.*

March 31, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Russell

E. Levine and Melody Drummond-Hansen is granted.

Dated: _____          _____
                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: ___3/28/08___

_____

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/28/08

Melody Drummond-Hansen
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
(202) 879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed foregoing with the

Clerk of Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Chad M. Shandler, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.

I further certify that copies of the foregoing Opposition were served on March 31,

2007 in the manner indicated to:

**For Plaintiff St. Clair Intellectual Property Consultants, Inc.:**
Frederick L. Cottrell, III, Esquire                  *VIA HAND DELIVERY*
Chad M. Shandler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., Inc.:**
Richard D. Kirk, Esquire                  *VIA HAND DELIVERY*
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anthony C. Roth, Esquire                  *VIA FIRST CLASS MAIL*
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

**For Aiptek International Inc. and Aiptek Inc.:**
Mr. Charlin Chen                  *VIA FIRST CLASS MAIL*
AIPTEK INTERNATIONAL INC.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
Scott L. Lampert, Esquire                    *VIA FIRST CLASS MAIL*
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp.,**
**and HTC USA Inc:**
Hsin Wang, Esquire                           *VIA FIRST CLASS MAIL*
Patent Attorney, Legal Department
HIGH TECH COMPUTER CORP.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
David C. Doyle, Esquire                      *VIA FIRST CLASS MAIL*
MORRISON & FOERSTER
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For Palm, Inc.:**
Mr. Bob Booth                                *VIA FIRST CLASS MAIL*
PALM, INC.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Sanyo Electric Co., Ltd. and Sanyo North America:**
Stuart Lubitz, Esquire                       *VIA FIRST CLASS MAIL*
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For T-MOBILE International AG & Co. KG,**
**T-MOBILE U.S.A., Inc. and Deutsche Telekom AG:**
Steven M. Bauer, Esquire                     *VIA FIRST CLASS MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**For VIVITAR Corporation:**
Michael Miller, Esquire
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AZ 85281

*VIA FIRST CLASS MAIL*

Jack B. Blumenfeld (#1014)