IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. ) ) ) ) Plaintiff, ) ) v. ) ) LG ELECTRONICS, INC., LG ELECTRONICS ) U.S.A., INC., LG ELECTRONICS ) MOBILECOMM U.S.A., INC., MOTOROLA, ) INC., PALM, INC., SANYO ELECTRIC CO., ) LTD., SANYO NORTH AMERICA ) CORPORATION, CONCORD CAMERA ) CORPORATION, KYOCERA WIRELESS ) CORPORATION, VIVITAR CORPORATION, ) PETTERS GROUP WORLDWIDE, L.L.C., ) POLAROID CONSUMER ELECTRONICS, ) L.L.C., POLAROID HOLDING COMPANY, ) POLAROID CORP., AIPTEK ) INTERNATIONAL, INC., AIPTEK INC., HIGH ) TECH COMPUTER CORP., H.T.C. (B.V.I.) ) CORP., HTC USA INC., DEUTSCHE ) TELEKOM AG, T-MOBILE INTERNATIONAL ) AG & CO. KG and T-MOBILE U.S.A., INC., ) ) Defendants. ) | Civil Action No. 06-404 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Kimberly A. Mottley of Proskauer Rose LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Dated: April 8, 2008

*Attorneys for Deutsche Telekom AG, T-Mobile International AG & Co. KG and T-Mobile U.S.A., Inc.*

SO ORDERED this ___ day of _____, 2008 that counsel's motion for the admission pro hac vice of Kimberly A. Mottley is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, State of Massachusetts and State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Kimberly A. Mottley
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
(617) 526-9700

Dated: April 8, 2008