IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | C.A. No. 06-404-JJF |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS  MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORAITON, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORAITON, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, LLC., POLAROID CONSUMER ELECTRONICS., L.L.C., POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V. I) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG AND T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David C. Doyle, Esquire, M. Andrew Woodmansee, Esquire and Gregory W. Reilly, Esquire of Morrison & Foerster, LLP to represent defendant Kyocera Wireless Corporation in this matter.  Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

OF COUNSEL:

_Karen E. Keller_

MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Greg Reilly
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100
ddoyle@mofo.com

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801
 (302) 571-6600
kkeller@ycst.com

Dated: April 18, 2008

*Attorneys for KYOCERA WIRELESS CORP.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of April, 2008, that counsel's motion for

admission pro hac vice of David C. Doyle, Esquire, M. Andrew Woodmansee, Esquire and

Gregory W. Reilly, Esquire is granted.

_____
United States District Judge

DB02:6754725.1                                                                     900002.0008

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | Civil Action No. 06-404-JJF |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC. , SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V. I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG AND T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, David C. Doyle, Esquire, certify that I am eligible for

admission to this Court, am admitted, practicing and in good standing as a member of the Bar of

the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this action.  I

also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing

Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

1

sd-418664

$25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 4/1/08                                    MORRISON & FOERSTER LLP

                                                 By: _David C. Doyle_____
                                                     David C. Doyle
                                                     DDoyle@mofo.com
                                                     Morrison & Foerster LLP
                                                     12531 High Bluff Drive, Suite 100
                                                     San Diego, California  92130-2040
                                                     Telephone:    858.720 5100
                                                     Facsimile:    858.720.5125

                                                 Attorneys for KYOCERA WIRELESS
                                                 CORP.

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | Civil Action No. 06-404-JJF |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC. , SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL, INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V. I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG AND T-MOBILE U.S.A., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, M. Andrew Woodmansee, Esquire, certify that I am

eligible for admission to this Court, am admitted, practicing and in good standing as a member of

the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of

this action. I also certify I am generally familiar with this Court's Local Rules. In accordance

with Standing Order for District Court Fund effective January 1, 2005, I further certify that the

annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee

payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: _____April 8, 2008_____          MORRISON & FOERSTER LLP

By: _____

M. Andrew Woodmansee
mawoodmansee@mofo.com
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:    858.720 5100
Facsimile:    858.720.5125

Attorneys for KYOCERA WIRELESS
CORP.

2

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY          )        Civil Action No. 06-404-JJF
CONSULTANTS, INC.                        )
                                         )
                Plaintiff,               )
                                         )        JURY TRIAL DEMANDED
        v.                               )
                                         )
LG ELECTRONICS, INC., LG                 )
ELECTRONICS U.S.A., INC., LG             )
ELECTRONICS MOBILECOMM U.S.A.,           )
INC., MOTOROLA, INC., PALM, INC.,        )
SANYO ELECTRIC CO., LTD., SANYO          )
NORTH AMERICA CORPORATION,               )
CONCORD CAMERA CORPORATION,              )
KYOCERA WIRELESS CORPORATION,            )
VIVITAR CORPORATION, PETTERS             )
GROUP WORLDWIDE, L.L.C., POLAROID        )
CONSUMER ELECTRONICS, L.L.C.,            )
POLAROID HOLDING COMPANY,                )
POLAROID CORP., AIPTEK                   )
INTERNATIONAL, INC., AIPTEK INC.,        )
HIGH TECH COMPUTER CORP., H.T.C.         )
(B.V. I.) CORP., HTC USA INC.,           )
DEUTSCHE TELEKOM AG, T-MOBILE            )
INTERNATIONAL AG & CO. KG AND T-         )
MOBILE U.S.A., INC.,                     )
                                         )
                Defendants.              )

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Gregory W. Reilly, Esquire, certify that I am eligible for

admission to this Court, am admitted, practicing and in good standing as a member of the Bar of

the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this action.  I

also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing

Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

$25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 9, 2008                    MORRISON & FOERSTER LLP

                                        By: _____
                                             Gregory W. Reilly
                                             GReilly@mofo.com
                                             Morrison & Foerster LLP
                                             12531 High Bluff Drive, Suite 100
                                             San Diego, California 92130-2040
                                             Telephone:    858.720 5100
                                             Facsimile:     858.720.5125

                                        Attorneys for KYOCERA WIRELESS
                                        CORP.

2

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on April 18, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Gregory E. Stuhlman, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899-5130

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Melanie K. Sharp, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

I further certify that on April 18, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT
&  TAYLOR, LLP

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

2