# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

Direct Dial
(302) 651-7836
SHANDLER@RLF.COM

May 15, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

> Re:     *St. Clair v. L.G. Electronics, et al.,*
>          **C.A. No. 06-404-JJF**

Dear Judge Farnan:

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully submits this letter in response to Defendants' joint letter filed in this action on May 28, 2008. As St. Clair informed Your Honor on May 16, 2008, there is no longer any basis for staying the case, as all of the pending matters among St. Clair, Eastman Kodak Company, Mirage Systems, Inc. and the inventors of the Roberts Patents, including the California action, are resolved and each of the points raised in Defendants' opposition papers has now been addressed. In light of Defendants' continued opposition and the new arguments made in Defendants' May 28, 2008 letter, however, St. Clair will renew its motion to lift the stay of the case and notice the hearing for the Court's July Motion Day. Consistent with the Court's directive at the April 11, 2008 hearing, St. Clair will submit a letter memorandum to update its present papers and respond to Defendants' new arguments by June 6, 2008.

Respectfully submitted ,

Chad M. Shandler

CMS:ps
cc:     Clerk of Court (via e-filing)
        Attached Service List

RLF1-3288215-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008 I electronically filed the foregoing letter with the

Clerk of the Court using CM/ECF.

I further certify that I caused copies of the foregoing letter to be served on May 30, 2008

in the manner indicated to:

**For Aiptek International Inc. and Aiptek Inc.:**
**VIA First Class Mail**
Charlin Chen
Aiptek International Inc.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
**VIA First Class Mail**
Scott L. Lampert
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL 33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc.:**
**VIA First Class Mail**
Hsin Wang
Patent Attorney, Legal Department
High Tech Computer Corp.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
**VIA First Class Mail**
David C. Doyle
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**
**VIA Hand Delivery**
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue
P.O. Box 900
Wilmington, DE 19801

**VIA First Class Mail**
Anthony C. Roth
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**For Motorola, Inc., Petters Group Worldwide, LLC, Polaroid Consumer Electronics, LLC, Polaroid Holding Company and Polaroid Corp.:**
**VIA Hand Delivery**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, L.L.P.
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**For Palm, Inc.:**
**VIA First Class Mail**
Bob Booth
Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA  94085

**For Sanyo Electric Co., Ltd. and Sanyo**
**North America Corporation:**
**VIA Hand Delivery**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

**VIA First Class Mail**
Stuart Lubitz
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

**For Deutsche Telekom AG, T-Mobile**
**International AG & Co. KG and**
**T-Mobile U.S.A., Inc.:**
**VIA Hand Delivery**
Melanie K. Sharp
Chad S.C. Stover
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801

**VIA First Class Mail**
Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA  02110

**For Vivitar Corporation:**
**VIA First Class Mail**
Michael Miller
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AX  85281

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR**
**INTELLECTUAL PROPERTY**
**CONSULTANTS, INC.**

RLF1-3266335-1