IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LG ELECTRONICS, INC., LG ELECTRONICS )<br>U.S.A., INC., LG ELECTRONICS MOBILECOMM )<br>U.S.A., INC., MOTOROLA, INC., PALM, INC., )<br>SANYO ELECTRIC CO., LTD., SANYO NORTH )<br>AMERICA CORPORATION, CONCORD CAMERA )<br>CORPORATION, KYOCERA WIRELESS )<br>CORPORATION, VIVITAR CORPORATION, )<br>PETTERS GROUP WORLDWIDE, L.L.C., )<br>POLAROID CONSUMER ELECTRONICS, L.L.C., )<br>POLAROID HOLDING COMPANY, POLAROID )<br>CORP., AIPTEK INTERNATIONAL INC., AIPTEK )<br>INC., HIGH TECH COMPUTER CORP., H.T.C. )<br>(B.V.I.) CORP., HTC USA INC., DEUTSCHE )<br>TELEKOM AG, T-MOBILE INTERNATIONAL AG )<br>& CO. KG and T-MOBILE U.S.A., INC., )<br>)<br>Defendants. ) | Civil Action No. 06-404-JJF<br><br>**JURY TRIAL DEMANDED** |

## RE-NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached Certificate of Service:

PLEASE TAKE NOTICE that Plaintiff St. Clair Intellectual Property Consultants, Inc. hereby renews its *Motion to Lift the Stay in Litigation* as to the above-captioned defendants (the "Motion"), and seeks to present the Motion to the Court on Friday, **July 11, 2008 at 10:00 a.m.**

|  |  |
|---|---|
| | *[signature]* |
| | Frederick L. Cottrell, III, Esq. (#2555) |
| | cottrell@rlf.com |
| | Chad M. Shandler, Esq. (#3796) |
| OF COUNSEL: | shandler@rlf.com |
| Ronald J. Schutz, Esq. | RICHARDS, LAYTON, & FINGER, P.A. |
| Becky R. Thorson, Esq. | One Rodney Square |
| Annie Huang, Esq. | P.O. Box 551 |
| David B. Zucco, Esq. | Wilmington, DE 19899 |
| ROBINS, KAPLAN, MILLER & | (302) 651-7700 |
| CIRESI L.L.P. | |
| 2800 LaSalle Plaza | **ATTORNEYS FOR ST. CLAIR** |
| 800 LaSalle Avenue | **INTELLECTUAL PROPERTY** |
| Minneapolis, MN 55402 | **CONSULTANTS, INC.** |
| (612) 349-8500 | |

Dated: June 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I electronically filed the foregoing Re-Notice of Motion with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of the foregoing letter to be served on June 6, 2008 in the manner indicated to:

**For Aiptek International Inc. and Aiptek Inc.:**
**VIA First Class Mail**
Charlin Chen
Aiptek International Inc.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
**VIA First Class Mail**
Scott L. Lampert
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL  33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc.:**
**VIA First Class Mail**
Hsin Wang
Patent Attorney, Legal Department
High Tech Computer Corp.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
**VIA First Class Mail**
David C. Doyle
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**
**VIA Hand Delivery**
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue
P.O. Box 900
Wilmington, DE  19801

**VIA First Class Mail**
Anthony C. Roth
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004

**For Motorola, Inc.,**
**Petters Group Worldwide, LLC, Polaroid Consumer Electronics, LLC, Polaroid Holding Company and Polaroid Corp.:**
**VIA Hand Delivery**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, L.L.P.
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

**For Palm, Inc.:**
**VIA First Class Mail**
Bob Booth
Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Sanyo Electric Co., Ltd. and Sanyo North America Corporation:**
**VIA Hand Delivery**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA First Class Mail**
Stuart Lubitz
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For Deutsche Telekom AG, T-Mobile International AG & Co. KG and T-Mobile U.S.A., Inc.:**
**VIA Hand Delivery**
Melanie K. Sharp
Chad S.C. Stover
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

**VIA First Class Mail**
Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA 02110

**For Vivitar Corporation:**
**VIA First Class Mail**
Michael Miller
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AX 85281

_/s/ signature_
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

2