IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HIGH TECH COMPUTER CORP., H.T.C. (B.V.I.) CORP., HTC USA INC., DEUTSCHE TELEKOM AG, T-MOBILE INTERNATIONAL AG & CO. KG and T-MOBILE U.S.A., INC., <br><br> Defendants. | C. A. No. 06-404 (JJF) |

## NOTICE OF DISMISSAL OF DEFENDANT MOTOROLA, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. voluntarily dismisses this action against Defendant Motorola, Inc.

OF COUNSEL:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: July 10, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III. (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON, & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of the foregoing letter to be served on July 10, 2008 in the manner indicated to:

**For Aiptek International Inc. and Aiptek Inc.:**
**VIA First Class Mail**
Charlin Chen
Aiptek International Inc.
No. 19, Industry E. Rd. 4
Science-Based Industrial Park, Hsin-Chu
Taiwan

**For Concord Camera Corporation:**
**VIA First Class Mail**
Scott L. Lampert
Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Ste. 650N
Hollywood, FL  33021

**For High Tech Computer Corp., H.T.C. (B.V.I.) Corp., and HTC USA Inc.:**
**VIA First Class Mail**
Hsin Wang
Patent Attorney, Legal Department
High Tech Computer Corp.
23 Hsin Hua Rd., Taoyuan 330,
Taiwan (R.O.C.)

**For Kyocera Wireless Corporation:**
**VIA First Class Mail**
David C. Doyle
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

**For LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc.:**
**VIA Hand Delivery**
Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue
P.O. Box 900
Wilmington, DE  19801

**VIA First Class Mail**
Anthony C. Roth
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004

**For Motorola, Inc., Petters Group Worldwide, LLC, Polaroid Consumer Electronics, LLC, Polaroid Holding Company and Polaroid Corp.:**
**VIA Hand Delivery**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, L.L.P.
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

**For Palm, Inc.:**
**VIA First Class Mail**
Bob Booth
Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

**For Sanyo Electric Co., Ltd. and Sanyo North America Corporation:**
**VIA Hand Delivery**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA First Class Mail**
Stuart Lubitz
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**For Deutsche Telekom AG, T-Mobile International AG & Co. KG and T-Mobile U.S.A., Inc.:**
**VIA Hand Delivery**
Melanie K. Sharp
Chad S.C. Stover
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

**VIA First Class Mail**
Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA 02110

**For Vivitar Corporation:**
**VIA First Class Mail**
Michael Miller
General Counsel
SYNTAX-BRILLIAN
1600 N. Desert Drive
Tempe, AX 85281

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

2