IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, KYOCERA SANYO TELECOM, INC., VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HTC CORPORATION, H.T.C. (B.V.I.) CORP., HTC AMERICA INC., and T-MOBILE U.S.A., INC.,<br><br>Defendants. | C.A. No. 06-404-JJF-LPS<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

Plaintiff St. Clair Intellectual Property Consultants, Inc., pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 21, respectfully moves the Court for leave to file a Third Amended Complaint. The grounds for this motion are set forth in Plaintiff's Memorandum in Support of Motion for Leave to File a Third Amended Complaint and the Declaration of Laura D. Hatcher, filed contemporaneously herewith.

Pursuant to D. Del. LR 15.1, the proposed Third Amended Complaint is attached hereto as Exhibit 1 and the form of the Third Amended Complaint indicating in what respect it differs from the Second Amended Complaint is attached hereto as Exhibit 2.

RLF1-3384845-1

*Of Counsel*:

Ronald J. Schutz
Becky R. Thorson
Carrie M. Lambert
Annie Huang
Seth A. Northrop
ROBINS, KAPLAN, MILLER
 & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Dated: April 6, 2009

/s/ Michelle E. Whalen
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Michelle E. Whalen (#5246)
whalen@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys For Plaintiff*
*St. Clair Intellectual Property Consultants, Inc.*

RLF1-3384845-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I further certify that I caused copies of the foregoing to be served on April 6, 2009 in the manner indicated to:

**VIA ELECTRONIC MAIL**

Michael Miller
General Counsel
Syntax Brillian
1600 N. Desert Drive
Tempe, AZ 85281

David H. Ben-Meir
Huan-Yi Lin
Hogan & Hartson
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90069

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Melanie K. Sharp
John W. Shaw
Karen Elizabeth Keller
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Steven M. Bauer
Kimberly A. Mottley
Proskauer Rose LLP
One International Place
Boston, MA 02110

David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
Morrison Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Gerard M. O'Rourke
Womble, Carlyle, Sandridge & Rice
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801

*Michelle E. Whalen*
Michelle E. Whalen (#5246)
whalen@rlf.com