IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, CONCORD CAMERA CORPORATION, KYOCERA WIRELESS CORPORATION, KYOCERA SANYO TELECOM, INC., VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, L.L.C., POLAROID CONSUMER ELECTRONICS, L.L.C., POLAROID HOLDING COMPANY, POLAROID CORP., AIPTEK INTERNATIONAL INC., AIPTEK INC., HTC CORPORATION, H.T.C. (B.V.I.) CORP., HTC AMERICA INC., and T-MOBILE U.S.A., INC.,<br><br>Defendants. | Civil Action No. 06-404-JJF-LPS<br><br>**JURY TRIAL DEMANDED** |

## <s>SECOND</s> THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") for its cause of action against Defendants Palm, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation, Concord Camera Corporation, Kyocera Wireless Corp., Kyocera Sanyo Telecom, Inc., Vivitar Corporation, Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company, Polaroid Corp., Aiptek International Inc., Aiptek Inc., HTC Corporation, H.T.C. (B.V.I.) Corp., HTC America Inc., and T-Mobile U.S.A., Inc. (collectively referred to as "the Defendants"), states and alleges as follows:

1. St. Clair is a Michigan corporation having its principal place of business at 16845 Kercheval Avenue, Suite Number Two, Grosse Pointe, Michigan 48230-1551.

1

2. Defendant Palm, Inc. is a Delaware corporation having its principal place of business at 950 West Maude Avenue, Sunnyvale, California 94085.

3. Defendant Sanyo Electric Co., Ltd., is a Japanese corporation having its principal place of business at 5-5 Keihan Hondori, 2-Chome Moriguchi, 570-8677, Osaka, Japan. Defendant Sanyo North America Corporation is a Delaware corporation having its principal place of business at 2055 Sanyo Avenue, San Diego, California 92154. These Defendants are collectively referred to as the "Sanyo Entities."

4. Defendant Concord Camera Corporation is a New Jersey corporation having its principal place of business at 4000 Hollywood Boulevard, Suite 650 North, Hollywood, Florida 33021.

5. Defendant Kyocera Wireless Corp. is a Delaware corporation having its principal place of business at 10300 Campus Point Drive, San Diego, CA 92121.

6. Defendant Kyocera Sanyo Telecom, Inc. is a Delaware corporation having its principal place of business at 21605 Plummer Street, Chatsworth, CA 91311.

7. Kyocera International, Inc., the immediate parent company for both Kyocera Wireless Corp. and Kyocera Sanyo Telecom, Inc., is the North American holding company for the Japan based Kyocera Corporation. Kyocera Corporation is both Kyocera Wireless Corp.'s and Kyocera Sanyo Telecom, Inc.'s ultimate parent company.

8. Defendant Vivitar Corporation is a California corporation having its principal place of business at 520 Graves Avenue, Oxnard, California 93030.

9. Defendant Polaroid Corp. is a Delaware corporation having its principal place of business at 1265 Main Street W2-2C, Waltham, Massachusetts 02451. Defendant Polaroid Holding Company is a Delaware corporation having its principal place of business at 1265 Main

80693921.1

Street W2-2C, Waltham, Massachusetts 02451. Defendant Petters Group Worldwide, L.L.C. is a Delaware limited liability company having its principal place of business at 4400 Baker Road, Suite 900, Minnetonka, Minnesota 55343. Defendant Polaroid Consumer Electronics L.L.C. (formerly Petters Consumer Brands, L.L.C.) is a Delaware limited liability company having its principal place of business at 4400 Baker Road, Suite 900, Minnetonka, Minnesota 55343. These Defendants are referred to herein as the "Polaroid Entities."

10. Defendant Aiptek International Inc. is a Taiwanese company, having its principal place of business at No. 19 Industry Road 4, Science Park, Hsinchu 300, Taiwan, Republic of China. Defendant Aiptek Inc. is a California corporation having its principal place of business at 51 Discovery, Suite 100, Irvine, California 92618. These Defendants are referred to herein as the "Aiptek Entities."

