## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

        Plaintiff,

    v.

PALM, INC., ET AL.,

        Defendants.

**C.A. No. 06-404-JJF-LPS**

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

        Plaintiff,

    v.

FUJIFILM HOLDINGS CORPORATION,
ET AL., ET AL.,

        Defendants.

**C.A. No. 08-373-JJF-LPS**

## PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC.'S MOTION FOR SUMMARY JUDGMENT TO DISMISS DEFENDANTS' INEQUITABLE CONDUCT DEFENSES

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully moves for summary judgment to dismiss the inequitable conduct defenses alleged by Defendants HTC Corporation, H.T.C. (B.V.I.) Corp., and HTC America Inc. (collectively, "HTC") and Defendants Fujifilm Holdings Corporation, Fujifilm Corporation, Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Fujifilm U.S.A., Inc. and Fujifilm America, Inc. (collectively, "Fujifilm") on the grounds that there is no evidence to support (1) that any material reference was withheld from the United States Patent and Trademark Office ("USPTO"); or (2) that any misleading statements were made to the USPTO; or (3) that there was any intent to deceive the USPTO.

The grounds for this motion are set forth in St. Clair's Opening Memorandum in Support of Its Motion for Summary Judgment to Dismiss and Defendants' Inequitable Conduct Defense, and the Declaration of Chad M. Shandler, filed contemporaneously herewith.

*Of Counsel:*
Ronald J. Schutz, Esq.
Jake M. Holdreith, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated:  April 12, 2010

Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Laura D. Hatcher (#5098)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com
hatcher@rlf.com

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I further certify that I caused copies of the foregoing to be served on April 12, 2010, in the manner indicated to:

## VIA ELECTRONIC MAIL

Richard de Bodo
Robert J. Benson
Huan-Yi Lin
Hogan & Hartson
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

John W. Shaw
Karen Elizabeth Keller
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C.  20005-1706

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com