IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., ET AL., <br><br> Defendants. | C.A. No. 06-404-JJF-LPS |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJIFILM HOLDINGS CORPORATION, ET AL., ET AL., <br><br> Defendants. | C.A. No. 08-373-JJF-LPS |

**PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC.'S STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO DISMISS DEFENDANTS' INEQUITABLE CONDUCT DEFENSES**

Pursuant to the Court's Memorandum Order on Summary Judgment Procedure and Paragraph 11 of the Court's Scheduling Order, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") certifies that no genuine issues of material fact exist with regard to the facts argued in support of St. Clair's Motion for Summary Judgment to Dismiss Defendants' Inequitable Conduct Defenses.

*Of Counsel:*

Ronald J. Schutz, Esq.
Jake M. Holdreith, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER
 & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: April 12, 2010

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Laura D. Hatcher (#5098)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com
hatcher@rlf.com

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*