NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,
*Plaintiff-Respondent,*

v.

NOKIA CORPORATION AND NOKIA INC.,
*Defendants-Petitioners,*

AND

HEWLETT-PACKARD COMPANY,
*Defendant-Petitioner,*

AND

PALM, INC., KYOCERA WIRELESS CORP., AND KYOCERA SANYO TELECOM, INC. (NOW KNOWN AS KYOCERA COMMUNICATIONS, INC.),
*Defendants-Petitioners,*

AND

HTC CORPORATION, HTC (BVI) CORP., AND HTC AMERICA, INC.,
*Defendants-Petitioners,*

AND

RESEARCH IN MOTION, LTD. AND RESEARCH IN MOTION CORP.,
*Defendants-Petitioners.*

---

ST CLAIR INTELLECTUAL v. NOKIA CORP 2

Miscellaneous Docket No. 952

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the United States District Court for the District of Delaware in case nos. 04-CV-1436, 06-CV-0404, and 08-CV-0371, Judge Joseph J. Farnan, Jr.

## ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,
*Plaintiff-Respondent,*

v.

## FUJIFILM HOLDINGS CORPORATION, FUJIFILM CORPORATION, FUJI PHOTO FILM CO. LTD., FUJI PHOTO FILM U.S.A. INC., FUJIFILM U.S.A., INC. AND FUJIFILM AMERICA INC.,
*Defendants-Petitioners,*

Miscellaneous Docket No. 953

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the United States District Court for the District of Delaware in case no. 08-CV-0373, Judge Joseph J. Farnan, Jr.

ON PETITION FOR PERMISSION TO APPEAL

PER CURIAM.

### ORDER

Nokia et al. and Fujifilm et al. petition for permission to appeal orders certified by the United States District Court for the District of Delaware as ones involving a

controlling issue of law as to which there is substantial ground for difference of opinion and for which an immediate appeal may materially advance the ultimate termination of the litigation. St. Clair Intellectual Property Consultants, Inc. opposes. Nokia and Fujifilm move for leave to file a reply. St. Clair opposes. Fujifilm moves without opposition to consolidate these petitions.

These two petitions stem from suits brought by St. Clair in the District of Delaware alleging infringement of four related patents (the Roberts Patents). In these cases, the district court has adopted the claim construction order from a separate prior suit brought by St Clair against Fuji also involving the Roberts Patents (*Fuji I*). Final judgment in *Fuji I* was issued in 2009 in favor of St. Clair and is now currently on appeal before this court. The *Fuji I* appeal has been fully briefed and is scheduled for oral argument in October of 2010.

In late February 2010 the district court adopted the *Fuji I* claim construction order. The following month, the petitioners sought to file an amicus brief in *Fuji I*. That motion was denied by this court on April 30, 2010. The petitioners also requested that the district court certify the claim construction order for interlocutory appeal. The district court certified the order for interlocutory appeal on July 20, 2010. Ultimately, however, this court must exercise its own discretion in deciding whether it will grant permission to appeal interlocutory orders certified by a trial court. *See In re Convertible Rowing Exerciser Patent Litigation*, 903 F.2d 822 (Fed. Cir. 1990); 28 U.S.C. § 1292(c)(1).

Granting the petitions under these circumstances is not warranted. Unlike *Regents of the Univ. of California*, 477 F.3d 1335, 1336-37 (Fed. Cir. 2007) in which this court granted immediate appeal of a claim construction order when intertwined with the issues in a pending appeal, the 1292(b) petitions here were brought well after

ST CLAIR INTELLECTUAL v. NOKIA CORP 4

the court expended resources preparing for oral argument in *Fuji I*. We see no reason to delay proceedings in that case on these grounds and therefore deny the petitions.

Accordingly,

IT IS ORDERED THAT:

(1) The petitions for permission to appeal are denied.

(2) The motion to consolidate is granted. The revised official caption is reflected above.

(3) The motion for leave to file a reply is granted.

FOR THE COURT

SEP 2 4 2010  
Date

/s/ Jan Horbaly  
Jan Horbaly  
Clerk

cc: Robert J. Benson, Esq.  
Charlene M. Morrow, Esq.  
David C. Doyle, Esq.  
Collins J. Seitz, Jr., Esq.  
Ronald J. Schutz, Esq.  
Steven J. Routh, Esq.  
Robert F. Perry, Esq.

s19

FILED  
U.S. COURT OF APPEALS FOR  
THE FEDERAL CIRCUIT

SEP 2 4 2010

JAN HORBALY  
CLERK

CERTIFIED COPY  
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT  
By: L. Begin    Date: 9/24/10