# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD; MATSUSHITA ELECTRIC CORPORATION OF AMERICA; JVC AMERICAS CORPORATION; NOKIA CORPORATION; NOKIA, INC.; HEWLETT-PACKARD COMPANY, <br><br> Defendants. | C.A. No. 04-1436-LPS |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC.; KYOCERA WIRELESS CORPORATION; KYOCERA COMMUNICATIONS, INC.; VIVITAR CORPORATION; PETTERS GROUP WORLDWIDE, L.L.C.; POLAROID CONSUMER ELECTRONICS, L.L.C.; POLAROID HOLDING COMPANY; POLAROID CORP.; HTC CORPORATION; H.T.C. (B.V.I.) CORP.; HTC AMERICA, INC., <br><br> Defendants. | C.A. No. 06-404-LPS |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION LTD.; RESEARCH IN MOTION CORP., <br><br> Defendants. | C.A. No. 08-371-LPS |

RLF1 6875386v.1

## JUDGMENT IN A CIVIL CASE

On March 23, 2012, the Court entered a decision and order (C.A. No. 04-1436 D.I. 1117, 1118; C.A. No. 06-404 D.I. 828, 829; C.A. 08-371 D.I. 520, 521) granting Defendants' motion for summary judgment of non-infringement of U.S. Patent Nos. 5,138,459; 6,094,219; 6,323,899; and 6,233,010, and denied St. Clair's motion to supplement its expert reports.

Defendants and St. Clair stipulated to the dismissal without prejudice of Defendants' remaining counterclaims and defenses (except for post-judgment motions for relief relating to an exceptional case determination pursuant to 35 U.S.C. § 285 or other bases for the award of attorneys' fees and/or costs), subject to Defendants' right to revive such counterclaims and defenses in the event of a remand from the Court of Appeals for the Federal Circuit.

Accordingly, judgment is hereby entered against St. Clair and in favor Defendants. Defendants may file any motions for attorneys' fees and/or costs in the time permitted under the Federal Rules of Civil Procedure.

Approved as to form this 4th day of September, 2012

_____
UNITED STATES DISTRICT JUDGE

Date: Sept. 4, 2012

_____
CLERK OF COURT (Deputy)

RLF1 6875386v.1