11. Defendant HTC Corporation (f/k/a High Tech Computer Corp.) is a Taiwanese company having its principal place of business at 23 Xinghua Road, Taoyuan City, Taoyuan County 330, Taiwan, Republic of China. Defendant H.T.C. (B.V.I) Corp. is a British Virgin Island corporation having its principal place of business at Caribbean Corporate Services Limited, Road Town, Virgin Islands UK. Defendant HTC America Inc. (f/k/a HTC USA Inc.) is a Texas corporation having its principal place of business at 13920 Southeast Eastgate Way, Suite 400, Bellevue, Washington 98005. These Defendants are referred to herein as the "HTC Entities."

12. Defendant T-Mobile U.S.A. Inc. is a Delaware corporation having its principal place of business at 12920 SE 38th Street, Bellevue, WA 98006.

13. This is an action for patent infringement arising under the Acts of Congress relating to patents, including Title 35 United States Code § 271 and §§ 281-285. This Court has

subject matter jurisdiction under the provisions of Title 28 United States Code § 1338(a), and venue with respect to the Defendants is properly within this district under the provisions of Title 28 United States Code § 1391(b) and (c) and § 1400(b). Personal jurisdiction over Defendants comports with the United States Constitution and 10 Del. C. § 3104 of the Delaware Code because Defendants have committed and continue to commit and have contributed and continue to contribute to acts of patent infringement in this district as alleged in this Complaint, and with respect to Palm, Inc., Sanyo North America Corporation, Kyocera Wireless Corp., Polaroid Corp., Polaroid Holding Company, Polaroid Consumer Electronics, L.L.C., Petters Group Worldwide, L.L.C., and T-Mobile U.S.A., Inc. because they are citizens of this state.

14. On August 11, 1992, United States Letters Patent No. 5,138,459 ("'459 patent") entitled "Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital Format Output" was duly and legally issued to Personal Computer Cameras, Inc., as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky, and Jerry A. Speasl. A copy of the '459 patent is attached hereto as Exhibit A.

15. On or about November 21, 1995, St. Clair acquired ownership of all Personal Computer Cameras, Inc.'s digital camera patents and technology, including the '459 patent, by assignment.

16. On July 25, 2000, United States Letters Patent No. 6,094,219 ("'219 patent") entitled "Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital Format Output" was duly and legally issued to St. Clair as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky, and Jerry A. Speasl. A copy of the '219 patent is attached hereto as Exhibit B.

17. On May 15, 2001, United States Letters Patent No. 6,233,010 ("'010 patent") entitled "Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital Format Output" was duly and legally issued to St. Clair as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky, and Jerry A. Speasl. A copy of the '010 patent is attached hereto as Exhibit C.

18. On November 27, 2001, United States Letters Patent No. 6,323,899 ("'899 patent") entitled "Process For Use In Electronic Camera" was duly and legally issued to St. Clair as assignee of the inventors, Marc K. Roberts, Matthew A. Chikosky and Jerry A. Speasl. A copy of the '899 patent is attached hereto as Exhibit D.

19. St. Clair has been and is still the owner of the '459, '219, '010 and '899 patents, (collectively the "patents-in-suit").

20. Claims of the patents-in-suit have been construed by this Court in *St. Clair Intellectual Property Consultants, Inc. v. Sony Corporation, Sony Electronics Inc. and Sony Corporation of America* ("*St. Clair v. Sony Corp.*"), Civil Action No. 01-557 (JJF), by the Court's Memorandum Opinion and Order of September 3, 2002.

21. By unanimous jury verdict on February 25, 2003, the jury in *St. Clair v. Sony Corp.* found 15 asserted claims of the patents-in-suit infringed by digital cameras sold in the United States by Sony Corporation and awarded damages in the amount of $25,000,000.00.

22. Sony Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

23. Claims of the patents-in-suit have also been construed by this Court in *St. Clair Intellectual Property Consultants, Inc. v. Canon Inc., Canon U.S.A., Inc., Casio Computer Co., Ltd., Casio, Inc., Seiko Epson Corporation, Epson America, Inc., Fuji Photo Film Co., Ltd., Fuji*

*Photo Film U.S.A., Inc., FujiFilm America, Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Optics, Inc., Minolta Co., Ltd., Minolta Corporation, Nikon Corporation, Nikon Inc., Olympus Optical Co., Ltd., and Olympus America Inc.* ("*St. Clair v. Canon Inc.*") in Civil Action No. 03-241 (JJF), by the Court's Memorandum Opinion and Order of August 31, 2004.

24. Nikon Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

25. Minolta Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

26. Olympus Optical Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

27. Seiko Epson Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

28. Casio Computer Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

29. Kyocera Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

30. Pentax Corporation has entered into an agreement with St. Clair to license the patents-in-suit.

31. Samsung Techwin Co., Ltd. has entered into an agreement with St. Clair to license the patents-in-suit.

32. By unanimous jury verdict on October 8, 2004, the jury in *St. Clair v. Canon Inc.* in this Court found 16 asserted claims of the patents-in-suit not invalid and infringed by digital

cameras sold in the United States by Canon Inc. and Canon USA, Inc. and awarded damages to St. Clair in the amount of $34,716,482.49.

33. The litigation between St. Clair, Canon Inc. and Canon USA, Inc. has been resolved under confidential terms.

34. By majority jury verdict on October 25, 2004, the jury in *St. Clair v. Canon Inc.* in this Court found 16 asserted claims of the patents-in-suit not invalid and infringed by digital cameras sold in the United States by Fuji Photo Film, Co., Ltd., Fuji Photo Film U.S.A., Inc., and Fujifilm America, Inc., and awarded damages to St. Clair in the amount of $3,003,465.00.

35. On November 9, 2004, St. Clair filed *St. Clair Intellectual Property Consultants, Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, L.P., Matsushita Electric Industrial Co., Ltd., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., JVC Company of America, Nokia Corporation, Nokia, Inc., Hewlett-Packard Company, Eastman Kodak Company,* Civil Action No. 04-1436 (JJF), alleging infringement of the patents-in-suit by each named defendant.

36. On August 10, 2005 and on April 3, 2006, in response to reexamination proceedings initiated by Sony, the USPTO served notices that the reexamination proceedings were terminated and it would issue re-examination certificates confirming patentability of all claims of the patents-in-suit.

37. Defendants have made, offered to sell, imported, used and/or sold in this judicial district and elsewhere in the United States, digital cameras that directly, contributorily, or by inducement infringe one or more of the claims of the patents-in-suit.

38. Defendants have, by their advertising, product instruction, import and/or sale of digital cameras in the United States, induced infringement of one or more claims of the patents-in-suit.

39. The infringement by Defendants of the patents-in-suit has injured St. Clair and will cause St. Clair added irreparable injury and damage in the future unless Defendants are enjoined from infringing said patents.

40. The following Defendants have had, for some time, actual knowledge of the patents-in-suit and have willfully, deliberately, and intentionally infringed the claims of said patents: Palm, Inc., Concord Camera Corporation, Kyocera Wireless Corp., Kyocera Sanyo Telecom, Inc., Sanyo Entities, Vivitar Corporation, the Polaroid Entities, and Aiptek Entities, HTC Entities, and T-Mobile U.S.A., Inc.

41. A jury trial is demanded on all triable issues, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff St. Clair prays for judgment as follows:

a. That Defendants have infringed the '459, '219, '010, and '899 patents;

b. That the Defendants and their respective agents, servants, officers, directors, employees and all persons acting in concert with them, directly or indirectly, be temporarily and permanently enjoined from infringing, inducing others to infringe, or contributing to the infringement of the '459, '219, '010 and '899 patents;

c. That the Defendants be ordered to account for and pay to Plaintiff St. Clair the damages to which St. Clair is entitled as a consequence of the infringement of the '459, '219, '010 and '899 patents;

    d.    That a post-judgment equitable accounting of damages be ordered for the period of infringement of the '459, '219, '010 and '899 patents following the period of damages established by St. Clair at trial;

    e.    That such damages be trebled for the willful, deliberate and intentional infringement by Defendants as alleged herein in accordance with Title 35 United States Code § 284;

    f.    That Plaintiff St. Clair be awarded its costs and attorneys fees herein in accordance with Title 35 United States Code § 285; and

    g.    That Plaintiff St. Clair be awarded such other and further relief as the Court may deem just and equitable.

| | |
|---|---|
| *Of Counsel:* | Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Chad M. Shandler (#3796)<br>shandler@rlf.com |
| Ronald J. Schutz, Esq.<br>Becky R. Thorson, Esq.<br>Carrie M. Lambert, Esq.<br>Annie Huang, Esq.<br>Seth A. Northrop, Esq.<br>ROBINS, KAPLAN, MILLER<br>  & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500 | Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>Michelle E. Whalen (#5246)<br>whalen@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* |
| Dated: April 6, 2009 | |